FILED

2012 MAR 27 II: 42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | Eric J. Benink, Esq., SBN 187434
2 | KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
3 | San Diego, CA 92101
(619) 232-0331 (ph)
4 | (619) 232-4019 (fax)
5 | eric@kkbs-law.com

6 | Attorneys for Plaintiff

7 | **E-filing**

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11

WHA

12 | PERFECT 10, INC., a California
corporation,
13 |                                   CASE NO. **CV 12 1521**

14 |          Plaintiff,              **COMPLAINT FOR COPYRIGHT**
                                      **INFRINGEMENT**
15 |     v.

16 | YANDEX N.V., a Netherlands        **DEMAND FOR JURY TRIAL**
limited liability company; and DOES
17 | 1 through 100, inclusive,

18 |          Defendants.

19

20

21

22

23

24

25

26

27

28

COMPLAINT

VIA FAX

1  Plaintiff Perfect 10, Inc. ("Perfect 10") avers:

2  **JURISDICTION AND VENUE**

3       1.       <u>Jurisdiction</u>. This action arises under the Copyright Act, 17

4  U.S.C. § 101 *et seq.* This Court has jurisdiction over the subject matter of this

5  action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6       2.       <u>Venue</u>. Venue is proper in this Court pursuant to 28 U.S.C. §

7  1391 (b)(1) and (3), (c), and § 1400(a).

8       3.       <u>Personal Jurisdiction</u>. Personal jurisdiction is proper over the

9  Defendants because they have purposefully availed themselves of the privilege

10 of doing business in California and material elements of Defendants'

11 wrongdoing occurred in this State.

12 **THE PARTIES**

13      4.       Plaintiff Perfect 10 is a California corporation with its principal

14 place of business in San Diego, California. Plaintiff published the popular

15 magazine PERFECT 10 and owns and operates the internet website located at

16 perfect10.com, which domain name Perfect 10 owns.

17      5.       Defendant Yandex N.V. ("Yandex") is a Netherlands limited

18 liability company that owns and operates the internet websites located at

19 yandex.com, yandex.ru, yandex.st, and yandex.net.  It operates a research

20 facility in Palo Alto, California, and is listed on the Nasdaq stock exchange

21 under the symbol YNDX.  Its Securities and Exchange Commission filings

22 identify the address for its agent for service of process as 299 S. California Ave,

23 Suite 200, Palo Alto, CA  94306.

24      6.       Does 1 through 100, inclusive, which are businesses owned or

25 controlled by Yandex which either directly or indirectly profit from and/or

26 directly or indirectly infringe or facilitate the infringement of Perfect 10

27 intellectual property, are sued herein under fictitious names because their true

28 names and capacities are unknown to Perfect 10. When Perfect 10 ascertains the

1  Doe Defendants' true names and capacities, it will seek leave to amend this

2  complaint to insert such true names and capacities.  Perfect 10 is informed and

3  believes, and on that basis avers, that each Doe defendant acted with defendant

4  Yandex and is responsible for the harm and damages to Perfect 10 herein

5  averred.  Defendant Yandex and the Doe Defendants are referred to hereinafter

6  collectively as "Yandex."

7      7.      Perfect 10 is informed and believes, and on that basis avers, that

8  at all times material herein, each of the Defendants was the agent and/or

9  employee of the other Defendants, and, in doing the things herein averred, was

10  acting within the course and scope of such agency and employment.

11                      **THE BUSINESS OF PERFECT 10**

12      8.      The business of Perfect 10 consists of the design, creation,

13  production, marketing, promotion, and sale of copyrighted adult entertainment

14  products, including photographs, magazines, video productions, cell phone

15  downloads, and other media.

16      9.      Perfect 10 was the publisher of the well-known magazine

17  PERFECT 10, but was forced to close that magazine because of rampant

18  infringement.

19      10.     Perfect 10 creates or created, and sells or sold, calendars and

20  other merchandise featuring its images, and was involved in the licensing of

21  downloads of images for cellphones, but is not currently earning revenue from

22  that endeavor because of rampant infringement.

23      11.     Perfect 10 owns and operates the internet website

24  perfect10.com.  Consumers are provided access to content owned by Perfect 10

25  and made available by payment of a membership fee of $25.50 per month.

26      12.     Perfect 10's revenues are currently derived predominantly from

27  sales of memberships to its perfect10.com website.  Sales of memberships to the

28  perfect10.com website are made by providing the customer with an individual

1   user name and password to access the website.

2       13.    <u>The Perfect 10 Copyrighted Works</u>:  Perfect 10 owns thousands

3   of valuable and unique copyrighted photographs, as well as video productions

4   and other proprietary materials.  Perfect 10 owns the copyrights in and to these

5   works (the "Perfect 10 Copyrighted Works").  Perfect 10 has invested, and

6   continues to invest, substantial sums of money, time, effort, and creative talent,

7   to make and produce the Perfect 10 Copyrighted Works.  In addition, in order to

8   produce and sell the Perfect 10 Copyrighted Works, Perfect 10 is required to

9   make numerous payments, including but not limited to model fees, photographer

10  fees, location costs, styling costs, make up costs, printing costs, film and

11  processing costs, travel costs, as well as distribution, public relations, legal, and

12  advertising and promotion costs.  A list of Perfect 10 copyright registrations is

13  attached as Exhibit 1.

14

15      **THE BUSINESS OF YANDEX**

16      14.    Yandex operates the internet websites yandex.com,  and

17  yandex.ru, both of which are accessible in the United States and throughout the

18  world.  Each site operates as an Internet search engine and on information and

19  belief, share the same technology resources (servers, databases, programs, etc.)

20  The primary difference between the two is that yandex.com is in English and

21  yandex.ru is in Russian.

22      15.    Yandex allows its users to search for images using search terms.

23  When a user enters an image search term, Yandex displays Yandex-created

24  pages of Yandex-created thumbnail images in response to that search.   An

25  example of a Yandex-created page in response to a search on Isabelle Funaro, a

26  Perfect 10 model, is attached hereto as Exhibit 2.   Upon information and belief,

27  Yandex must make a copy of the full-size image in order to create the Yandex

28  thumbnail version of that image that Yandex offers to its users.

1    16.    When a user clicks on a particular thumbnail image, Yandex

2  displays the corresponding full-size image to the user and allows the user to

3  view or download the full-size image.  Two examples of such a Yandex display

4  are attached as Exhibit 3.  The first page of Exhibit 3 was obtained by clicking

5  on the image of Isabelle Funaro at the lower right of page 1 of Exhibit 2.  The

6  second page of Exhibit 3 was obtained in a similar fashion by clicking on a

7  different Yandex thumbnail.  In this way, Yandex completely usurps Perfect

8  10's business by offering the same full-sized works that Perfect 10 sells, for free

9  viewing and downloading to Yandex users.

10    17.    Yandex also offers an "All sizes" link (see the red check mark in

11  the middle of each page of Exhibit 3).  The "All sizes" link is similar to a

12  "search by image" function.  When the user clicks on the "All sizes" link,

13  Yandex provides the user with, in some cases, hundreds of copies of the same

14  infringing Perfect 10 Image.  With each such image, Yandex provides a link to

15  the infringing website which offers that image.  In this way, Yandex uses Perfect

16  10 copyrighted materials to promote infringing websites that have

17  misappropriated Perfect 10 content and in some cases offer thousands of

18  additional infringing Perfect 10 copyrighted images.  Exhibit 4 provides an

19  example of such results, in this case for a Perfect 10 image of the model/actress

20  Zita Gorog.

21    18.    Yandex also offers a function whereby its users can perform

22  searches for full-size images residing on Yandex's servers.  When the users

23  clicks on such thumbnails, Yandex displays the full-size image (hosted on

24  Yandex servers) to view or download.  Yandex also places Yandex ads next to

25  such images.   An example of Yandex's hosting a full-size Perfect 10 image of

26  Victoria's Secret supermodel Marisa Miller, and placing Yandex ads around

27  such an image, is attached as Exhibit 5.  The Yandex ads appear at the bottom of

28  the page.

19.     Yandex also provides a Web Search option, whereby a user can search on a particular term, and receive, in response, a list of links to web pages. In many cases, when the search is done on the name of a Perfect 10 model, many of the links which Yandex provides are to web pages containing infringing Perfect 10 copyrighted images of that model.  Yandex also provides unauthorized username/password combinations, which allow its users to enter perfect10.com and download thousands of Perfect 10 copyrighted images without paying for that right.

20.     Yandex sells hundreds of millions of dollars each year in advertising to websites that advertise so as to be seen by consumers who visit Yandex.  The greater the amount and quality of content that Yandex provides to consumers, the more consumers Yandex attracts and the more advertising revenue it generates.  The availability of high-quality adult images, such as the Perfect 10 Copyrighted Works, attracts millions of visitors to Yandex and thus substantially and directly increases Yandex's advertising revenue.

21.     Yandex has actual knowledge that specific Perfect 10 Copyrighted Works are available to its users using its search engine tools. Specifically, Perfect 10 has provided to Yandex at least seventy-two written Notices of Infringement ("NOIs") identifying specific examples of Perfect 10's Copyrighted Works being made available for viewing and copying through Yandex.  Furthermore, Yandex is aware of specific infringements because Perfect 10 Copyrighted Works in Yandex's search results usually contain visible Perfect 10 Marks or visible copyright notices in the name of Perfect 10.  Perfect 10 has repeatedly explained to Yandex that such images are always unauthorized.

22.     Yandex could take simple measures to prevent further access to the infringing images (i.e. by removing the thumbnails and corresponding links to the full-size images from its servers), and by ending its display of

1 unauthorized perfect10.com usernames and passwords, but has refused to do so.

2 On November 11, 2011, Yandex's attorney sent Perfect 10 a letter claiming that

3 it had no legal requirement to response to Perfect 10's NOIs. Yandex sent

4 similar letters to Perfect 10 again on January 18, 2012, January 25, 2012,

5 February 10, 2012, and February 14, 2012, claiming that it had no legal

6 obligation to response to Perfect 10's notices. Yandex is not eligible for Digital

7 Millennium Copyright Act ("DMCA") safe harbor because it has not provided

8 any information about its DMCA agent on its websites or registered with the

9 U.S. Copyright Office.

10

11                              **FIRST CLAIM FOR RELIEF**

12                                **(Copyright Infringement)**

13          23.          Perfect 10 re-avers and incorporates herein by reference each

14 and every averment of paragraphs 1 through 22 above as though fully set forth

15 herein.

16          24.          Perfect 10 is the owner of all right, title, and interest to each of

17 the Perfect 10 Copyrighted Works. Perfect 10 has registered its works with the

18 United States Copyright Office. Perfect 10 has been issued United States

19 copyright certificates listed on Exhibit 1, attached hereto.

20          25.          Each of the Perfect 10 Copyrighted Works consists of material

21 original with Perfect 10 and each is copyrightable subject matter.

22          26.          Yandex has copied, reproduced, distributed, adapted, and/or

23 publicly displayed the Perfect 10 Copyrighted Works without the consent or

24 authority of Perfect 10, thereby directly infringing Perfect 10's copyrights.

25          27.          Yandex's conduct constitutes direct infringement of Perfect 10's

26 copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted

27 Works in violation of Sections 106 and 501, et. seq. of the United States

28 Copyright Act, 17 U.S.C. §§ 106 and 501.

28.     Yandex has induced, caused, and/or materially contributed to unauthorized reproduction, adaptation, public display, and/or distribution of the Perfect 10 Copyrighted Works by third party infringing websites, and by Yandex's users and advertisers.

29.     Yandex has and had knowledge that Perfect 10 Copyrighted Works were made available using its search engines, could take simple measures to prevent further damage to Perfect 10's Copyrighted Works, and failed to take such measures.

30.     Yandex's conduct constitutes contributory infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works.

31.     Yandex has the right and ability to control full-size Perfect10 Copyrighted Works stored on its servers.  Yandex places advertisements around those images and derives a direct financial benefit from clicks on its ads that appear next to such images.  Yandex is thus profiting from direct infringement while declining to exercise a right to stop or limit it.

32.     Yandex's conduct constitutes vicarious infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works.

33.     The infringement of Perfect 10's rights in and to each of the Perfect 10 Copyrighted Works constitutes a separate and distinct act of infringement.

34.     The acts of infringement by Yandex have been willful, intentional, and purposeful, in reckless disregard of and with indifference to the rights of Perfect 10.

35.     As a direct and proximate result of the infringements by Yandex of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works, Perfect 10 is entitled to its actual damages and Yandex's

1   profits pursuant to 17 U.S.C. § 504(b).

2       36.     Alternatively, Perfect 10 is entitled to statutory damages,
3   pursuant to 17 U.S.C. § 504(c).

4       37.     Yandex's conduct is causing and, unless enjoined and restrained
5   by this Court, will continue to cause, Perfect 10 great and irreparable injury that
6   cannot fully be compensated in money. Perfect 10 has no adequate remedy at
7   law. Pursuant to 17 U.S.C. § 502, Perfect 10 is entitled to injunctive relief
8   prohibiting further infringements of Perfect 10's copyrights.

9       38.     Perfect 10 further is entitled to its attorneys' fees and costs
10  pursuant to 17 U.S.C. § 505.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **PRAYER FOR RELIEF**

2    WHEREFORE, plaintiff Perfect 10 prays for judgment against Yandex,

3  and each of the Doe Defendants, as follows:

4    1.    That Yandex, and each of the Doe Defendants, and their officers,

5  agents, servants, employees, representatives, successors, and assigns, and all

6  persons in active concert or participation with them, be enjoined from copying,

7  reproducing, distributing, adapting, or publicly displaying the Perfect 10

8  Copyrighted Works;

9    2.    That Yandex be ordered to destroy all photographs, documents, and

10  other items, electronic or otherwise, in its possession, custody, or control, that

11  infringe the copyrights of Perfect 10.

12    3.    That Yandex be ordered to remove all links between its website and

13  all websites that infringe Perfect 10 copyrights, and be prohibited from accepting

14  advertising from, or placing ads on, websites which infringe Perfect 10

15  copyrights.

16    4.    For an order of restitution and/or disgorgement to Perfect 10, in an

17  amount to be proven at trial, but not less than $5 million.

18    5.    For Perfect 10's actual damages, in an amount to be proven at trial,

19  but not less than $5 million.

20    6.    ˙For a full accounting of all profits, income, receipts, or other

21  benefits derived by Defendants as a result of its unlawful conduct.

22    7.    For statutory damages under the Copyright Act, in an amount to be

23  proven at trial, but not less than $5 million.

24    8.    For punitive damages.

25    9.    For attorneys' fees and full costs.

26    10.    For such other and further relief as this Court deems just and

27  appropriate.

28

Dated: March 26 2012     KRAUSE KALFAYAN BENINK & SLAVENS, LLP

By: _____

         ERIC BENINK
         Attorney for Plaintiff

1

2          **DEMAND FOR JURY TRIAL**

3          Perfect 10 hereby demands a jury trial pursuant to Rule 38(b) of the

4    Federal Rules of Civil Procedure.

5    Dated: March 26, 2012          KRAUSE KALFAYAN BENINK & SLAVENS, LLP

6

7                                    By: _____

8                                         ERIC BENINK
                                          Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   11
                              COMPLAINT