# EXHIBIT 1

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| TX 4-556-514 | TX-6-543-260 | VA 1-668-088 |
| TX 4-556-511 | TX 6-543-478 | VA 1-667-585 |
| TX 4-556-482 | VA 996-673 | VA 1-668-082 |
| TX 4-556-510 | VA 1-085-670 | VA 1-668-087 |
| TX 4-556-475 | VA 1-177-241 | VA 1-667-609 |
| TX 4-556-541 | VA 1-230-966 | VA 1-667-593 |
| TX 4-812-575 | VA 1-289-550 | VA 1-429-248 |
| TX 4-813-355 | VA 1-289-549 | VA 1-429-257 |
| TX 4-812-793 | VA 1-289-701 | VA 1-428-773 |
| TX 4-813-026 | VA 1-289-809 | VA 1-429-274 |
| TX 4-812-972 | VA 1-308-126 | VA 1-429-275 |
| TX 4-813-344 | VA 1-308-085 | VA 1-429-273 |
| TX 4-813-338 | VA 1-308-128 | VA 1-429-244 |
| TX 4-813-390 | VA 1-337-645 | VA 1-429-255 |
| TX 5-172-229 | VA 1-313-176 | VA 1-429-277 |
| TX 5-201-630 | VA 1-351-877 | VA 1-429-243 |
| TX 5-217-598 | VA 1-359-323 | VA 1-429-246 |
| TX 5-328-427 | VA 1-377-136 | VA 1-428-774 |
| TX 5-328-528 | VA 1-377-240 | VA 1-429-256 |
| TX 5-328-636 | VA 1-394-707 | VA 1-429-223 |
| TX 5-488-941 | VA 1-401-366 | VA 1-429-276 |
| TX 5-488-942 | VA 1-410-598 | VA 1-429-245 |
| TX 5-451-806 | VA 1-407-570 | VA 1-429-261 |
| TX 5-452-020 | VA 1-422-627 | VA 1-429-453 |
| TX 5-452-132 | PA 776-173 | VA 1-429-260 |
| TX 5-452-254 | PA 955-019 | VA 1-429-456 |
| TX 5-452-489 | VA 987-612 | VA 1-429-455 |
| TX 5-802-012 | VA 1-026-167 | VA 1-429-454 |
| TX 5-802-272 | PA 1-205-443 | VA 1-428-771 |
| TX 5-802-273 | PA 1-198-697 | VA 1-429-224 |
| TX 5-910-170 | VA 1-667-605 | VA 1-429-225 |
| TX 5-910-171 | VA 1-667-615 | VA 1-428-768 |
| TX 6-058-397 | VA 1-668-086 | VA 1-429-175 |
| TX 5-910-331 | VA 1-668-235 | VA 1-428-772 |
| TX 6-114-746 | VA 1-668-090 | VA 1-428-769 |
| TX 6-114-841 | VA 1-668-085 | VA 1-429-172 |
| TX 6-115-010 | VA 1-668-084 | VA 1-429-171 |
| TX 6-346-157 | VA 1-667-612 | VA 1-428-770 |
| TX 6-346-128 | VA 1-667-601 | VA 1-429-458 |
| TX 6-203-680 | VA 1-667-595 | VA 1-428-759 |
| TX 6-203-677 | VA 1-668-083 | VA 1-429-457 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-184 | VA 1-391-552 | VA 1-410-400 |
| VA 1-429-185 | VA 1-396-363 | VA 1-410-401 |
| VA 1-429-461 | VA 1-396-364 | VA 1-410-402 |
| VA 1-428-761 | VA 1-396-365 | VA 1-410-403 |
| VA 1-429-183 | VA 1-396-366 | VA 1-410-404 |
| VA 1-428-760 | VA 1-396-367 | VA 1-410-405 |
| VA 1-429-182 | VA 1-396-368 | VA 1-410-406 |
| VA 1-429-186 | VA 1-396-369 | VA 1-410-407 |
| VA 1-428-758 | VA 1-396-370 | VA 1-410-408 |
| VA 1-429-460 | VA 1-396-371 | VA 1-410-409 |
| VA 1-429-459 | VA 1-396-372 | VA 1-410-410 |
| VA 1-428-507 | VA 1-396-373 | VA 1-410-411 |
| VA 1-428-506 | VA 1-396-374 | VA 1-410-596 |
| VA 1-428-509 | VA 1-396-375 | VA 1-410-597 |
| VA 1-428-508 | VA 1-396-376 | VAu 735-094 |
| VA 1-428-510 | VA 1-396-377 | VAu 735-095 |
| VA 1-426-142 | VA 1-396-378 | VAu 735-096 |
| VA 1-426-288 | VA 1-396-379 | VAu 735-097 |
| VA 1-426-290 | VA 1-396-380 | VAu 735-098 |
| VA 1-426-149 | VA 1-396-381 | VAu 735-099 |
| VA 1-426-292 | VA 1-396-382 | VA 1-356-952 |
| VA 1-426-291 | VA 1-396-383 | VA 1-356-951 |
| VA 1-426-294 | VA 1-396-384 | VA 1-347-289 |
| VA 1-426-147 | VA 1-396-385 | VA 1-337-664 |
| VA 1-426-144 | VA 1-396-386 | VA 1-337-644 |
| VA 1-426-148 | VA 1-396-387 | VAu 671-253 |
| VA 1-426-146 | VA 1-396-388 | VA 1-313-231 |
| VA 1-426-145 | VA 1-396-389 | VA 1-340-262 |
| VA 1-426-289 | VA 1-396-390 | VAu 702-953 |
| VA 1-426-150 | VA 1-396-391 | VA 1-377-135 |
| VA 1-426-151 | VA 1-396-392 | VA 1-425-191 |
| VA 1-426-293 | VA 1-396-393 | VA 1-369-768 |
| VA 1-426-141 | VA 1-396-394 | VA 1-386-685 |
| VA 1-426-143 | VA 1-396-395 | VA 1-424-074 |
| VA 1-391-545 | VA 1-396-396 | VA 1-397-049 |
| VA 1-391-546 | VA 1-396-397 | VA 1-397-064 |
| VA 1-391-547 | VA 1-401-160 | VA 1-397-061 |
| VA 1-391-548 | VA 1-401-161 | VA 1-397-057 |
| VA 1-391-549 | VA 1-401-363 | VA 1-397-060 |
| VA 1-391-550 | VA 1-401-364 | VA 1-397-051 |
| VA 1-391-551 | VA 1-401-365 | VA 1-397-067 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-397-054 | VA 1-629-382 | VA 1-429-169 |
| VA 1-397-063 | VA 1-629-378 | VA 1-429-219 |
| VA 1-397-053 | VA 1-629-369 | VA 1-429-163 |
| VA 1-397-052 | VA 1-629-373 | VA 1-429-444 |
| VA 1-397-062 | VA 1-628-769 | VA 1-429-168 |
| VA 1-397-056 | VA 1-628-767 | VA 1-429-167 |
| VA 1-397-055 | VA 1-628-766 | VA 1-429-177 |
| VA 1-397-071 | VA 1-628-773 | VA 1-429-733 |
| VA 1-397-050 | VA 1-429-272 | VA 1-429-736 |
| VA 1-397-070 | VA 1-429-448 | VA 1-428-561 |
| VA 1-397-059 | VA 1-429-447 | VA 1-428-554 |
| VA 1-397-058 | VA 1-429-280 | VA 1-428-513 |
| VA 1-631-257 | VA 1-429-265 | VA 1-428-549 |
| VA 1-631-247 | VA 1-429-268 | VA 1-428-548 |
| VA 1-631-228 | VA 1-429-446 | VA 1-428-552 |
| VA 1-631-253 | VA 1-429-266 | VA 1-428-516 |
| VA 1-631-232 | VA 1-429-445 | VA 1-428-511 |
| VA 1-631-261 | VA 1-429-267 | VA 1-428-512 |
| VA 1-631-244 | VA 1-429-282 | VA 1-428-524 |
| VA 1-631-235 | VA 1-429-279 | VA 1-428-523 |
| VA 1-631-242 | VA 1-429-449 | VA 1-428-527 |
| VA 1-631-229 | VA 1-429-164 | VA 1-428-567 |
| VA 1-631-255 | VA 1-429-209 | VA 1-428-562 |
| VA 1-631-250 | VA 1-429-206 | VA 1-428-563 |
| VA 1-667-297 | VA 1-429-207 | VA 1-428-555 |
| VA 1-641-522 | VA 1-429-165 | VA 1-428-557 |
| VA 1-641-518 | VA 1-429-218 | VA 1-428-564 |
| VA 1-630-387 | VA 1-429-210 | VA 1-428-558 |
| VA 1-630-389 | VA 1-429-204 | VA 1-428-559 |
| VA 1-651-767 | VA 1-429-160 | VA 1-428-526 |
| VA 1-630-331 | VA 1-429-462 | VA 1-428-525 |
| VA 1-630-329 | VA 1-429-161 | VA 1-428-515 |
| VA 1-630-374 | VA 1-429-221 | VA 1-428-546 |
| VA 1-629-765 | VA 1-429-194 | VA 1-428-543 |
| VA 1-630-377 | VA 1-429-176 | VA 1-428-547 |
| VA 1-630-365 | VA 1-429-220 | VA 1-428-514 |
| VA 1-630-384 | VA 1-429-208 | VA 1-428-522 |
| VA 1-630-334 | VA 1-429-162 | VA 1-428-517 |
| VA 1-641-527 | VA 1-429-166 | VA 1-428-521 |
| VA 1-630-341 | VA 1-429-211 | VA 1-428-520 |
| VA 1-630-363 | VA 1-429-222 | VA 1-428-518 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-735 | VA 1-428-565 | VA 1-429-238 |
| VA 1-429-683 | VA 1-428-551 | VA 1-429-271 |
| VA 1-429-662 | VA 1-428-566 | VA 1-429-862 |
| VA 1-429-732 | VA 1-428-544 | VA 1-429-180 |
| VA 1-429-730 | VA 1-428-550 | VA 1-429-855 |
| VA 1-429-663 | VA 1-428-556 | VA 1-429-232 |
| VA 1-429-708 | VA 1-428-528 | VA 1-429-858 |
| VA 1-428-519 | VA 1-429-731 | VA 1-429-234 |
| VA 1-429-664 | VA 1-429-727 | VA 1-429-859 |
| VA 1-428-560 | VA 1-429-617 | VA 1-429-247 |
| VA 1-428-734 | VA 1-429-170 | VA 1-428-756 |
| VA 1-428-740 | VA 1-429-201 | VA 1-429-249 |
| VA 1-429-741 | VA 1-429-202 | VA 1-428-757 |
| VA 1-429-019 | VA 1-429-203 | VA 1-428-755 |
| VA 1-428-733 | VA 1-429-684 | VA 1-429-251 |
| VA 1-428-731 | VA 1-429-682 | VA 1-429-237 |
| VA 1-429-016 | VA 1-429-685 | VA 1-429-235 |
| VA 1-429-017 | VA 1-429-677 | VA 1-428-540 |
| VA 1-429-018 | VA 1-429-850 | VA 1-625-653 |
| VA 1-429-737 | VA 1-429-849 | VA 1-428-539 |
| VA 1-429-738 | VA 1-428-744 | VA 1-428-536 |
| VA 1-429-254 | VA 1-429-852 | VA 1-428-533 |
| VA 1-428-730 | VA 1-428-743 | VA 1-428-530 |
| VA 1-429-740 | VA 1-428-742 | VA 1-428-541 |
| VA 1-429-739 | VA 1-429-860 | VA 1-428-538 |
| VA 1-428-732 | VA 1-428-745 | VA 1-428-535 |
| VA 1-429-868 | VA 1-429-853 | VA 1-428-531 |
| VA 1-429-857 | VA 1-429-851 | VA 1-428-537 |
| VA 1-429-863 | VA 1-428-765 | VA 1-428-534 |
| VA 1-429-865 | VA 1-429-250 | VA 1-428-542 |
| VA 1-429-866 | VA 1-428-763 | VA 1-428-529 |
| VA 1-429-864 | VA 1-428-775 | VA 1-428-532 |
| VA 1-429-867 | VA 1-429-178 | VA 1-428-596 |
| VA 1-646-315 | VA 1-428-766 | VA 1-429-721 |
| VA 1-646-305 | VA 1-429-179 | VA 1-429-693 |
| VA 1-646-312 | VA 1-429-856 | VA 1-429-692 |
| VA 1-646-300 | VA 1-429-181 | VA 1-429-720 |
| VA 1-646-269 | VA 1-429-269 | VA 1-429-719 |
| VA 1-646-273 | VA 1-428-764 | VA 1-429-723 |
| VA 1-428-545 | VA 1-428-767 | VA 1-429-722 |
| VA 1-428-553 | VA 1-429-270 | VA 1-429-694 |

# PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-728 | VA 1-429-464 | VA 1-430-299 |
| VA 1-429-691 | VA 1-429-474 | VA 1-430-291 |
| VA 1-429-712 | VA 1-429-468 | VA 1-430-293 |
| VA 1-429-714 | VA 1-429-477 | VA 1-430-294 |
| VA 1-429-717 | VA 1-429-467 | VA 1-430-295 |
| VA 1-429-718 | VA 1-429-442 | VA 1-430-297 |
| VA 1-429-695 | VA 1-429-466 | VA 1-430-296 |
| VA 1-429-713 | VA 1-429-443 | VA 1-201-268 |
| VA 1-429-715 | VA 1-429-465 | VA 1-201-269 |
| VA 1-429-696 | VA 1-429-469 | VA 1-201-270 |
| VA 1-429-697 | VA 1-429-441 | VA 1-202-770 |
| VA 1-429-716 | VA 1-429-476 | VA 1-202-771 |
| VA 1-429-190 | VA 1-429-475 | VA 1-289-553 |
| VA 1-429-191 | VA 1-429-473 | VA 1-289-554 |
| VA 1-429-192 | VA 1-430-323 | VA 1-289-555 |
| VA 1-429-213 | VA 1-430-311 | VA 1-289-556 |
| VA 1-429-239 | VA 1-430-312 | VA 1-289-557 |
| VA 1-429-240 | VA 1-430-315 | VA 1-289-558 |
| VA 1-429-241 | VA 1-430-310 | VA 1-289-559 |
| VA 1-429-242 | VA 1-430-309 | VA 1-289-560 |
| VA 1-429-229 | VA 1-430-307 | VA 1-289-561 |
| VA 1-429-954 | VA 1-430-306 | VA 1-289-562 |
| VA 1-429-212 | VA 1-430-305 | VA 1-289-563 |
| VA 1-429-215 | VA 1-430-320 | VA 1-289-564 |
| VA 1-429-216 | VA 1-430-321 | VA 1-289-565 |
| VA 1-429-283 | VA 1-430-322 | VA 1-289-566 |
| VA 1-429-231 | VA 1-430-300 | VA 1-289-567 |
| VA 1-428-754 | VA 1-430-319 | VA 1-289-568 |
| VA 1-428-753 | VA 1-430-301 | VA 1-289-569 |
| VA 1-429-924 | VA 1-430-308 | VA 1-289-570 |
| VA 1-429-195 | VA 1-430-317 | VA 1-289-571 |
| VA 1-429-230 | VA 1-430-314 | VA 1-289-572 |
| VA 1-429-472 | VA 1-430-316 | VA 1-289-573 |
| VA 1-429-214 | VA 1-430-313 | VA 1-289-574 |
| VA 1-429-952 | VA 1-430-318 | VA 1-289-575 |
| VA 1-428-752 | VA 1-430-302 | VA 1-289-576 |
| VA 1-429-953 | VA 1-430-487 | VA 1-289-577 |
| VA 1-429-955 | VA 1-430-303 | VA 1-289-578 |
| VA 1-429-956 | VA 1-430-304 | VA 1-289-579 |
| VA 1-429-470 | VA 1-430-298 | VA 1-289-580 |
| VA 1-429-471 | VA 1-430-292 | VA 1-289-581 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-289-582 | VA 1-377-517 | VA 1-669-421 |
| VA 1-289-583 | VA 1-377-518 | VA 1-669-444 |
| VA 1-289-584 | VA 1-377-519 | VA 1-669-441 |
| VA 1-289-585 | VA 1-377-520 | VA 1-668-099 |
| VA 1-289-586 | VA 1-377-521 | VA 1-668-232 |
| VA 1-289-587 | VA 1-377-522 | VA 1-668-236 |
| VA 1-289-588 | VA 1-391-557 | VA 1-289-551 |
| VA 1-289-589 | VA 1-391-558 | VA 1-289-552 |
| VA 1-307-980 | VA 1-392-864 | VA 1-231-092 |
| VA 1-307-981 | VA 1-424-033 | VA 1-231-093 |
| VA 1-307-982 | VA 1-424-077 | VA 1-397-502 |
| VA 1-307-983 | VAu 735-091 | VA 1-208-244 |
| VA 1-307-984 | VAu 735-092 | VA 1-208-275 |
| VA 1-307-985 | VAu 735-093 | VA 1-208-295 |
| VA 1-307-986 | VA 1-429-681 | VA 1-221-373 |
| VA 1-307-987 | VA 1-429-701 | VA 1-230-967 |
| VA 1-307-988 | VA 1-429-680 | VA 1-254-823 |
| VA 1-308-081 | VA 1-429-670 | VA 1-289-666 |
| VA 1-308-127 | VA 1-429-700 | VA 1-289-704 |
| VA 1-308-134 | VA 1-429-667 | VA 1-289-705 |
| VA 1-308-135 | VA 1-429-666 | VA 1-301-850 |
| VA 1-308-138 | VA 1-429-703 | VA 1-301-851 |
| VA 1-321-524 | VA 1-429-702 | VA 1-301-852 |
| VA 1-321-525 | VA 1-428-729 | VA 1-391-325 |
| VA 1-321-526 | VA 1-429-668 | VA 1-391-326 |
| VA 1-321-527 | VA 1-429-525 | VA 1-392-589 |
| VA 1-345-740 | VA 1-429-669 | VA 1-392-590 |
| VA 1-345-741 | VA 1-668-096 | VA 1-397-075 |
| VA 1-345-742 | VA 1-668-230 | VA 1-397-076 |
| VA 1-345-743 | VA 1-668-237 | VA 1-397-077 |
| VA 1-345-744 | VA 1-668-094 | VA 1-401-162 |
| VA 1-345-745 | VA 1-668-101 | VA 1-289-661 |
| VA 1-345-746 | VA 1-669-420 | VA 1-289-662 |
| VA 1-345-747 | VA 1-668-093 | VA 1-289-663 |
| VA 1-345-748 | VA 1-668-107 | VA 1-289-664 |
| VA 1-377-246 | VA 1-668-245 | VA 1-428-736 |
| VA 1-377-247 | VA 1-668-103 | VA 1-429-258 |
| VA 1-377-248 | VA 1-668-109 | VA 1-428-741 |
| VA 1-377-249 | VA 1-668-105 | VA 1-429-253 |
| VA 1-377-509 | VA 1-668-097 | VA 1-429-259 |
| VA 1-377-516 | VA 1-668-231 | VA 1-429-173 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-174 | VA 1-645-643 | VA 1-430-578 |
| VA 1-429-252 | VA 1-645-681 | VA 1-429-009 |
| VA 1-429-734 | VA 1-645-667 | VA 1-430-581 |
| VA 1-429-661 | VA 1-645-712 | VA 1-289-667 |
| VA 1-429-660 | VA 1-645-714 | VA 1-429-200 |
| VA 1-429-659 | VA 1-645-711 | VA 1-430-579 |
| VA 1-429-698 | VA 1-645-720 | VA 1-429-707 |
| VA 1-429-690 | VA 1-645-655 | VA 1-428-762 |
| VA 1-429-689 | VA 1-646-246 | VA 1-429-022 |
| VA 1-429-688 | VA 1-646-239 | VA 1-429-029 |
| VA 1-429-673 | VA 1-646-232 | VA 1-429-028 |
| VA 1-429-672 | VA 1-646-216 | VA 1-430-583 |
| VA 1-429-657 | VA 1-646-211 | VA 1-429-012 |
| VA 1-429-699 | VA 1-646-247 | VA 1-428-738 |
| VA 1-429-676 | VA 1-646-257 | VA 1-428-739 |
| VA 1-429-658 | VA 1-646-259 | VA 1-429-011 |
| VA 1-429-671 | VA 1-646-201 | VA 1-429-021 |
| VA 1-429-678 | VA 1-646-223 | VA 1-429-023 |
| VA 1-429-675 | VA 1-429-854 | VA 1-429-026 |
| VA 1-429-674 | VA 1-429-205 | VA 1-429-025 |
| VA 1-429-679 | VA 1-429-861 | VA 1-429-027 |
| VA 1-429-686 | VA 1-429-262 | VA 1-429-199 |
| VA 1-429-687 | VA 1-428-746 | VA 1-429-008 |
| VA 1-321-521 | VA 1-429-217 | VA 1-428-737 |
| VA 1-321-523 | VA 1-429-618 | VA 1-429-197 |
| VA 1-308-137 | VA 1-430-010 | VA 1-429-196 |
| VA 1-321-522 | VA 1-429-228 | VA 1-429-198 |
| VA 1-308-136 | VA 1-429-227 | VA 1-430-580 |
| VA 1-308-089 | VA 1-429-619 | VA 1-429-024 |
| VA 1-308-090 | VA 1-430-013 | VA 1-429-020 |
| VA 1-308-082 | VA 1-430-012 | VA 1-664-342 |
| VA 1-308-083 | VA 1-430-011 | VA 1-664-344 |
| VA 1-308-084 | VA 1-430-008 | VA 1-664-331 |
| VA 1-429-704 | VA 1-429-620 | VA 1-664-328 |
| VA 1-429-705 | VA 1-429-622 | VA 1-664-338 |
| VA 1-429-706 | VA 1-429-621 | VA 1-664-335 |
| VA 1-407-581 | VA 1-429-236 | VAu 323-589 |
| VA 1-646-292 | VA 1-428-751 | VAu 353-439 |
| VA 1-646-281 | VA 1-429-226 | VAu 353-448 |
| VA 1-645-715 | VA 1-429-263 | VAu 353-469 |
| VA 1-645-629 | VA 1-429-010 | VAu 353-504 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| |
|---|
| VAu 353-511 |
| VAu 514-094 |
| VAu 514-122 |
| VAu 537-932 |
| VAu 537-946 |
| VAu 537-983 |
| VAu 538-018 |
| VAu 586-191 |
| VAu 590-160 |
| VAu 590-169 |
| VAu 590-327 |
| VAu 590-420 |
| VAu 628-821 |
| VAu 628-822 |
| VAu 653-235 |
| VAu 653-253 |
| VAu 686-179 |
| VAu 686-736 |
| VAu 686-737 |
| VAu 702-997 |
| VAu 756-442 |
| VAu 687-568 |
| VAu 687-569 |
| VAu 687-570 |
| VAu740-679 |
| VAu-517-394 |
| VAu-517-389 |
| VAu 517-395 |
| VAu 514-176 |
| VAu740-680 |
| VAu 740-678 |

| |
|---|
| VAu 514-094 |
| VAu 323-589 |
| VAu 353-439 |
| VAu 353-448 |
| VAu 353-469 |
| VAu 353-504 |
| VAu 353-511 |
| VAu 514-122 |
| VAu 514-176 |
| VAu 517-389 |
| VAu 517-394 |
| VAu 517-395 |
| VAu 537-932 |
| VAu 537-946 |
| VAu 537-983 |
| VAu 538-018 |
| VAu 586-191 |
| VAu 590-160 |
| VAu 590-169 |
| VAu 590-327 |
| VAu 590-420 |
| VAu 628-821 |
| VAu 628-822 |
| VAu 653-235 |
| VAu 653-253 |
| VAu 686-179 |
| VAu 686-736 |
| VAu 686-737 |
| VAu 687-568 |
| VAu 687-569 |
| VAu 687-570 |
| VAu 702-997 |
| VAu 740-678 |
| VAu 740-679 |
| VAu 740-680 |
| VAu 756-442 |