Yakima Valley Network

Yale Law Journal

The Yale Law Journal Company, Inc.

The Yale Law Journal Pocket Part

Yale University

Yamaha Corporation of America

Yamaha Motor Corporation, USA

yamaha-motor.com

yamay.es

yamay.eu

YampaValleyRealEstate.com

YANNECT

YANNECT.com

YANNECT,LLC

Yang (Simon) Inc.

Yanktv.com

yankees.rivals.com

Yantra Corporation

yappr

yappr.biz

yappr.com

yappr.cn

yappr.info

yappr.net

yappr.org

yappr.tw

Yarbrough (ClifD.) & Associates, Inc.

Exh. 3, Pg. 1