1  Eric J. Benink, Esq., SBN 187434
2  Krause Kalfayan Benink & Slavens, LLP
   550 West C Street, Suite 530
3  San Diego, CA  92101
   (619) 232-0331 (ph)
4  (619) 232-4019 (fax)
   eric@kkbs-law.com
5
6  Attorneys for Plaintiff Perfect 10, Inc.
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 PERFECT 10, INC., a California corporation, | CASE NO.  CV 12 1521 WHA |
| 12 | STIPULATION AND ORDER TO MODIFY DEADLINES |
| 13         Plaintiff, | |
| 14      v. | |
| 15 YANDEX N.V., a Netherlands limited | CTRM:   8 |
| 16 liability company, and DOES 1 through 100, inclusive, inclusive, | JUDGE:   William Alsup |
| 17         Defendants. | |
| 18 | |
| 19 | |

20
21
22       Plaintiff Perfect 10, Inc. ("Perfect 10") and Defendant Yandex N.V. ("Yandex")
23  by and through their attorneys, hereby stipulate pursuant to Local Rules 6.1 and 6.2 as
24  follows:
25       Whereas, the parties entered into an initial stipulation regarding a partial case
26  schedule on April 13, 2012; and
27       Whereas that stipulation advised the Court that the parties were working in good
28  faith to set a more complete schedule for the case, the results of which negotiations are

STIPULATION TO MODIFY DEADLINES

reflected in this stipulation; and

Whereas, Quinn Emanuel Urquhart & Sullivan was engaged as counsel to Yandex on April 11, 2012 and was provided with a copy of the filings in this action on April 16, 2012; and

Whereas, Yandex has agreed not to challenge the sufficiency of the service of process of the summons and complaint or of the Motion for Preliminary Injunction; and

Whereas, assuming the summons and complaint were properly served, Yandex's response to the complaint is presently due on Monday April 23, 2012; and

Whereas, Yandex is a foreign corporation whose officers reside abroad, are unfamiliar with United States law and for whom English is at most a second language and seek additional time to understand and assess the case as presented; and

Whereas, Perfect 10 has agreed that counsel for Yandex should have further additional time to respond to the complaint and Motion for Preliminary Injunction; and

Whereas the parties have reached an agreement that does not alter any deadlines imposed by the Court;

THEREFORE IT IS STIPULATED AND AGREED:

1.      that Yandex's  responsive pleading to the complaint shall be filed and served on or before May 14, 2012; and

2.      that Yandex's opposition to the pending Motion for Preliminary Injunction shall be filed and served on or before May 14, 2012; and

2.      that Perfect 10's reply (if any) in support of the Motion for Preliminary Injunction shall be filed and served on or before June 4, 2012; and

3.      the hearing on the Montion for Preliminary Injunction shall be continued from May 24, 2012 to June 14, 2012 or as otherwise set by the Court;

4.      that Yandex shall not challenge the sufficiency of the service of either the summons and complaint or of the Motion for Preliminary Injunction; and

6.      that neither this Stipulation nor Yandex's waiver of a challenge to the

- 1 -

STIPULTION TO MODIFY DEADLINES

1    service of the summons and Motion shall be deemed a general appearance by Yandex.

2    Yandex expressly preserves its defenses and objections to this action, including those

3    based on jurisdiction, venue, and *forum non conveniens*.

4

5

6    **IT IS SO STIPULATED.**

7

8    DATED:  April 18, 2012            KRAUSE KALFAYAN BENINK

9                                          & SLAVENS, LLP.

10

11                                          Eric J. Benink

                                         Attorneys for Perfect 10, Inc.

12

13    DATED:  April 18, 2012            QUINN EMANUEL URQUHART &

14                                          SULLIVAN, LLP

15

16                                          Diane Doolittle

17                                          Attorneys for Yandex, N.V.

18    **PURSUANT TO STIPULATION,  IT IS SO ORDERED.**

19

20    DATED:    April 19, 2012.

21                                          William Alsup

22                                          United States District Judge

23

24

25

26

27

28

STIPULTION TO MODIFY DEADLINES