IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERFECT 10, INC.,

    Plaintiff,

v.

YANDEX N.V.,

    Defendant.

No. C 12-01521 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court hereby **CONTINUES** the case management conference to **SEPTEMBER 6, 2012, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior. All initial case management and ADR deadlines are **EXTENDED** accordingly.

    **PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

    **IT IS SO ORDERED.**

Dated: June 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE