IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERFECT 10, INC,

    Plaintiff,

  v.

YANDEX NV, et al.,

    Defendants.

No. C 12-01521 WHA

**ORDER STRIKING DISCOVERY LETTER**

Because the parties have not held a meet and confer, plaintiff's discovery dispute letter, filed yesterday, is **STRICKEN**. The parties shall conduct their meet and confer by 5:00 p.m. tomorrow, July 27. Afterward, plaintiff may file another discovery dispute letter on issues not resolved during the meet and confer.

**IT IS SO ORDERED.**

Dated: July 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE