**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERFECT 10, INC.,

    Plaintiff,

v.

YANDEX N.V.,

    Defendant.

No. C 12-01521 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

The Court is in receipt of defendant's letter of July 27, 2012, concerning its discovery dispute and **SETS** a meet-and-confer to commence at **10:00 A.M. AND CONTINUING THROUGH TO 2:30 P.M. (WITH HALF-HOUR FOR LUNCH AT NOON) ON THURSDAY, AUGUST 9, 2012**, in the Court's jury room in the federal courthouse. At 2:30 p.m., the Court shall conduct a hearing to resolve any outstanding issue(s). Please buzz chambers to be let into the jury room. Plaintiff's response is due by noon on August 6.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: July 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE