IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERFECT 10, INC.,

    Plaintiff,

v.

YANDEX N.V.,

    Defendant.

No. C 12-01521 WHA

**AMENDED ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

The hereby **ADVANCES** the meet-and-confer re defendant's discovery dispute to commence starting at **7:30 A.M. AND CONTINUING THROUGH TO 11:30 A.M. ON WEDNESDAY, AUGUST 8, 2012**, in the Court's jury room in the federal courthouse. At 11:30 a.m., the Court shall conduct a hearing to resolve any outstanding issue(s). Please buzz chambers to be let into the jury room. Plaintiff's response is due by noon on August 6.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: July 31, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE