1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | Case No. C 12-01521 WHA |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **HON. WILLIAM ALSUP** |
| YANDEX N.V., | **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PERFECT 10, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS, TO UN-DESIGNATE AEO DOCUMENTS, AND TO UN-REDACT PRODUCED DOCUMENTS** |
| Defendant. | |
| | Courtroom: 8 <br> Hearing Date: August 8, 2012 <br> Hearing Time: 11:30 a.m. |
| | Jurisdictional Discovery Deadline: August 23, 2012 |

1    **[PROPOSED] ORDER**

2    This matter is before the Court on Plaintiff Perfect 10, Inc.'s Motion to Compel Production of

3    Documents, to Un-designate Documents as "Attorney's Eyes Only" (AEO), and to Un-redact

4    Documents ("Perfect 10's Motion") (Dkt. No. 38, July 31, 2012). Perfect 10's Motion is granted in

5    part and denied in part, as follows:

6    1.    **Perfect 10's Request for Production of Documents No. 1**. With respect to Perfect

7    10's Request for Production of Documents Number 1, seeking all contracts between Yandex entities

8    and U.S. companies, Yandex N.V. shall produce all contracts between Yandex Inc. and U.S.

9    companies dated from August 12, 2010 to March 27, 2012, and all contracts between Yandex N.V.

10   and U.S. companies dated from January 1, 2010 to March 27, 2012 (but only to the extent not already

11   produced, and to the extent they exist ~~in California~~ in Yandex Inc.'s possession or ~~in the Netherlands~~

12   in Yandex N.V.'s possession). Yandex N.V. shall produce any contract between Yandex Inc. and

13   Yandex LLC dated between August 12, 2010 and March 27, 2012, to the extent that a copy of that

14   contract is ~~in Californi~~a in Yandex Inc.'s possession.

15   2.    **Perfect 10's Request for Production of Documents No. 4**. With respect to Perfect

16   10's Request for Production of Documents Number 4, seeking documents pertaining to financial

17   payments and monetary transfers between Yandex N.V. and Yandex Inc., between Yandex N.V. and

18   Yandex LLC., and between Yandex Inc. and Yandex LLC, Yandex N.V. shall produce documents

19   sufficient to show all monetary transfers between any two of those entities that occurred between

20   January 1, 2010 and March 27, 2012, but only to the extent they have not already been produced, and

21   to the extent they exist ~~in California~~ in Yandex Inc.'s possession or ~~in the Netherlands~~ in Yandex

22   N.V.'s possession.

23   3.    **Perfect 10's Request for Production of Documents No. 5**. With respect to Perfect

24   10's Request for Production of Documents Number 5, seeking all monthly and year-end financial

25   statements of Yandex N.V., Yandex Inc., and Yandex LLC, Yandex N.V. shall provide Yandex Inc.

26   quarterly balance sheets, profit and loss statements, and cash flow statements from the date of

27

28

Yandex Inc.'s incorporation on August 12, 2010 to December 31, 2010 and for January 1, 2012 to March 27, 2012, to the extent such documents exist.

4. **Perfect 10's Request for Production of Documents No. 8.** With respect to Perfect 10's Request for Production of Documents Number 8 seeking documents pertaining to Yandex servers, computer equipment, data centers, and Yandex IP addresses in the U.S., Perfect 10's Motion is DENIED.

5. **Perfect 10's Request for Relief From Stipulated Protective Order and to Down-Designate AEO Documents**. Perfect 10's request for relief from Paragraph 7.3 of the parties' Stipulated Protective Order pertaining to Jurisdictional Discovery entered by the Court on July 17, 2012 (Dkt. Nos. 28, 29) and regarding Yandex N.V.'s designation of AEO documents is denied.

6. **Perfect 10's Motion to Unredact Documents**. The Court denies Perfect 10's request that the Yandex N.V. board meeting minutes be un-redacted during this jurisdictional discovery phase.

7. Perfect 10's motion is denied in all other respects. All of the foregoing orders pertain to Perfect 10's jurisdictional discovery requests only, and are made without prejudice.

**IT IS SO ORDERED.**

Dated: August 20, 2012.

_____
Hon. William Alsup
United States District Judge

04769.52008/4905767.3 - 2 -
[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PERFECT 10, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS, TO UN-DESIGNATE AEO DOCUMENTS, AND TO UN-REDACT PRODUCED DOCUMENTS