Eric J. Benink, Esq., SBN 187434
KRAUSE KALFAYAN BENINK &
SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)
eric@kkbs-law.com

Natalie Locke, Esq., SBN 261363
Perfect 10, Inc.
11803 Norfield Court
Los Angeles, CA 90077
(310) 476-8231 (ph)
(310) 476-0700 (fax)
natalie@perfect10.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>YANDEX N.V., a Netherlands limited liability company; YANDEX INC. a Delaware Corporation, and YANDEX LLC, a Russian Limited Liability Corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. CV 12 1521 WHA<br><br>**FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Perfect 10, Inc. ("Perfect 10") avers:

**JURISDICTION AND VENUE**

1.      Jurisdiction. This action arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.      Venue. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (b)(1) and (3), (c), and § 1400(a).

3.      Personal Jurisdiction.  This Court has already found that personal jurisdiction is proper as toYandex N.V. Personal jurisdiction is proper as to Yandex Inc. because its primary place of business is in this judicial district. Personal jurisdiction is proper as to Yandex LLC because it has purposefully availed itself of the privilege of doing business in California and in the United States, material elements of its wrongdoing occurred in this State, its operations are inextricably intertwined with those of Yandex Inc. and Yandex N.V., and Yandex Inc. acts as its agent and/or alter ego.

**THE PARTIES**

4.      Plaintiff Perfect 10 is a California corporation with offices in San Diego, California.  Plaintiff published the popular magazine PERFECT 10 and owns and operates the internet website located at perfect10.com, which domain name Perfect 10 owns.

5.      Defendant Yandex N.V. is a limited liability company incorporated in the Netherlands that, together with its wholly-owned subsidiaries, Yandex Inc. and Yandex LLC, operate the internet websites located at yandex.com, yandex.ru, yandex.st, and yandex.net.

6.      Defendant Yandex Inc. is a Delaware Corporation registered to do business in California.  It hosts the infringing website yandex.com, the English speaking version of the website yandex.ru.  Both yandex.com and yandex.ru infringe thousands of Perfect 10 copyrighted images.  Yandex Inc. provides IP

addresses, web crawlers, and servers involved in the operation of both
yandex.com and yandex.ru.  Yandex Inc. operates a research facility in Palo
Alto, California, which develops computer software used in the operation of
yandex.com and yandex.ru.

7.     Defendant Yandex LLC is a Russian limited liability company that
was registered to do business in California until October 19, 2010.  The internet
registrations of yandex.com and yandex.ru are held by Yandex LLC.  Yandex
LLC also holds the internet registration for the tweededtimes.com, a website
written in English which deals almost exclusively with U.S. celebrities and U.S.
media, that is hosted by Yandex Inc.  According to publicly-available
information, either  Yandex LLC or Yandex N.V., or both, has entered into
numerous contracts with U.S. companies, including Amazon, Apple, EMI, Face,
Facebook, Google, Infospace, Mastercard, Microsoft, Mozilla, SPB Software,
Twitter, Universal Music, Warner Music, Visa (to process credit card advertising
payments), among others.  Upon information and belief, the contracts with
Google, Infospace, Microsoft, Mozilla and Twitter, involve the exchange of
Internet traffic between Yandex LLC or Yandex N.V. (or both) and those
entities.  Upon information and belief, the contracts with EMI, Universal Music,
and Warner Music, allow Yandex LLC or Yandex N.V. (or both) to offer
copyrighted music to the users of Yandex search engines in exchange for
payment which is shared between Yandex and those music companies.   On
information and belief, Yandex servers in Nevada are used for storing, serving
ads next to, and copying full-size Perfect 10 copyrighted images.  The term
"Yandex," herein refers to Yandex N.V., Yandex Inc. and Yandex LLC, because
they are inextricably involved in the operation of yandex.com and yandex.ru.

8.     Does 1 through 100, inclusive, which are businesses owned or
controlled by Yandex which either directly or indirectly profit from and/or
directly or indirectly infringe or facilitate the infringement of Perfect 10

intellectual property, are sued herein under fictitious names because their true
names and capacities are unknown to Perfect 10. When Perfect 10 ascertains the
Doe Defendants' true names and capacities, it will seek leave to amend this
complaint to insert such true names and capacities. Perfect 10 is informed and
believes, and on that basis avers, that each Doe defendant acted with defendant
Yandex and is responsible for the harm and damages to Perfect 10 herein
averred. Defendant Yandex and the Doe Defendants are referred to hereinafter
collectively as "Yandex."

9.      Perfect 10 is informed and believes, and on that basis avers, that at
all times material herein, each of the Defendants was the agent and/or employee
of the other Defendants, and, in doing the things herein averred, was acting
within the course and scope of such agency and employment.


## THE BUSINESS OF PERFECT 10

10.     The business of Perfect 10 consists of the design, creation,
production, marketing, promotion, and sale of copyrighted adult entertainment
products, including photographs, magazines, video productions, cell phone
downloads, and other media.

11.     Perfect 10 was the publisher of the well-known magazine
PERFECT 10, but was forced to close that magazine because of rampant
infringement.

12.     Perfect 10 creates or created, and sells or sold, calendars and other
merchandise featuring its images, and was involved in the licensing of
downloads of images for cellphones, but is not currently earning revenue from
that endeavor because of rampant infringement.

13.  Perfect 10 owns and operates the internet website perfect10.com.
Consumers are provided access to content owned by Perfect 10 and made
available by payment of a membership fee of $25.50 per month.

14.     Perfect 10's revenues are currently derived predominantly from sales of memberships to its perfect10.com website.  Sales of memberships to the perfect10.com website are made by providing the customer with an individual user name and password to access the website.

15.     The Perfect 10 Copyrighted Works:  Perfect 10 owns thousands of valuable and unique copyrighted photographs, as well as video productions and other proprietary materials.  Perfect 10 owns the copyrights in and to these works (the "Perfect 10 Copyrighted Works").  Perfect 10 has invested, and continues to invest, substantial sums of money, time, effort, and creative talent, to make and produce the Perfect 10 Copyrighted Works.  In addition, in order to produce and sell the Perfect 10 Copyrighted Works, Perfect 10 is required to make numerous payments, including but not limited to model fees, photographer fees, location costs, styling costs, make up costs, printing costs, film and processing costs, travel costs, as well as distribution, public relations, legal, and advertising and promotion costs.  A partial list of Perfect 10 copyright registrations is attached as **Exhibit 1**.

## **THE BUSINESS OF YANDEX**

16.     Yandex N.V. owns and controls its subsidiaries, including Yandex Inc. and Yandex LLC, and manages their day-to-day operations.  Yandex N.V., together with its subsidiaries operates the internet websites yandex.com, and yandex.ru, both of which are accessible in the United States and throughout the world.

17.     Yandex Inc. hosts the internet website yandex.com, which includes company.yandex.com, the website of its parent, Yandex N.V.  Because it hosts yandex.com, Yandex Inc. is essential to the operation of yandex.com.  In fact, the infringing search indexes offered by yandex.com are stored on Yandex Inc. servers.  In addition, Yandex Inc. is substantially involved in the operation of

both yandex.com and yandex.ru because it provides IP addresses, web crawlers, and servers that are necessary to operate the websites.

18.     Yandex LLC owns the Internet registrations for both yandex.com and yandex.ru.  Both of these websites are accessible in the United States and throughout the world.  Both websites place cookies (tracking devices) on their users' computers to monitor their internet activity.  Both websites allow their users to share photos, listen to as well as download music, and create yandex.ru or yandex.com email accounts.  Yandex.ru also allows its users to upload photos, place ads, click on ads, and follow traffic conditions and the weather. The websites are thus both highly interactive.   The websites share many of the same resources (servers, crawled images, crawled web pages, databases, programs, etc.)   The primary difference between the two is that yandex.com is in English and yandex.ru is in Russian.

19.     Yandex.com and yandex.ru allow users to search for images using search terms.  When a user enters an image search term, yandex.com and yandex.ru display Yandex-created web pages of Yandex-created thumbnail images in response to that search.   An example of a Yandex-created page in response to a search on Isabelle Funaro, a Perfect 10 model, is attached hereto as **Exhibit 2**.  Upon information and belief, Yandex must make a copy of the full-size image in order to create the Yandex thumbnail version of that image that Yandex offers to its users.  Upon information and belief, the same Yandex-created thumbnails are used by both yandex.com and yandex.ru.  Upon information and belief, the thumbnails used by yandex.com are stored on Yandex Inc. servers.

20.     When a user clicks on a particular thumbnail image, Yandex will display to the user a larger version of that same image on a new Yandex-created web page.  An example of such a Yandex display, which was obtained by clicking on the thumbnail with the red arrow shown in Exhibit 2, is attached as

FIRST AMENDED COMPLAINT

**Exhibit 3**.

21.     Yandex also allows its users to find other infringing images that are identical or nearly identical in appearance to the selected image.  (See the red arrow pointing to "Search for all image sizes" shown in Exhibit 3).

22.     An example of the result of clicking on the "Search for all image sizes" shown in Exhibit 3, is shown in **Exhibit 4**.  In effect, Yandex allows the user to search on an image rather than on a textual search term, and provides links to all websites in the Yandex search index that offer various sizes of the same infringing image.  Yandex uses image recognition to find such images.  In this way, Yandex allows its users to find many different infringing websites that contain the same infringing material.  Upon information and belief, this type of "search by image" capability has only been offered by commercial "search engines" such as Yandex and Google in the last two years.

23.     There are several aspects of Yandex Image search that are not that of a typical search engine and likely are not protected by any DMCA safe harbor (although Yandex does not qualify for DMCA safe harbor in any event as explained below).  For example, a typical search engine will place the domain name of the website from which a thumbnail is obtained below that thumbnail.  Thus in Exhibit 2, the en5min.fr under the selected thumbnail would mean that thumbnail was created by Yandex from a larger similar image on the website en5min.fr.  However, that image does not appear on en5min.fr, it appears on the Perfect 10 owned website naturaltens.com.  Thus Yandex is associating the wrong website with the thumbnail.  Secondly, search engines such as Google display the larger image associated with the thumbnail in Exhibit 3.  However, the image that Yandex displays in Exhibit 3 is not the same as the image from which the thumbnail was created.  In fact, as shown by the properties box in **Exhibit 5**, the larger image displayed in Exhibit 3 comes from a website, mojesanje.wordpress.com, not naturaltens.com or en5min.fr, the website that

Yandex incorrectly associates with the thumbnail. In other words, in many instances there is no apparent connection between the thumbnail that Yandex displays to users, and the full-size image that Yandex displays to users when the thumbnail is clicked upon. Thus, Yandex is not acting as a search engine. It is in effect, making the decision as to which full-size image it will display to the user.

24. Yandex also offers its users an opportunity to share full-size Perfect 10 images using their Facebook or Twitter accounts. See **Exhibit 6**, which was obtained by clicking on the share option. In this way, Yandex allows its users to share full-size Perfect 10 images by the thousands to other users anywhere in the world.

25. Yandex also offers a function whereby its users can perform searches for full-size images residing on Yandex's servers, by searching on Yandex-created thumbnails of those full-sized Yandex-stored images. Yandex places Yandex ads next to such thumbnails, making their use substantially commercial. An example of Yandex ads placed next to such Yandex-created thumbnails is attached as **Exhibit 7**. (See Yandex-created thumbnails of Perfect 10 images of models Marisa Miller and Genevieve Maylam). The four Yandex ads appear at the bottom of the second page. When users click on such thumbnails, Yandex displays the full-size image (hosted on Yandex servers) to view or download. Yandex also places Yandex ads next to such full-sized images. Examples of Yandex's hosting, display, and unauthorized commercial exploitation of full-size Perfect 10 images of Victoria's Secret supermodel Marisa Miller, and Next Model Genevieve Maylam (who appeared in the movie "The Fifth Element"), is attached as **Exhibit 8**. The Yandex ads appear at the bottom of each page. Upon information and belief, Perfect alleges that Yandex either a) itself uploaded unauthorized full-size Perfect 10 images and celebrity images to its servers; b) paid third parties to do so, knowing full well that such

parties do not own the rights to such content; c) willfully and knowingly allowed third parties to upload such materials; and/or d) turned a blind eye to such conduct.

26.     Yandex also provides a Web Search option, whereby a user can search on a particular term, and receive, in response, a list of links to web pages. In many cases, when the search is done on the name of a Perfect 10 model, many of the links which Yandex provides are to web pages containing infringing Perfect 10 copyrighted images of that model.  Yandex also provides unauthorized username/password combinations, which allow its users to enter perfect10.com and download thousands of Perfect 10 copyrighted images without paying for that right.

27.     Yandex N.V., Yandex Inc., and Yandex LLC are substantially involved in, and materially contribute to the infringement of Perfect 10 images. In order for the display of a full-size infringing Perfect 10 image to appear as shown in Exhibit 2, Yandex must undertake at least the following acts: 1) program and deploy a web crawler to copy known infringing Perfect 10 images onto Yandex servers; 2) convert those known infringing full-size Perfect 10 images into thumbnail versions and store those on Yandex servers; 3) construct infringing web pages of selected Yandex-created Perfect 10 thumbnails to provide to Yandex users in response to Image Search queries; 4) determine which web pages of Yandex-created thumbnails will be provided in response to which queries; 5) create computer code to determine which infringing full-size Perfect 10 image will be displayed to the user when they click on a selected thumbnail.  Yandex N.V., Yandex Inc. and Yandex LLC operate as a single unit and are inextricably involved in the operation of the web sites and search engines, so that each materially contributes to the infringement of Perfect 10 images.

28.     Yandex sells hundreds of millions of dollars each year in

advertising to websites that advertise so as to be seen by consumers who visit the Yandex websites. The greater the amount and quality of content that Yandex provides to consumers, the more consumers Yandex attracts and the more advertising revenue it generates. The availability of high-quality adult images, such as the Perfect 10 Copyrighted Works, attracts millions of visitors to Yandex and thus substantially and directly increases Yandex's advertising revenue.

29.     Yandex has actual knowledge that specific Perfect 10 Copyrighted Works are available to its users using its websites. Specifically, Perfect 10 has provided to noc@yandex.net, the email address used by yandex.com and yandex.ru, beginning on October 14, 2011, at least one hundred fifty written Notices of Infringement ("NOIs") identifying specific examples of Perfect 10's Copyrighted Works being made available for viewing and copying through Yandex. In addition, Perfect 10 sent to Arkady Borkovsky and Cliff Brunk, employees of Yandex, Inc. at least fifty-three of those same notices. Furthermore, Yandex is aware of specific infringements because Perfect 10 Copyrighted Works in Yandex's search results usually contain visible Perfect 10 Marks or visible copyright notices in the name of Perfect 10. Perfect 10 has repeatedly explained to Yandex that such images are always unauthorized, and that Yandex should remove all such images from its system using Yandex's image recognition capabilities.

30.     Yandex could take simple measures to prevent further access to the infringing images in a number of ways. First, it could simply process Perfect 10's Notices of Infringement. Second, it could use its image recognition capabilities to remove all copies of an identified copyrighted infringing Perfect 10 image. Third, it could use its image recognition to find and remove all images that display Perfect 10 copyright notices from its servers or its search index. Fourth, it could simply prevent its users from searching on known

infringing Perfect 10 images. Fifth, it could remove from its system, websites that have been the subject of repeated NOIs and who cannot demonstrate ownership of the works that they were accused of having infringed. Sixth, it could remove from its system websites that either disclaim ownership of their content, or who have been found guilty of copyright infringement by Courts. Yandex could also end its display of unauthorized perfect10.com usernames and passwords, but has refused to do so. On November 11, 2011, Yandex's attorney sent Perfect 10 a letter claiming that it had no legal requirement to respond to Perfect 10's NOIs. Yandex sent similar letters to Perfect 10 again on January 18, 2012, January 25, 2012, February 10, 2012, and February 14, 2012, claiming that it had no legal obligation to response to Perfect 10's NOI's. Even after Perfect 10 filed a lawsuit against Yandex N.V., Yandex continued to refuse to process Perfect 10 NOI's. On July 25, 2012, more than nine months after receiving Perfect 10's first notice, Yandex finally agreed to remove a small number of Yandex hosted Perfect 10 images but continues to refuse to remove any others from its system.

31.    Yandex is not eligible for Digital Millennium Copyright Act ("DMCA") Safe Harbor because it has not provided any information about a Yandex DMCA agent on its websites or with the U.S. Copyright Office as required by 17 U.S.C. § 512(c)(2).

32.    In spite of what are now more than 150 notices of infringement, on information and belief, Yandex has begun to aggressively place Yandex ads next to Perfect 10 copyrighted images that have been repeatedly identified as infringing Perfect 10's copyrights. Examples of a just a few such instances of Yandex ads next to such Perfect 10 copyrighted images on Yandex's display page (the page that Yandex offers to its users after they click on a Yandex image search thumbnail) are attached as **Exhibit 9**.

33.    Yandex is not merely infringing millions of dollars of Perfect 10

copyrighted works for its own commercial gain, and refusing to stop that infringement. Yandex is hosting, displaying, and placing ads next to the images of every imaginable celebrity without the permission of either the copyright holder or the celebrity. **Exhibit 10** contains examples of Yandex placing ads next to Yandex hosted obviously unauthorized images or fakes of celebrities Angelina Jolie, Christina Aguilera, Paris Hilton, Eminem/Britney Spears, Jessica Alba, Madonna, Milla Jovovich, and Halle Berry. Yandex is thus exploiting billions of dollars of copyrighted material and celebrity rights of publicity without permission. As such, Yandex is simply a massive Internet pirate that should receive no protection for its conduct under U.S. law.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement)

34.     Perfect 10 re-avers and incorporates herein by reference each and every averment of paragraphs 1 through 33 above as though fully set forth herein.

35.     Perfect 10 is the owner of all right, title, and interest to each of the Perfect 10 Copyrighted Works. Perfect 10 has registered its works with the United States Copyright Office. Perfect 10 has been issued United States copyright certificates listed on Exhibit 1, attached hereto, which represents a sample of the more than 1,000 Perfect 10 copyright registrations.

36.     Each of the Perfect 10 Copyrighted Works consists of material original with Perfect 10 and each is copyrightable subject matter.

37.     Yandex has copied, reproduced, distributed, adapted, and/or publicly displayed the Perfect 10 Copyrighted Works without the consent or authority of Perfect 10, thereby directly infringing Perfect 10's copyrights.

38.     Yandex's conduct constitutes direct infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted

Works in violation of Sections 106 and 501, et. seq. of the United States Copyright Act, 17 U.S.C. §§ 106 and 501.

39. Yandex has induced, caused, and/or materially contributed to unauthorized reproduction, adaptation, public display, and/or distribution of the Perfect 10 Copyrighted Works by third party infringing websites, and by Yandex's users and advertisers.

40. Yandex has and had knowledge, or had reason to know, that Perfect 10 Copyrighted Works were made available using its websites, could take simple measures to prevent further damage to Perfect 10's Copyrighted Works, and failed to take such measures.

41. Yandex's conduct constitutes contributory infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works.

42. Yandex has the right and ability to control whether full-size Perfect10 images are stored on its servers or displayed in its search results. Yandex places advertisements around those images and derives a direct financial benefit from clicks on its ads that appear next to such images. Yandex is thus profiting from direct infringement while declining to exercise a right to stop or limit it.

43. Yandex's conduct constitutes vicarious infringement of Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10 Copyrighted Works.

44. The infringement of Perfect 10's rights in and to each of the Perfect 10 Copyrighted Works constitutes a separate and distinct act of infringement.

45. The acts of infringement by Yandex have been willful, intentional, and purposeful, in reckless disregard of and with indifference to the rights of Perfect 10.

46. As a direct and proximate result of the infringements by Yandex of

1    Perfect 10's copyrights and exclusive rights under copyright in the Perfect 10

2    Copyrighted Works, Perfect 10 is entitled to Yandex's profits pursuant to 17

3    U.S.C. § 504(b).

4         47.    Alternatively, Perfect 10 is entitled to statutory damages, pursuant

5    to 17 U.S.C. § 504(c).

6         48.    Yandex's conduct is causing and, unless enjoined and restrained by

7    this Court, will continue to cause, Perfect 10 great and irreparable injury that

8    cannot fully be compensated in money.  Perfect 10 has no adequate remedy at

9    law.  Pursuant to 17 U.S.C. § 502, Perfect 10 is entitled to injunctive relief

10   prohibiting further infringements of Perfect 10's copyrights.

11        49.    Perfect 10 further is entitled to its attorneys' fees and costs pursuant

12   to 17 U.S.C. § 505.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Perfect 10 prays for judgment against Yandex, and each of the Doe Defendants, as follows:

1.     That Yandex, and each of the Doe Defendants, and their officers, agents, servants, employees, representatives, successors, and assigns, and all persons in active concert or participation with them, be enjoined from copying, reproducing, distributing, adapting, or publicly displaying the Perfect 10 Copyrighted Works;

2.     That Yandex be ordered to destroy all photographs, documents, and other items, electronic or otherwise, in its possession, custody, or control, that infringe the copyrights of Perfect 10.

3.     That Yandex be ordered to remove all links between its website and all websites that infringe Perfect 10 copyrights, and be prohibited from accepting advertising from, or placing ads on, websites which infringe Perfect 10 copyrights.

4.     For an order of restitution and/or disgorgement to Perfect 10, in an amount to be proven at trial, but not less than $5 million.

5.     For a full accounting of all profits, income, receipts, or other benefits derived by Defendants as a result of its unlawful conduct.

6.     For statutory damages under the Copyright Act, in an amount to be proven at trial, but not less than $5 million.

7.     For punitive damages.

8.     For attorneys' fees and full costs.

9.     For such other and further relief as this Court deems just and appropriate.

Dated: October 11, 2012                    PERFECT 10, INC.

                                           BY: _Natalie Locke_____
                                           NATALIE H. LOCKE
                                           ATTORNEY FOR PLAINTIFF

## **DEMAND FOR JURY TRIAL**

Perfect 10 hereby demands a jury trial pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Dated:  October 11, 2012            PERFECT 10, INC.

By:  _Natalie Locke_____
       NATALIE H. LOCKE
       Attorney for Plaintiff

Amended Complaint
Exhibit 1

# PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| TX 4-556-514 | TX-6-543-260 | VA 1-668-088 |
| TX 4-556-511 | TX 6-543-478 | VA 1-667-585 |
| TX 4-556-482 | VA 996-673 | VA 1-668-082 |
| TX 4-556-510 | VA 1-085-670 | VA 1-668-087 |
| TX 4-556-475 | VA 1-177-241 | VA 1-667-609 |
| TX 4-556-541 | VA 1-230-966 | VA 1-667-593 |
| TX 4-812-575 | VA 1-289-550 | VA 1-429-248 |
| TX 4-813-355 | VA 1-289-549 | VA 1-429-257 |
| TX 4-812-793 | VA 1-289-701 | VA 1-428-773 |
| TX 4-813-026 | VA 1-289-809 | VA 1-429-274 |
| TX 4-812-972 | VA 1-308-126 | VA 1-429-275 |
| TX 4-813-344 | VA 1-308-085 | VA 1-429-273 |
| TX 4-813-338 | VA 1-308-128 | VA 1-429-244 |
| TX 4-813-390 | VA 1-337-645 | VA 1-429-255 |
| TX 5-172-229 | VA 1-313-176 | VA 1-429-277 |
| TX 5-201-630 | VA 1-351-877 | VA 1-429-243 |
| TX 5-217-598 | VA 1-359-323 | VA 1-429-246 |
| TX 5-328-427 | VA 1-377-136 | VA 1-428-774 |
| TX 5-328-528 | VA 1-377-240 | VA 1-429-256 |
| TX 5-328-636 | VA 1-394-707 | VA 1-429-223 |
| TX 5-488-941 | VA 1-401-366 | VA 1-429-276 |
| TX 5-488-942 | VA 1-410-598 | VA 1-429-245 |
| TX 5-451-806 | VA 1-407-570 | VA 1-429-261 |
| TX 5-452-020 | VA 1-422-627 | VA 1-429-453 |
| TX 5-452-132 | PA 776-173 | VA 1-429-260 |
| TX 5-452-254 | PA 955-019 | VA 1-429-456 |
| TX 5-452-489 | VA 987-612 | VA 1-429-455 |
| TX 5-802-012 | VA 1-026-167 | VA 1-429-454 |
| TX 5-802-272 | PA 1-205-443 | VA 1-428-771 |
| TX 5-802-273 | PA 1-198-697 | VA 1-429-224 |
| TX 5-910-170 | VA 1-667-605 | VA 1-429-225 |
| TX 5-910-171 | VA 1-667-615 | VA 1-428-768 |
| TX 6-058-397 | VA 1-668-086 | VA 1-429-175 |
| TX 5-910-331 | VA 1-668-235 | VA 1-428-772 |
| TX 6-114-746 | VA 1-668-090 | VA 1-428-769 |
| TX 6-114-841 | VA 1-668-085 | VA 1-429-172 |
| TX 6-115-010 | VA 1-668-084 | VA 1-429-171 |
| TX 6-346-157 | VA 1-667-612 | VA 1-428-770 |
| TX 6-346-128 | VA 1-667-601 | VA 1-429-458 |
| TX 6-203-680 | VA 1-667-595 | VA 1-428-759 |
| TX 6-203-677 | VA 1-668-083 | VA 1-429-457 |

| | | |
|---|---|---|
| VA 1-429-184 | VA 1-391-552 | VA 1-410-400 |
| VA 1-429-185 | VA 1-396-363 | VA 1-410-401 |
| VA 1-429-461 | VA 1-396-364 | VA 1-410-402 |
| VA 1-428-761 | VA 1-396-365 | VA 1-410-403 |
| VA 1-429-183 | VA 1-396-366 | VA 1-410-404 |
| VA 1-428-760 | VA 1-396-367 | VA 1-410-405 |
| VA 1-429-182 | VA 1-396-368 | VA 1-410-406 |
| VA 1-429-186 | VA 1-396-369 | VA 1-410-407 |
| VA 1-428-758 | VA 1-396-370 | VA 1-410-408 |
| VA 1-429-460 | VA 1-396-371 | VA 1-410-409 |
| VA 1-429-459 | VA 1-396-372 | VA 1-410-410 |
| VA 1-428-507 | VA 1-396-373 | VA 1-410-411 |
| VA 1-428-506 | VA 1-396-374 | VA 1-410-596 |
| VA 1-428-509 | VA 1-396-375 | VA 1-410-597 |
| VA 1-428-508 | VA 1-396-376 | VAu 735-094 |
| VA 1-428-510 | VA 1-396-377 | VAu 735-095 |
| VA 1-426-142 | VA 1-396-378 | VAu 735-096 |
| VA 1-426-288 | VA 1-396-379 | VAu 735-097 |
| VA 1-426-290 | VA 1-396-380 | VAu 735-098 |
| VA 1-426-149 | VA 1-396-381 | VAu 735-099 |
| VA 1-426-292 | VA 1-396-382 | VA 1-356-952 |
| VA 1-426-291 | VA 1-396-383 | VA 1-356-951 |
| VA 1-426-294 | VA 1-396-384 | VA 1-347-289 |
| VA 1-426-147 | VA 1-396-385 | VA 1-337-664 |
| VA 1-426-144 | VA 1-396-386 | VA 1-337-644 |
| VA 1-426-148 | VA 1-396-387 | VAu 671-253 |
| VA 1-426-146 | VA 1-396-388 | VA 1-313-231 |
| VA 1-426-145 | VA 1-396-389 | VA 1-340-262 |
| VA 1-426-289 | VA 1-396-390 | VAu 702-953 |
| VA 1-426-150 | VA 1-396-391 | VA 1-377-135 |
| VA 1-426-151 | VA 1-396-392 | VA 1-425-191 |
| VA 1-426-293 | VA 1-396-393 | VA 1-369-768 |
| VA 1-426-141 | VA 1-396-394 | VA 1-386-685 |
| VA 1-426-143 | VA 1-396-395 | VA 1-424-074 |
| VA 1-391-545 | VA 1-396-396 | VA 1-397-049 |
| VA 1-391-546 | VA 1-396-397 | VA 1-397-064 |
| VA 1-391-547 | VA 1-401-160 | VA 1-397-061 |
| VA 1-391-548 | VA 1-401-161 | VA 1-397-057 |
| VA 1-391-549 | VA 1-401-363 | VA 1-397-060 |
| VA 1-391-550 | VA 1-401-364 | VA 1-397-051 |
| VA 1-391-551 | VA 1-401-365 | VA 1-397-067 |

# PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-397-054 | VA 1-629-382 | VA 1-429-169 |
| VA 1-397-063 | VA 1-629-378 | VA 1-429-219 |
| VA 1-397-053 | VA 1-629-369 | VA 1-429-163 |
| VA 1-397-052 | VA 1-629-373 | VA 1-429-444 |
| VA 1-397-062 | VA 1-628-769 | VA 1-429-168 |
| VA 1-397-056 | VA 1-628-767 | VA 1-429-167 |
| VA 1-397-055 | VA 1-628-766 | VA 1-429-177 |
| VA 1-397-071 | VA 1-628-773 | VA 1-429-733 |
| VA 1-397-050 | VA 1-429-272 | VA 1-429-736 |
| VA 1-397-070 | VA 1-429-448 | VA 1-428-561 |
| VA 1-397-059 | VA 1-429-447 | VA 1-428-554 |
| VA 1-397-058 | VA 1-429-280 | VA 1-428-513 |
| VA 1-631-257 | VA 1-429-265 | VA 1-428-549 |
| VA 1-631-247 | VA 1-429-268 | VA 1-428-548 |
| VA 1-631-228 | VA 1-429-446 | VA 1-428-552 |
| VA 1-631-253 | VA 1-429-266 | VA 1-428-516 |
| VA 1-631-232 | VA 1-429-445 | VA 1-428-511 |
| VA 1-631-261 | VA 1-429-267 | VA 1-428-512 |
| VA 1-631-244 | VA 1-429-282 | VA 1-428-524 |
| VA 1-631-235 | VA 1-429-279 | VA 1-428-523 |
| VA 1-631-242 | VA 1-429-449 | VA 1-428-527 |
| VA 1-631-229 | VA 1-429-164 | VA 1-428-567 |
| VA 1-631-255 | VA 1-429-209 | VA 1-428-562 |
| VA 1-631-250 | VA 1-429-206 | VA 1-428-563 |
| VA 1-667-297 | VA 1-429-207 | VA 1-428-555 |
| VA 1-641-522 | VA 1-429-165 | VA 1-428-557 |
| VA 1-641-518 | VA 1-429-218 | VA 1-428-564 |
| VA 1-630-387 | VA 1-429-210 | VA 1-428-558 |
| VA 1-630-389 | VA 1-429-204 | VA 1-428-559 |
| VA 1-651-767 | VA 1-429-160 | VA 1-428-526 |
| VA 1-630-331 | VA 1-429-462 | VA 1-428-525 |
| VA 1-630-329 | VA 1-429-161 | VA 1-428-515 |
| VA 1-630-374 | VA 1-429-221 | VA 1-428-546 |
| VA 1-629-765 | VA 1-429-194 | VA 1-428-543 |
| VA 1-630-377 | VA 1-429-176 | VA 1-428-547 |
| VA 1-630-365 | VA 1-429-220 | VA 1-428-514 |
| VA 1-630-384 | VA 1-429-208 | VA 1-428-522 |
| VA 1-630-334 | VA 1-429-162 | VA 1-428-517 |
| VA 1-641-527 | VA 1-429-166 | VA 1-428-521 |
| VA 1-630-341 | VA 1-429-211 | VA 1-428-520 |
| VA 1-630-363 | VA 1-429-222 | VA 1-428-518 |

Exh. 1, Pg. 3

# PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-735 | VA 1-428-565 | VA 1-429-238 |
| VA 1-429-683 | VA 1-428-551 | VA 1-429-271 |
| VA 1-429-662 | VA 1-428-566 | VA 1-429-862 |
| VA 1-429-732 | VA 1-428-544 | VA 1-429-180 |
| VA 1-429-730 | VA 1-428-550 | VA 1-429-855 |
| VA 1-429-663 | VA 1-428-556 | VA 1-429-232 |
| VA 1-429-708 | VA 1-428-528 | VA 1-429-858 |
| VA 1-428-519 | VA 1-429-731 | VA 1-429-234 |
| VA 1-429-664 | VA 1-429-727 | VA 1-429-859 |
| VA 1-428-560 | VA 1-429-617 | VA 1-429-247 |
| VA 1-428-734 | VA 1-429-170 | VA 1-428-756 |
| VA 1-428-740 | VA 1-429-201 | VA 1-429-249 |
| VA 1-429-741 | VA 1-429-202 | VA 1-428-757 |
| VA 1-429-019 | VA 1-429-203 | VA 1-428-755 |
| VA 1-428-733 | VA 1-429-684 | VA 1-429-251 |
| VA 1-428-731 | VA 1-429-682 | VA 1-429-237 |
| VA 1-429-016 | VA 1-429-685 | VA 1-429-235 |
| VA 1-429-017 | VA 1-429-677 | VA 1-428-540 |
| VA 1-429-018 | VA 1-429-850 | VA 1-625-653 |
| VA 1-429-737 | VA 1-429-849 | VA 1-428-539 |
| VA 1-429-738 | VA 1-428-744 | VA 1-428-536 |
| VA 1-429-254 | VA 1-429-852 | VA 1-428-533 |
| VA 1-428-730 | VA 1-428-743 | VA 1-428-530 |
| VA 1-429-740 | VA 1-428-742 | VA 1-428-541 |
| VA 1-429-739 | VA 1-429-860 | VA 1-428-538 |
| VA 1-428-732 | VA 1-428-745 | VA 1-428-535 |
| VA 1-429-868 | VA 1-429-853 | VA 1-428-531 |
| VA 1-429-857 | VA 1-429-851 | VA 1-428-537 |
| VA 1-429-863 | VA 1-428-765 | VA 1-428-534 |
| VA 1-429-865 | VA 1-429-250 | VA 1-428-542 |
| VA 1-429-866 | VA 1-428-763 | VA 1-428-529 |
| VA 1-429-864 | VA 1-428-775 | VA 1-428-532 |
| VA 1-429-867 | VA 1-429-178 | VA 1-428-596 |
| VA 1-646-315 | VA 1-428-766 | VA 1-429-721 |
| VA 1-646-305 | VA 1-429-179 | VA 1-429-693 |
| VA 1-646-312 | VA 1-429-856 | VA 1-429-692 |
| VA 1-646-300 | VA 1-429-181 | VA 1-429-720 |
| VA 1-646-269 | VA 1-429-269 | VA 1-429-719 |
| VA 1-646-273 | VA 1-428-764 | VA 1-429-723 |
| VA 1-428-545 | VA 1-428-767 | VA 1-429-722 |
| VA 1-428-553 | VA 1-429-270 | VA 1-429-694 |

- 4 -

# PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-429-728 | VA 1-429-464 | VA 1-430-299 |
| VA 1-429-691 | VA 1-429-474 | VA 1-430-291 |
| VA 1-429-712 | VA 1-429-468 | VA 1-430-293 |
| VA 1-429-714 | VA 1-429-477 | VA 1-430-294 |
| VA 1-429-717 | VA 1-429-467 | VA 1-430-295 |
| VA 1-429-718 | VA 1-429-442 | VA 1-430-297 |
| VA 1-429-695 | VA 1-429-466 | VA 1-430-296 |
| VA 1-429-713 | VA 1-429-443 | VA 1-201-268 |
| VA 1-429-715 | VA 1-429-465 | VA 1-201-269 |
| VA 1-429-696 | VA 1-429-469 | VA 1-201-270 |
| VA 1-429-697 | VA 1-429-441 | VA 1-202-770 |
| VA 1-429-716 | VA 1-429-476 | VA 1-202-771 |
| VA 1-429-190 | VA 1-429-475 | VA 1-289-553 |
| VA 1-429-191 | VA 1-429-473 | VA 1-289-554 |
| VA 1-429-192 | VA 1-430-323 | VA 1-289-555 |
| VA 1-429-213 | VA 1-430-311 | VA 1-289-556 |
| VA 1-429-239 | VA 1-430-312 | VA 1-289-557 |
| VA 1-429-240 | VA 1-430-315 | VA 1-289-558 |
| VA 1-429-241 | VA 1-430-310 | VA 1-289-559 |
| VA 1-429-242 | VA 1-430-309 | VA 1-289-560 |
| VA 1-429-229 | VA 1-430-307 | VA 1-289-561 |
| VA 1-429-954 | VA 1-430-306 | VA 1-289-562 |
| VA 1-429-212 | VA 1-430-305 | VA 1-289-563 |
| VA 1-429-215 | VA 1-430-320 | VA 1-289-564 |
| VA 1-429-216 | VA 1-430-321 | VA 1-289-565 |
| VA 1-429-283 | VA 1-430-322 | VA 1-289-566 |
| VA 1-429-231 | VA 1-430-300 | VA 1-289-567 |
| VA 1-428-754 | VA 1-430-319 | VA 1-289-568 |
| VA 1-428-753 | VA 1-430-301 | VA 1-289-569 |
| VA 1-429-924 | VA 1-430-308 | VA 1-289-570 |
| VA 1-429-195 | VA 1-430-317 | VA 1-289-571 |
| VA 1-429-230 | VA 1-430-314 | VA 1-289-572 |
| VA 1-429-472 | VA 1-430-316 | VA 1-289-573 |
| VA 1-429-214 | VA 1-430-313 | VA 1-289-574 |
| VA 1-429-952 | VA 1-430-318 | VA 1-289-575 |
| VA 1-428-752 | VA 1-430-302 | VA 1-289-576 |
| VA 1-429-953 | VA 1-430-487 | VA 1-289-577 |
| VA 1-429-955 | VA 1-430-303 | VA 1-289-578 |
| VA 1-429-956 | VA 1-430-304 | VA 1-289-579 |
| VA 1-429-470 | VA 1-430-298 | VA 1-289-580 |
| VA 1-429-471 | VA 1-430-292 | VA 1-289-581 |

- 5 -

# PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | |
|---|---|---|
| VA 1-289-582 | VA 1-377-517 | VA 1-669-421 |
| VA 1-289-583 | VA 1-377-518 | VA 1-669-444 |
| VA 1-289-584 | VA 1-377-519 | VA 1-669-441 |
| VA 1-289-585 | VA 1-377-520 | VA 1-668-099 |
| VA 1-289-586 | VA 1-377-521 | VA 1-668-232 |
| VA 1-289-587 | VA 1-377-522 | VA 1-668-236 |
| VA 1-289-588 | VA 1-391-557 | VA 1-289-551 |
| VA 1-289-589 | VA 1-391-558 | VA 1-289-552 |
| VA 1-307-980 | VA 1-392-864 | VA 1-231-092 |
| VA 1-307-981 | VA 1-424-033 | VA 1-231-093 |
| VA 1-307-982 | VA 1-424-077 | VA 1-397-502 |
| VA 1-307-983 | VAu 735-091 | VA 1-208-244 |
| VA 1-307-984 | VAu 735-092 | VA 1-208-275 |
| VA 1-307-985 | VAu 735-093 | VA 1-208-295 |
| VA 1-307-986 | VA 1-429-681 | VA 1-221-373 |
| VA 1-307-987 | VA 1-429-701 | VA 1-230-967 |
| VA 1-307-988 | VA 1-429-680 | VA 1-254-823 |
| VA 1-308-081 | VA 1-429-670 | VA 1-289-666 |
| VA 1-308-127 | VA 1-429-700 | VA 1-289-704 |
| VA 1-308-134 | VA 1-429-667 | VA 1-289-705 |
| VA 1-308-135 | VA 1-429-666 | VA 1-301-850 |
| VA 1-308-138 | VA 1-429-703 | VA 1-301-851 |
| VA 1-321-524 | VA 1-429-702 | VA 1-301-852 |
| VA 1-321-525 | VA 1-428-729 | VA 1-391-325 |
| VA 1-321-526 | VA 1-429-668 | VA 1-391-326 |
| VA 1-321-527 | VA 1-429-525 | VA 1-392-589 |
| VA 1-345-740 | VA 1-429-669 | VA 1-392-590 |
| VA 1-345-741 | VA 1-668-096 | VA 1-397-075 |
| VA 1-345-742 | VA 1-668-230 | VA 1-397-076 |
| VA 1-345-743 | VA 1-668-237 | VA 1-397-077 |
| VA 1-345-744 | VA 1-668-094 | VA 1-401-162 |
| VA 1-345-745 | VA 1-668-101 | VA 1-289-661 |
| VA 1-345-746 | VA 1-669-420 | VA 1-289-662 |
| VA 1-345-747 | VA 1-668-093 | VA 1-289-663 |
| VA 1-345-748 | VA 1-668-107 | VA 1-289-664 |
| VA 1-377-246 | VA 1-668-245 | VA 1-428-736 |
| VA 1-377-247 | VA 1-668-103 | VA 1-429-258 |
| VA 1-377-248 | VA 1-668-109 | VA 1-428-741 |
| VA 1-377-249 | VA 1-668-105 | VA 1-429-253 |
| VA 1-377-509 | VA 1-668-097 | VA 1-429-259 |
| VA 1-377-516 | VA 1-668-231 | VA 1-429-173 |

| | | |
|---|---|---|
| VA 1-429-174 | VA 1-645-643 | VA 1-430-578 |
| VA 1-429-252 | VA 1-645-681 | VA 1-429-009 |
| VA 1-429-734 | VA 1-645-667 | VA 1-430-581 |
| VA 1-429-661 | VA 1-645-712 | VA 1-289-667 |
| VA 1-429-660 | VA 1-645-714 | VA 1-429-200 |
| VA 1-429-659 | VA 1-645-711 | VA 1-430-579 |
| VA 1-429-698 | VA 1-645-720 | VA 1-429-707 |
| VA 1-429-690 | VA 1-645-655 | VA 1-428-762 |
| VA 1-429-689 | VA 1-646-246 | VA 1-429-022 |
| VA 1-429-688 | VA 1-646-239 | VA 1-429-029 |
| VA 1-429-673 | VA 1-646-232 | VA 1-429-028 |
| VA 1-429-672 | VA 1-646-216 | VA 1-430-583 |
| VA 1-429-657 | VA 1-646-211 | VA 1-429-012 |
| VA 1-429-699 | VA 1-646-247 | VA 1-428-738 |
| VA 1-429-676 | VA 1-646-257 | VA 1-428-739 |
| VA 1-429-658 | VA 1-646-259 | VA 1-429-011 |
| VA 1-429-671 | VA 1-646-201 | VA 1-429-021 |
| VA 1-429-678 | VA 1-646-223 | VA 1-429-023 |
| VA 1-429-675 | VA 1-429-854 | VA 1-429-026 |
| VA 1-429-674 | VA 1-429-205 | VA 1-429-025 |
| VA 1-429-679 | VA 1-429-861 | VA 1-429-027 |
| VA 1-429-686 | VA 1-429-262 | VA 1-429-199 |
| VA 1-429-687 | VA 1-428-746 | VA 1-429-008 |
| VA 1-321-521 | VA 1-429-217 | VA 1-428-737 |
| VA 1-321-523 | VA 1-429-618 | VA 1-429-197 |
| VA 1-308-137 | VA 1-430-010 | VA 1-429-196 |
| VA 1-321-522 | VA 1-429-228 | VA 1-429-198 |
| VA 1-308-136 | VA 1-429-227 | VA 1-430-580 |
| VA 1-308-089 | VA 1-429-619 | VA 1-429-024 |
| VA 1-308-090 | VA 1-430-013 | VA 1-429-020 |
| VA 1-308-082 | VA 1-430-012 | VA 1-664-342 |
| VA 1-308-083 | VA 1-430-011 | VA 1-664-344 |
| VA 1-308-084 | VA 1-430-008 | VA 1-664-331 |
| VA 1-429-704 | VA 1-429-620 | VA 1-664-328 |
| VA 1-429-705 | VA 1-429-622 | VA 1-664-338 |
| VA 1-429-706 | VA 1-429-621 | VA 1-664-335 |
| VA 1-407-581 | VA 1-429-236 | VAu 323-589 |
| VA 1-646-292 | VA 1-428-751 | VAu 353-439 |
| VA 1-646-281 | VA 1-429-226 | VAu 353-448 |
| VA 1-645-715 | VA 1-429-263 | VAu 353-469 |
| VA 1-645-629 | VA 1-429-010 | VAu 353-504 |

| | |
|---|---|
| VAu 353-511 | VAu 514-094 |
| VAu 514-094 | VAu 323-589 |
| VAu 514-122 | VAu 353-439 |
| VAu 537-932 | VAu 353-448 |
| VAu 537-946 | VAu 353-469 |
| VAu 537-983 | VAu 353-504 |
| VAu 538-018 | VAu 353-511 |
| VAu 586-191 | VAu 514-122 |
| VAu 590-160 | VAu 514-176 |
| VAu 590-169 | VAu 517-389 |
| VAu 590-327 | VAu 517-394 |
| VAu 590-420 | VAu 517-395 |
| VAu 628-821 | VAu 537-932 |
| VAu 628-822 | VAu 537-946 |
| VAu 653-235 | VAu 537-983 |
| VAu 653-253 | VAu 538-018 |
| VAu 686-179 | VAu 586-191 |
| VAu 686-736 | VAu 590-160 |
| VAu 686-737 | VAu 590-169 |
| VAu 702-997 | VAu 590-327 |
| VAu 756-442 | VAu 590-420 |
| VAu 687-568 | VAu 628-821 |
| VAu 687-569 | VAu 628-822 |
| VAu 687-570 | VAu 653-235 |
| VAu740-679 | VAu 653-253 |
| VAu-517-394 | VAu 686-179 |
| VAu-517-389 | VAu 686-736 |
| VAu 517-395 | VAu 686-737 |
| VAu 514-176 | VAu 687-568 |
| VAu740-680 | VAu 687-569 |
| VAu 740-678 | VAu 687-570 |
| | VAu 702-997 |
| | VAu 740-678 |
| | VAu 740-679 |
| | VAu 740-680 |
| | VAu 756-442 |

Amended Complaint
Exhibit 2

http://images.yandex.com/#/yandsearch?text=%22Isabelle%20Funaro%22&ncrnd=0.8

"Isabelle Funaro" - Yandex.I...

File   Edit   View   Favorites   Tools   Help

Convert   Select

Snagit



Web   Images   Video   Mail

Login
Help

"Isabelle Funaro"                                          Search

Settings

113 images found

**Size**
Large
Medium
Small
Wallpaper

**Orientation**
Landscape
Portrait
Square

**Type**
Photos
Clipart
Pictures and drawings
People

**Color**
Color only
Black and white

**File**
JPEG
PNG
GIF

**Recent**
Past 3 days
Past week
Past month

**Located on**
Website address   ok



**Isabelle Funaro.**
1024×768
wallpapersfree.ru





**Isabelle Funaro** était sur le plateau de.
485×730   500×753
en5min.fr



550×858
en5min.fr

**Isabelle Funaro** était sur le plateau de.
570×803
en5min.fr



**Isabelle Funaro** est la femme de Michaël Youn.
270×120   1280×853
kelfemme.com



100×75   1024×768
kincsem.sztarfotok.hu

485×730
bigfunblog.com

550×744
forum.doctissimo.fr





**Isabelle Funaro** était sur le plateau de.
680×1024
en5min.fr



**Isabelle Funaro** était sur le plateau de.
680×1024
en5min.fr



**Isabelle Funaro** était sur le plateau de.
740×1046
en5min.fr



Découvrez tout sur **Isabelle Funaro**, Biographie...
150×150
commeaucinema.com

Exh. 2, Pg. 1

9:07 PM
8/26/2012

Amended Complaint
Exhibit 3



Amended Complaint
Exhibit 4

Copies of this picture can be found here: www.tuxboard.com/photos/2010/06/Isabelle-Funaro-ex-Pascal-Obispo.jpg - Yandex.Images



Settings

Terms and Conditions

© 2010–2012  OOO «Yandex»

About Yandex

Displaying copies of  Back to search results for ""Isabelle Funaro""

1 

**500×753**
JPG, 285 KB

P10 Copyright Perfect 10, Inc. 1996-2012
NATURAL 10 and NATURALTENS
www.naturaltens.com

2 

**485×730**
JPG, 68 KB

Isabelle-Funaro-I
forum.doctissimo.fr/.../vrai-faux-
sujet_2701_1.htm

3 

**485×730**
JPG, 59 KB

Isabelle Funaro ex Pascal Obispo
www.en5min.fr

4

**465×700**
JPG, 181 KB

tumblr lanssjamdp qztqgco jpg
mojesanje.wordpress.com

Exh. 4, Pg. 1

Copies of this picture can be found here: www.tuxboard.com/photos/2010/06/Isabelle-Funaro-ex-Pascal-Obispo.jpg - Yandex.Images



5



[150×150](#)
JPG, 6 KB

Isabelle Funaro ex Pascal Obispo. Isabelle Funaro ex Pascal Obispo

www.tuxboard.com/isabelle-funaro-nue/

6



[99×149](#)
JPG, 11 KB

15a

mojesanje.wordpress.com

Exh. 4, Pg. 2

Amended Complaint
Exhibit 5



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

Exh. 5, Pg. 1

Amended Complaint
Exhibit 6



Amended Complaint
Exhibit 7



Найти

Загрузить фотки  или  Мои фотки▼  Мои любимые авторы▼  Печать  Конкурс «Свет витражей»

 **r309458**

31 альбом,
4084 фото

Популярное у
автора
Избранные фото
Любимые авторы
Фото на карте
Фото, где есть
автор
Страница на Я.ру

**Альбомы**
девушки
рисунки гавриила
лубнина
Неразобранное в
разное
-
gif unsorted
gundam seed +
gundam seed destiny
комиксы
смех - разное
gundam 00
pandora hearts

**Свежие фото**







**Все фото**

# Альбом «Мои альбомы / девушки»  Слайд-шоу  Получить код

Фото из альбома на карте

1912 фото

  Добавить фотографии альбома в заказ фотопечати

  

  

  

  

Perfect 10 image
of Marisa Miller

Exh. 7, Pg. 1

  

  

Perfect 10 image of Genevieve Maylam

 

**Страницы** ← Ctrl предыдущая следующая Ctrl →

... 25 26 27 28 29 30 31 **32** 33 34 35 36 37 38 39 ...

Yandex ads

Яндекс.Директ     Все объявления

**Фотошкола – обучение фотографии**
Только сегодня! Полный курс обучения 2 400 руб. Персональный преподаватель.
fotoshkola.net

**Новости Hi-Tech на PodFM**
Будь в курсе всех новостей Hi-Tech, слушай ежедневные выпуски на PodFM!
Адрес и телефон  sotovik.podfm.ru

**Хостинг от AGAVA – твой выбор.**
Поддержка PHP, Perl, MySQL, почта + домен бесплатно. Тарифы от 60 р./ м.
hosting.agava.ru

**Надежный хостинг**
Хостинг-провайдер NDW.ru. PHP5, MySQL, DirectAdmin. Тестируйте целый месяц!
ndw.ru

Amended Complaint
Exhibit 8

Поиск   Почта   Календарь   Деньги   Мой Круг   **Фотки**   Народ   Открытки   ещё ▼

Войти

Настройка   Помощь



Яндекс
**фотки**

Найти

**Загрузить фотки**  или  Мои фотки▼  Мои любимые авторы▼  Печать   Конкурс «Свет витражей»



← Назад          **64_102402833.jpg**          Вперед →

Альбом «девушки»



    

**r309458**

31 альбом, 4084 фото

Популярное у автора
Избранные фото
Любимые авторы
Фото на карте
Фото, где есть автор
Страница на Я.ру

**Альбомы**

**Свежие фото**





Все фото

Фото 632 из 1912

Метки:  beauty,  girls,  девушки,  красота
Загружено:  26 июля 2011 в 14:06
Смотрели  **всего 27 раз**

В другом размере ▼        

*Offers different infringing image sizes*

Поделиться  

Код для вставки на сайт или в блог

Авторизуйтесь, чтобы оставить свой комментарий или оценить фото.

*Yandex Ads*

Яндекс.Директ   Все объявления

**Как начать бизнес с нуля?**
Узнайте всю правду.
alexyanovsky.com

**Секрет самых богатых людей мира!**
5 заповедей частного инвестора.
Как делают 300-1000% в год?
academyprivateinvestment.com

**3 главных секрета везения: Как**
жить легко и радостно, играючи исполнять
свои желания! Обучающий курс.
pavel  kolesov.ru

★ **Женские часы**
Женские часы различных марок. Низкие
цены! Доставка бесплатно!
glamuros.ru

Яндекс
**фотки**

[                                                    ]  Найти

[Загрузить фотки]   или   Мои фотки ▼   Мои любимые авторы ▼   Печать   Конкурс «Свет витражей»



Пушистые бельки от National Geographic


r309458

31 альбом, 4084 фото

Популярное у автора
Избранные фото
Любимые авторы
Фото на карте
Фото, где есть автор
Страница на Я.ру

**Альбомы**

**Свежие фото**







Все фото

← Назад          **10512312.jpg**          Вперед →



REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER

В другом размере ▼          ← Offers different infringing image sizes

Поделиться

Код для вставки на сайт или в блог

Авторизуйтесь, чтобы оставить свой комментарий или оценить фото.

Альбом «девушки»

    

Фото 638 из 1912

Метки:  beauty, girls, девушки, красота
Загружено:  26 июля 2011 в 14:06
Смотрели  всего 45 раз

Yandex ads

Яндекс.Директ   Все объявления

**Аренда апартаментов и отелей**
Поиск лучших цен на аренду сразу по 35 крупным порталам бронирования.
economytravel.ru

**Отели в Риге, все типы номеров!**
Спецпредложения отелей в Риге, быстрое бронирование онлайн! 98 отелей!
tripadvisor.ru

**Как начать бизнес с нуля?**
Узнайте всю правду.
alexyanovsky.com

**Дом на Малом Каковинском переулке**
Отдел продаж М.Каковинский п.д.8.Кв-ры от80-220м2 Цена от 350тыс.за кв.м.!
flat  dream.ru

Amended Complaint
Exhibit 9



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**

Яндекс.Директ

**Ультразвуковые преобразователи**
В наличии на складе. Для любых
дефектоскопов и толщиномеров.
kropus.com

**Секрет самых богатых людей
мира!**
5 заповедей частного инвестора. Как делают
300-1000% в год?
academyprivateinvestment.com

Пожалуйста, не забывайте о том, что картинка может
охраняться авторским правом.



    



Exh. 9, Pg. 1

site:pelotka.com keity - Яндекс.Картинки

наверх

Найти

 **ЯНДЕКС**
**картинки**

Нашлось **194** картинки

**Размер**
Большой
Средний
Маленький
Обои

**Ориентация**
Горизонтальная
Вертикальная
Квадратная

**Тип**
Фото
Клипарт
Рисунки и чертежи
Лица
Демотиваторы

**Цвет**
Только цветные
Чёрно-белые

**Файл**
JPEG
PNG
GIF

**Свежие**
За 3 дня
За неделю
За месяц

**На сайте**
ok
☐ Подписи к картинкам

Искать в других поисковых системах




**REDACTED TO DISCOURAGE**
**UNAUTHORIZED COPYING FROM PACER**

www.hegre-archives.com

   

http://www.pelotka.com/photos/...  ✕

| | | |
|---|---|---|
| 4500×2965 | ero.1zoom.ru | JPG, 1,5 МБ |
| 2152×3000 | sfw.org.ua | JPG, 421 КБ |
| 600×837 | copypast.ru | JPG, 49 КБ |
| 120×160 | sexnarod.ru | JPG, 3 КБ |
| 107×150 | hostingfailov.com | JPG, 2 КБ |

Найти все размеры

Поделиться...  

Яндекс.Директ

**Секретсамых богатых людей мира!**
5 заповедей частного инвестора. Как делают 300-1000% в год?
academyprivateinvestment.com

**Девушки?**
Девушки: MAXIM знает не только об этом! Смотри на
maximonline.ru

Пожалуйста, не забывайте о том, что картинка может охраняться авторским правом.

◀◀  ▶  ▶▶  ⤢

 Exh. 9, Pg. 2

http://images.yandex.ru/#!/yandsearch?text=site%3Apelotka.com keity&img_url=copypast.ru%2Ffoto3%2F1605%2Fshtanishki_008.jpg&pos=1&rpt=simage[9/10/2012 10:08:29 AM]



**REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER**



www.hegre-archives.com

Яндекс.Директ

**Секрет самых богатых людей мира!**
5 заповедей частного инвестора. Как делают 300-1000% в год?
academyprivateinvestment.com

**Кресла – скидки!**
Каталог мебели MebSite.ru – кресла и раскладные кресла от производителей
mebsite.ru

Пожалуйста, не забывайте о том, что картинка может охраняться авторским правом.

   

     

Exh. 9, Pg. 3

Amended Complaint
Exhibit 10

# Яндекс
## фотки

Поиск Почта Календарь Деньги Мой Круг **Фотки** Народ Открытки ещё▼

Войти

Настройка
Помощь

Найти

Загрузить фотки или Мои фотки▼ Мои любимые авторы▼ Печать Конкурс «Свет витражей»


Фотографии косаток от National Geographic

**NZ дзюдоперетц**

18 альбомов, 9141 фото

Популярное у автора
Избранные фото
Любимые авторы
Фото на карте
Фото, где есть автор
Страница на Я.ру

**Альбомы**

**Свежие фото**







Все фото

← Назад    **andzhelina_dzholi.jpg**    Вперед →



18  В другом размере▼

Альбом «Ба!Знакомые всё лица.»

    

Фото 173 из 428

Метки:  девушки, знакомые всё л..., красавица

**Оценки** ★☆☆☆☆ — 1 оценка
Загружено:  23 ноября 2010 в 08:51
Смотрели  за неделю 2 раза,  всего 891 раз

Поделиться

Код для вставки на сайт или в блог

Авторизуйтесь, чтобы оставить свой комментарий или оценить фото.

Яндекс.Директ    Все объявления

Как начать бизнес с нуля?
Узнайте всю правду.
alexyanovsky.com

Секрет самых богатых людей мира!
5 заповедей частного инвестора.
Как делают 300-1000% в год?

3 главных секрета везения: Как
жить легко и радостно, играючи исполнять
свои желания! Обучающий курс.

Названа цена домов
в Черногории
Некоторые дома в Черногории стали

Поиск    Почта    Календарь    Деньги    Мой Круг    **Фотки**    Народ    Открытки    ещё▼

Войти

Настройка    Помощь

# Яндекс
**фотки**

[                                        ] Найти

**Загрузить фотки**  или  Мои фотки▼  Мои любимые авторы▼  Печать    Конкурс «Свет витражей»


Новые Яндекс.Фотки для Android

 **дзюдоперетц**

18 альбомов, 9141 фото

Популярные у автора
Избранные фото
Любимые авторы
Фото на карте
Фото, где есть автор
Страница на Я.ру

**Альбомы**

**Свежие фото**







Все фото

← Назад              **Джоли**              Вперёд →



Альбом «Ба!Знакомые всё лица.»

‹ [thumbnails] ›

Фото 71 из 428

Метки:  губа, девушки, звезда, знакомые всё л..., красавица

Загружено:  25 июля 2011 в 08:33

Смотрели  сегодня 2 раза, , за неделю 5 раз, , **всего 692 раза**

В другом размере▼


Поделиться

Код для вставки на сайт или в блог

Авторизуйтесь, чтобы оставить свой комментарий или оценить фото.

Яндекс.Директ    Все объявления

**Как начать бизнес с нуля?**
Узнайте всю правду.
alexyanovsky.com

**Секрет самых богатых людей мира!**
5 заповедей частного инвестора. Как делают 300-1000% в год?

**Деятельность Психолога**
Уникальное открытие психологов: Технология Исполнения Желаний!

**Какие блузки модные в этом году?**
Читайте подробности на


Exh. 10. Pg. 2

дзюдоперетц — «Christina María Aguilera» на Яндекс.Фотках



Войти
Настройка　Помощь

**Загрузить фотки**　или　Мои фотки▼　Мои любимые авторы▼　Печать　Конкурс «Свет витражей»

← Назад　　**Christina María Aguilera**　　Вперед →

Альбом «Ба!Знакомые всё лица.»





Фото 73 из 428

Метки: губа, девушки, знакомые всё л…, красавица

Загружено: 25 июля 2011 в 08:32

Смотрели сегодня 1 раз, , за неделю 5 раз, , всего 674 раза

В другом размере▼

**Следите за фотоконкурсами в Яндекс.Баре**

**дзюдоперетц**

18 альбомов, 9141 фото

Популярное у автора
Избранные фото
Любимые авторы
Фото на карте
Фото, где есть автор
Страница на Я.ру

**Альбомы**

**Свежие фото**





Все фото

Поделиться

Код для вставки на сайт или в блог

Авторизуйтесь, чтобы оставить свой комментарий или оценить фото.

Яндекс.Директ　Все объявления

**Как начать бизнес с нуля?**
Узнайте всю правду.
alexyanovsky.com

**Секрет самых богатых людей мира!**
5 заповедей частного инвестора. Как делают 300-1000% в год?
academyprivateinvestment.com

**Деятельность Психолога**
Уникальное открытие психологов: Технология Исполнения Желаний!
success psychology.ru

**3 главных секрета везения: Как**
жить легко и радостно, играючи исполнять свои желания! Обучающий курс.
pavel kolesov.ru

дзюдоперетц — «foto_13.jpg» на Яндекс.Фотках





Найти

Загрузить фотки  или  Мои фотки ▼  Мои любимые авторы ▼  Печать  Конкурс «Свет витражей»


[ФотоАзбука на Яндекс.Фотках](#)

 **дзюдоперетц**

18 альбомов, 9141 фото

Популярное у автора
Избранные фото
Любимые авторы
Фото на карте
Фото, где есть автор
Страница на Я.ру

**Альбомы**

**Свежие фото**




Все фото

← Назад  **foto_13.jpg**  Вперед →



В другом размере ▼

Альбом «Ба!Знакомые всё лица.»

    

Фото 75 из 428

Метки:  девушки, знакомые всё л...

Загружено:  25 июля 2011 в 08:30
Смотрели  сегодня 1 раз, , за неделю 6 раз, , всего 716 раз

Поделиться
Код для вставки на сайт или в блог

Авторизуйтесь, чтобы оставить свой комментарий или оценить фото.

**Яндекс.Директ**  Все объявления

**Секрет самых богатых людей мира!**
5 заповедей частного инвестора. Как делают 300-1000% в год?

🍀 **3 главных секрета везения: Как**
жить легко и радостно, играючи исполнять свои желания! Обучающий курс.

**Декоративный держатель для сумки**
Элегантный крючок для удобного крепления женской сумки под столешницей.

**Интерьер ванной фото**
Оформление ванной, дизайн интерьера, мебель для ванной комнаты.



Найти



Загрузить фотки    **или**    Мои фотки ▼    Мои любимые авторы ▼    Печать    Конкурс «Свет витражей»

🏆 Следите за
фотоконкурсами
в Яндекс.Баре

← Назад              **EminemBritney.jpg**              Вперед →

Альбом «Неразобранное»



‹                        ›

**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**

**Extrahazardous**

4 альбома, 194 фото

Популярно у автора
Избранные фото
Любимые авторы
Фото на карте
Фото, где есть автор
Страница на Я.ру

Фото 1 из 24

**Оценки** ★★★★★ — 1 оценка
Загружено:   28 февраля 2009 в 22:12
Смотрели   всего 125 раз

**Альбомы**

**Свежие фото**







Все фото



В другом размере ▼ 🖥

Поделиться  В 🐦 📷 📕

Код для вставки на сайт или в блог

Авторизуйтесь, чтобы оставить свой комментарий или оценить фото.

Яндекс.Директ    Все объявления

🖼 **Мастер Магии из Германии!**
Верну любовь и радость в дом. Снятие
порчи, сглаз, обряды на удачу и богатство.
otez  mihail.de

**Верну мужа в семью. Приворот!**
Верну любимого человека. Невысокие цены,
оплата по результату. Пишите!
prisushka.ru

е **Снятие порчи онлайн**
Снимем порчу, сглаз, приворот. 800 лучших
ясновидящих консультируют онлайн.
liveexpert.ru

◼ **Бросил любимый человек?**
Маг Илья Герман вернет его вам за 1 день
и восстановит отношения без вреда.
Адрес и телефон  ilyagerman.ru

Drivirus — «Jessica_Alba_2_083.jpg» на Яндекс.Фотках



Яндекс
**фотки**

[                                        ] [ Найти ]

( Загрузить фотки )  или  Мои фотки▼   Мои любимые авторы▼   Печать   **Конкурс «Свет витражей»**

← Назад            **Jessica_Alba_2_083.jpg**            Вперед →

Яндекс.Бар напомнит о голосовании за Фото Дня



Альбом «**Jessica Alba 2**»

<

Фото 2 из 125

FAKE !!!

Метки:  actress,  alba,  american,  film,  girl,  hollywood,  hq,  jessica,  model, movie,  woman

Загружено:  29 мая 2011 в 16:23
Смотрели  за неделю 1 раз ,  **всего 163 раза**



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

В другом размере▼   

Поделиться

Код для вставки на сайт или в блог

**D** rivirus

13 альбомов, 703 фото

Популярное у автора
Избранные фото
Любимые авторы
Фото на карте
Фото, где есть автор
Страница на Я.ру

**Альбомы**

**Свежие фото**







Все фото

Автор отключил комментарии к фото.
Авторизуйтесь, чтобы оценивать или комментировать другие фотографии.

Яндекс.Директ   Все объявления

Секрет самых богатых людей мира!   Переводы с/на шведский язык   Какие блузки модные в этом году?   Реально эффективная web-студия
5 заповедей частного инвестора.   Профессионально переведем и доставим

Drivirus — «Jessica_Alba_2_012.jpg» на Яндекс.Фотках



Яндекс
**фотки**

| Загрузить фотки | или | Мои фотки ▼ | Мои любимые авторы ▼ | Печать | Конкурс «Свет витражей» |



Яндекс.Бар напомнит о голосовании за Фото Дня

← Назад          **Jessica_Alba_2_012.jpg**          Вперед →



В другом размере ▼

Альбом «Jessica Alba 2»

    

❮    ❯

Фото 12 из 125

Метки:  actress, alba, american, film, girl, hollywood, hq, jessica, model, movie, woman

Загружено:  29 мая 2011 в 16:30

Смотрели  всего 304 раза



**D**rivirus

13 альбомов, 703 фото

Популярное у автора
Избранные фото
Любимые авторы
Фото на карте
Фото, где есть автор
Страница на Я.ру

**Альбомы**

**Свежие фото**







Все фото

Поделиться

Код для вставки на сайт или в блог

Авторизуйтесь, чтобы оставить свой комментарий или оценить фото.

Яндекс.Директ    Все объявления

**Yorktown – Отели**
Забронировать отель онлайн. 200,000 отелей по всему миру.

**Как начать бизнес с нуля?**
Узнайте всю правду.
alexyanovsky.com

**Деятельность Психолога**
Уникальное открытие психологов: Технология Исполнения Желаний!

**Секрет самых богатых людей мира!**
5 заповедей частного инвестора. Как делают 300-1000% в год?



Яндекс | Поиск  Почта  Календарь  Деньги  Мой Круг  **Фотки**  Народ  Открытки  ещё▼

Войти
Настройка
Помощь

**фотки**

[ Найти ]

Загрузить фотки  или  Мои фотки▼  Мои любимые авторы▼  Печать  Конкурс «Свет витражей»

← Назад  **лохматая.Мадонна.jpg**  Вперед →

Альбом «Ба!Знакомые всё лица.»

    

Яндекс.Бар
напомнит о
голосовании
за Фото Дня

NZ дзюдоперетц

18 альбомов, 9141 фото

Популярное у автора
Избранные фото
Любимые авторы
Фото на карте
Фото, где есть автор
Страница на Я.ру

**Альбомы**

**Свежие фото**







Все фото



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

Фото 159 из 428

Метки:  девушки, знакомые всё л..., мехх, прикол

Загружено:  10 декабря 2010 в 06:42

Смотрели  сегодня 5 раз, , за неделю 7 раз, , всего 964 раза

(18) В другом размере▼

Поделиться

Код для вставки на сайт или в блог

Авторизуйтесь, чтобы оставить свой комментарий или оценить фото.

Яндекс.Директ  Все объявления

Как начать бизнес с нуля?
Узнайте всю правду.

Секрет самых богатых людей мира!
5 заповедей частного инвестора.
Как делают 300-1000% в год?

Casio IT-300
Терминал сбора данных Casio IT-300.
Цены, сравнения, обзоры, решения.

3 главных секрета везения: Как
жить легко и радостно, играючи исполняй
свои желания! Обучающий курс!

дзюдоперетц — «Mila Йovovich» на Яндекс.Фотках

Яндекс
**фотки**

Поиск  Почта  Календарь  Деньги  Мой Круг  **Фотки**  Народ  Открытки  ещё ▼

Войти

Настройка

Помощь

[                                    ]  Найти

🔵 Загрузить фотки  или  Мои фотки ▼  Мои любимые авторы ▼  Печать  🟠 Конкурс «Свет витражей»



Дикая
природа от
National
Geographic:
август

← Назад        **Mila Йovovich**        Вперед →

Альбом «Ба!Знакомые всё лица.»

    





REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

Фото 201 из 428

Метки:  девушки,  звезда,  знакомые всё л…,  мехх

Загружено:  31 октября 2010 в 15:03

Смотрели  сегодня 1 раз, , за неделю 6 раз, ,  всего 1 059 раз

 дзюдоперетц

18 альбомов, 9141 фото

Популярные у автора
Избранные фото
Любимые авторы
Фото на карте
Фото, где есть автор
Страница на Я.ру

**Альбомы**

**Свежие фото**







Все фото

🔞  В другом размере ▼

Поделиться  🔵 🐦 👥 👤

Код для вставки на сайт или в блог

Авторизуйтесь, чтобы оставить свой комментарий или оценить фото.

Яндекс.Директ  Все объявления

**От денег уже тошнит!**
Когда начинал-получал по 66 000 р. в мес.,
а сейчас-не знаю куда их деть!

**Как начать бизнес с нуля?**
Узнайте всю правду.

**Секрет самых богатых людей мира!**
5 заповедей частного инвестора.
Как делают 300-1000% в год?

🔧 **3 главных секрета везения: Как**
жить легко и радостно, играючи исполнять
свои желания! Обучающий курс.

Exh. 10, Pg. 9

http://fotki.yandex.ru/users/nikzimin74/view/325393?page=10[9/10/2012 12:32:26 PM]

ViacheslaV — «Halle Berry» на Яндекс.Фотках



Настройка



[_____]  Найти

Загрузить фотки   или   Мои фотки ▼   Мои любимые авторы ▼   Печать   Конкурс «Свет витражей»


Фотоуроки от профессионалов

← Назад        **Halle Berry**        Вперед →

Альбом «Halle Berry»



    

Фото 37 из 124
Метки:   halle berry
Загружено:   14 декабря 2011 в 17:03
Смотрели   всего 28 раз

👤 **ViacheslaV**

400 альбомов, 57264 фото

Популярное у автора
Избранные фото
Любимые авторы
Фото на карте
Фото, где есть автор
Страница на Я.ру

**Альбомы**

**Свежие фото**







Все фото

В другом размере ▼ 

Авторизуйтесь, чтобы оставить свой комментарий или оценить фото.

Яндекс.Директ     Все объявления

**Секрет самых богатых людей мира!**
5 заповедей частного инвестора. Как делают 300-1000% в год?
academyprivateinvestment.com

**Отели в Китае, все типы номеров!**
Спецпредложения отелей в Китае, быстрое бронирование онлайн! 58123 отеля!
tripadvisor.ru

**Товары из Китая Европы доставка**
Сервис доставки дешевых товаров из китайских европейских интернет магазинов
liveshoppings.ru

**Все о ремонте.**
Выбор люстры в дом.
rrf100.ru

Exh. 10, Pg. 10

http://fotki.yandex.ru/users/vanenkov-viacheslav/view/439188/?page=1[9/10/2012 1:23:34 PM]