UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PERFECT 10 INC.,

        Plaintiff(s),

   v.

YANDEX NV,

        Defendant(s).

_____/

No. C 12-01521 WHA (LB)

**ORDER REGARDING SETTLEMENT CONFERENCE**

The parties have a settlement conference set for Wednesday, January 30, 2013, at 11 a.m. The court directs the submission of the following information required by the undersigned's standing order on settlement conference statements. *See* ECF No. 80. The information *may* be submitted by email to the court's orders box at lbpo@cand.uscourts.gov, and it *must* be submitted by January 29, 2013, at 3:00 p.m. **Defendants** *must* respond to Plaintiff's demand – which the undersigned presumes is the amount on Plaintiff's statement on page 9:20 (and Plaintiff must confirm that by email to Defendants and the court by 12 noon) and *must* let the court know the response.

The court also is concerned about Defendants' statement on the top of page 9 of Defendants' statement and how that impacts the utility of a settlement conference. The court sets a telephone call for January 29, 2013 at 4 p.m. and asks Quinn Emanuel to circulate a call-in number by email.

**IT IS SO ORDERED.**

Dated: January 28, 2013

LAUREL BEELER
United States Magistrate Judge

ORDER (No. C 12-01521 WHA (LB))