QUINN EMANUEL URQUHART & SULLIVAN, LLP
Diane M. Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
Rachel Herrick Kassabian (Bar No. 191060)
rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3100
Facsimile: (213) 443-3100

Attorneys for Defendants Yandex N.V., Yandex Inc. and Yandex LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PERFECT 10, INC., | CASE NO. CV-12-1521-WHA |
| Plaintiff, | **YANDEX LLC'S ANSWER TO FIRST AMENDED COMPLAINT** |
| vs. | **DEMAND FOR JURY TRIAL** |
| YANDEX N.V., a Netherlands limited liability company; YANDEX Inc., a Delaware Corporation; YANDEX LLC, a Russian Limited Liability Corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Defendant Yandex LLC hereby answers the First Amended Complaint of Perfect 10, Inc. ("Perfect 10"), as follows:

**JURISDICTION AND VENUE**

1. Yandex LLC admits that Perfect 10 has brought claims under the Copyright Act, 16 U.S.C. § 101, *et seq.*, and that this Court has jurisdiction over the territorial subject matter of Perfect 10's complaint pursuant to 28 U.S.C. § 1331.

2. Yandex LLC denies that venue is proper in this judicial district with respect to Perfect 10's lawsuit against it.

3. Yandex LLC denies that this Court has personal jurisdiction over it.  Yandex LLC denies the remainder of the allegations in paragraph 3 that pertain to it, and further denies that it has engaged in any conduct that has caused or contributed to the infringement of any of Perfect 10's alleged rights.

**THE PARTIES**

4. Yandex LLC lacks information or belief sufficient to admit or deny the allegations in paragraph 4, and on that basis it denies the same.

5. Yandex LLC admits that it is a subsidiary of Yandex N.V., a Netherlands company. Yandex LLC admits that it operates the internet website located at yandex.ru and provides search results required for the operation of yandex.com, and that it owns the domain registrations for yandex.st and yandex.net.  Yandex LLC denies the remainder of the allegations in paragraph 5 that pertain to it, and further denies that it has engaged in any conduct that has caused or contributed to the infringement of any of Perfect 10's alleged rights.

6. Yandex LLC admits Yandex Inc. is a Delaware corporation registered to do business in California.  Yandex LLC admits that Yandex Inc. operates a research facility in Palo Alto, California, and that Yandex Inc. provides certain data hosting services relating to yandex.com, as well as software development services to Yandex LLC.  Yandex LLC denies the remainder of the allegations in paragraph 6 that pertain to it, and further denies that it has engaged in any conduct that has caused or contributed to the infringement of any of Perfect 10's alleged rights.

7. Yandex LLC admits that it is a Russian company that owns the domain name registration for and operates the yandex.ru website.  Yandex LLC admits that it previously held a

registration to do business in California.  Yandex LLC admits that it holds the domain name registration for the internet website www.tweetedtimes.com and that Yandex Inc. provides hosting services for that website, but denies all other allegations relating to that website.  Yandex LLC admits that it has entered into contracts with certain corporate entities within some of the multinational corporate families identified in paragraph 7.  Yandex LLC denies the remainder of the allegations in paragraph 7 that pertain to it, and further denies that it has engaged in any conduct that has caused or contributed to the infringement of any of Perfect 10's alleged rights.

8. Yandex LLC lacks information or belief sufficient to admit or deny the allegations in paragraph 8, and on that basis it denies the same.

9. Yandex LLC denies the allegations in paragraph 9.

### THE BUSINESS OF PERFECT 10

10. Yandex LLC lacks information or belief sufficient to admit or deny the allegations in paragraph 10, and on that basis it denies the same.

11. Yandex LLC lacks information or belief sufficient to admit or deny the allegations in paragraph 11, and on that basis it denies the same.

12. Yandex LLC lacks information or belief sufficient to admit or deny the allegations in paragraph 12, and on that basis it denies the same.

13. Yandex LLC lacks information or belief sufficient to admit or deny the allegations in paragraph 13, and on that basis it denies the same.

14. Yandex LLC lacks information or belief sufficient to admit or deny the allegations in paragraph 14, and on that basis it denies the same.

15. Yandex LLC lacks information or belief sufficient to admit or deny the allegations in paragraph 15, and on that basis it denies the same.

### THE BUSINESS OF YANDEX

16. Yandex LLC admits that it is a subsidiary of Yandex N.V.  Yandex LLC admits that yandex.com and yandex.ru are websites that may be accessed from various locations, but lacks information sufficient to admit or deny whether they may be accessed "throughout the world[,]" and on that basis it denies the same.  Yandex LLC denies that Yandex N.V. exercises

control over Yandex LLC that is beyond the scope of an ordinary parent-subsidiary relationship, and further denies that Yandex N.V. manages its day-to-day activities. Yandex LLC denies the remainder of the allegations in paragraph 16 that pertain to it, and further denies that it has engaged in any conduct that has caused or contributed to the infringement of any of Perfect 10's alleged rights.

17. Yandex LLC admits that Yandex Inc. provides certain data hosting services relating to yandex.com, as well as software development services to Yandex LLC. Yandex LLC denies that Yandex Inc. is substantially involved in or essential to the operation of yandex.com or yandex.ru. Yandex LLC denies the remainder of the allegations in paragraph 17 of the complaint, and denies that it has engaged in any conduct that has caused or contributed to the infringement of any of Perfect 10's alleged rights.

18. Yandex LLC admits that it owns the Internet registration for yandex.ru. Yandex LLC admits that yandex.com and yandex.ru are websites that may be accessed from various locations, but lacks information sufficient to admit or deny whether they may be accessed "throughout the world[,]" and on that basis it denies the same. Yandex LLC admits that, to different extents, yandex.com and yandex.ru provide certain features and services for their users. Yandex LLC admits that yandex.com utilizes cookies. Yandex LLC admits that yandex.ru utilizes cookies. Yandex LLC denies that yandex.com is an English version of yandex.ru. Yandex LLC denies that yandex.ru and yandex.com "share many of the same resources." Yandex LLC denies the remainder of the allegations in paragraph 18 that pertain to it, and denies that it has engaged in any conduct that has caused or contributed to the infringement of any of Perfect 10's alleged rights.

19. Yandex LLC admits that yandex.com and yandex.ru each allow their respective users to search for images using search terms, but denies Perfect 10's characterization of how those search features operate. Yandex LLC admits that thumbnails used by yandex.com are stored on servers owned by Yandex Inc. Yandex LLC lacks information or belief sufficient to admit or deny the allegations in paragraph 19 that pertain to Exhibit 2, and on that basis it denies the same. Yandex LLC denies the remainder of the allegations in paragraph 19 that pertain to it, and denies

1  that it has engaged in any conduct that has caused or contributed to the infringement of any of
2  Perfect 10's alleged rights.
3      20.    Yandex LLC lacks information or belief sufficient to admit or deny the allegations
4  in paragraph 20 because no specific Yandex entity or website is identified, nor are any allegations
5  made specific to Yandex LLC, and on that basis it denies the same.  Yandex LLC lacks
6  information or belief sufficient to admit or deny the allegations in paragraph 20 that pertain to
7  Exhibits 2 and 3, and on that basis it denies the same.  Yandex LLC denies that it has engaged in
8  any conduct that has caused or contributed to the infringement of any of Perfect 10's alleged
9  rights.
10     21.    Yandex LLC lacks information or belief sufficient to admit or deny the allegations
11 in paragraph 21 because no specific Yandex entity or website is identified, nor are any allegations
12 made specific to Yandex LLC, and on that basis it denies the same.  Yandex LLC lacks
13 information or belief sufficient to admit or deny the allegations in paragraph 21 that pertain to
14 Exhibit 3, and on that basis it denies the same.  Yandex LLC denies that it has engaged in any
15 conduct that has caused or contributed to the infringement of any of Perfect 10's alleged rights.
16     22.    Yandex LLC lacks information or belief sufficient to admit or deny the allegations
17 in paragraph 22 because no specific Yandex entity or website is identified, nor are any allegations
18 made specific to Yandex LLC, and on that basis it denies the same.  Yandex LLC lacks
19 information or belief sufficient to admit or deny the allegations in paragraph 22 that pertain to
20 Exhibits 3 and 4, and on that basis it denies the same.  Yandex LLC admits that yandex.ru and
21 yandex.com offer a "search for all image sizes" feature, but denies Perfect 10's characterization as
22 to how that feature works.   Yandex LLC lacks information or belief sufficient to admit or deny
23 the allegations in paragraph 22 that pertain to Google.  Yandex LLC denies the remainder of the
24 allegations in paragraph 22, and denies that it has engaged in any conduct that has caused or
25 contributed to the infringement of any of Perfect 10's alleged rights.
26     23.    Yandex LLC lacks information or belief sufficient to admit or deny the allegations
27 in paragraph 23 because no specific Yandex entity or website is identified, nor are any allegations
28 made specific to Yandex LLC, and on that basis it denies the same.  Yandex LLC denies the

1  allegations in paragraph 23 that pertain to the DMCA on the grounds that they state legal
2  conclusions to which no response is required. Yandex LLC admits that Perfect 10 has declined to
3  place robot exclusion headers on its own websites such as naturaltens.com and perfect 10.com
4  (which is standard protocol when a website owner does not wish its content to be included in a
5  search engine index), thereby consenting to the inclusion of its content in yandex.com's and
6  yandex.ru's image search indexes.  Yandex LLC lacks information or belief sufficient to admit or
7  deny the allegations in paragraph 23 that pertain to Exhibits 2, 3, and 5, and on that basis it denies
8  the same.  Yandex LLC lacks information or belief sufficient to admit or deny the allegations in
9  paragraph 23 purporting to describe how "a typical search engine" functions, and on that basis
10 denies the same.  Yandex LLC denies the remainder of the allegations in paragraph 23 that pertain
11 to it, and further denies that it has engaged in any conduct that has caused or contributed to the
12 infringement of any of Perfect 10's alleged rights.
13         24.     Yandex LLC lacks information or belief sufficient to admit or deny the allegations
14 in paragraph 24 because no specific Yandex entity or website is identified, nor are any allegations
15 made specific to Yandex LLC, and on that basis it denies the same.  Yandex LLC lacks
16 information or belief sufficient to admit or deny the allegations in paragraph 24 that pertain to
17 Exhibit 6, and on that basis it denies the same.  Yandex LLC denies the remainder of the
18 allegations in paragraph 24 that pertain to it, and further denies that it has engaged in any conduct
19 that has caused or contributed to the infringement of any of Perfect 10's alleged rights.
20         25.     Yandex LLC lacks information or belief sufficient to admit or deny the allegations
21 in paragraph 25 because no specific Yandex entity or website is identified, nor are any allegations
22 made specific to Yandex LLC, and on that basis it denies the same.  Yandex LLC lacks
23 information or belief sufficient to admit or deny the allegations in paragraph 25 that pertain to
24 Exhibits 7 and 8, and on that basis it denies the same.  Yandex LLC denies the remainder of the
25 allegations in paragraph 25 that pertain to it, and further denies that it has engaged in any conduct
26 that has caused or contributed to the infringement of any of Perfect 10's alleged rights.
27         26.     Yandex LLC lacks information or belief sufficient to admit or deny the allegations
28 in paragraph 26 because no specific Yandex entity or website is identified, nor are any allegations

made specific to Yandex LLC, and on that basis it denies the same.  Yandex LLC denies the remainder of the allegations in paragraph 26 that pertain to it, and further denies that it has engaged in any conduct that has caused or contributed to the infringement of any of Perfect 10's alleged rights.

27. Yandex LLC denies the allegations in paragraph 27 that pertain to it, and further denies the allegations regarding contributing to the infringement of Perfect 10's alleged rights on the grounds that they state legal conclusions to which no response is required.

28. Yandex LLC lacks information or belief sufficient to admit or deny the allegations in paragraph 28 because no specific Yandex entity or website is identified, nor are any allegations made specific to Yandex LLC, and on that basis it denies the same.  Yandex LLC admits that paid advertising is displayed on various webpages associated with the website yandex.ru, and denies that paid advertising is displayed on any webpages associated with the website yandex.com.  Yandex LLC denies the remainder of the allegations in paragraph 28 that pertain to it.

29. Yandex LLC denies that it has actual knowledge that specific Perfect 10 alleged copyrighted works are available to users of Yandex-branded websites.  Yandex LLC admits that Perfect 10 has transmitted more than 130 communications to one or more Yandex entities purporting to be DMCA notices, but denies the sufficiency and accuracy of such notices.  Yandex LLC denies the remainder of the allegations in paragraph 29 that pertain to it, and further denies that it has engaged in any conduct that has caused or contributed to the infringement of any of Perfect 10's alleged rights.

30. Yandex LLC lacks information or belief sufficient to admit or deny the allegations in paragraph 30 because no specific Yandex entity or website is identified, nor are any allegations made specific to Yandex LLC, and on that basis it denies the same.  Yandex LLC admits that a letter was sent from the law firm of WilmerHale to Perfect 10 on November 11, 2011, and that letters were sent by customer support to Perfect 10 on January 18, 2012, January 23, 2012, February 10, 2012, and February 14, 2012.  Yandex LLC admits that Perfect 10's DMCA notices regarding alleged infringing Perfect 10 images hosted on Yandex-branded websites have been processed to the extent possible in light of their deficiencies.  Yandex LLC denies the remainder

1  of the allegations in paragraph 30 that pertain to it, and further denies that it has engaged in any
2  conduct that has caused or contributed to the infringement of any of Perfect 10's alleged rights.

3      31.    Yandex LLC lacks information or belief sufficient to admit or deny the allegations
4  in paragraph 31 because no specific Yandex entity or website is identified, nor are any allegations
5  made specific to Yandex LLC, and on that basis it denies the same.  Yandex LLC denies the
6  allegations in paragraph 31 that pertain to it, including on the grounds that they state legal
7  conclusions to which no response is required.

8      32.    Yandex LLC lacks information or belief sufficient to admit or deny the allegations
9  in paragraph 32 because no specific Yandex entity or website is identified, nor are any allegations
10  made specific to Yandex LLC, and on that basis it denies the same.  Yandex LLC denies that it has
11  "aggressively place[d]" advertisements next to allegedly infringing Perfect 10 images.  Yandex
12  LLC lacks information or belief sufficient to admit or deny the allegations in paragraph 32 that
13  pertain to Exhibit 9, and on that basis it denies the same.  Yandex LLC denies the remainder of the
14  allegations in paragraph 32 that pertain to it, and further denies that it has engaged in any conduct
15  that has caused or contributed to the infringement of any of Perfect 10's alleged rights.

16      33.    Yandex LLC lacks information or belief sufficient to admit or deny the allegations
17  in paragraph 33 because no specific Yandex entity or website is identified, nor are any allegations
18  made specific to Yandex LLC, and on that basis it denies the same.  Yandex LLC lacks
19  information or belief sufficient to admit or deny the allegations in paragraph 33 that pertain to
20  Exhibit 10, and on that basis it denies the same.  Yandex LLC denies the remaining allegations in
21  paragraph 33 that pertain to it, and further denies that it has engaged in any conduct that has
22  caused or contributed to the infringement of any of Perfect 10's alleged rights.

**FIRST CLAIM FOR RELIEF**

**(Copyright Infringement)**

25      34.    Yandex LLC hereby incorporates and restates its responses to paragraphs 1 through
26  33 above as though fully set forth herein.

27      35.    Yandex LLC lacks information or belief sufficient to admit or deny the allegations
28  in paragraph 35 of the complaint, and on that basis it denies the same.

36. Yandex LLC lacks information or belief sufficient to admit or deny the allegations in paragraph 36 of the complaint, and on that basis it denies the same.

37. Yandex LLC denies the allegations in paragraph 37 of the complaint.

38. Yandex LLC denies the allegations in paragraph 38 of the complaint.

39. Yandex LLC denies the allegations in paragraph 39 of the complaint.

40. Yandex LLC denies the allegations in paragraph 40 of the complaint.

41. Yandex LLC denies the allegations in paragraph 41 of the complaint.

42. Yandex LLC denies the allegations in paragraph 42 of the complaint.

43. Yandex LLC denies the allegations in paragraph 43 of the complaint.

44. Yandex LLC denies the allegations in paragraph 44 of the complaint.

45. Yandex LLC denies the allegations in paragraph 45 of the complaint.

46. Yandex LLC denies the allegations in paragraph 46 of the complaint.

47. Yandex LLC denies the allegations in paragraph 47 of the complaint.

48. Yandex LLC denies the allegations in paragraph 48 of the complaint.

49. Yandex LLC denies the allegations in paragraph 49 of the complaint.

## GENERAL DENIAL

50. Except as expressly admitted herein, Yandex LLC denies each and every allegation of Perfect 10's first amended complaint, and specifically denies that it has infringed upon Perfect 10's purported rights, or that Perfect 10 is entitled to any relief against Yandex LLC

## AFFIRMATIVE DEFENSES

By alleging the Affirmative Defenses set forth below, Yandex LLC does not agree or concede that it bears the burden of proof or the burden of persuasion on any of these issues, whether in whole or in part.

## FIRST AFFIRMATIVE DEFENSE

Perfect 10's first amended complaint fails because this Court lacks personal jurisdiction over Yandex LLC.

## SECOND AFFIRMATIVE DEFENSE

Perfect 10's first amended complaint fails because Perfect 10 lacks standing to sue Yandex LLC.

### THIRD AFFIRMATIVE DEFENSE

Perfect 10's copyright claims are barred on the grounds that Perfect 10 has not received registration for the alleged copyrights as required by 17 U.S.C. § 411, or, in the alternative, Perfect 10's claim is barred, in whole or in part, to the extent it seeks to enforce copyright registrations that contain misstatements or omissions that were material to the registrations and material to the purpose for which Perfect 10 invokes the registrations in this action.

### FOURTH AFFIRMATIVE DEFENSE

Perfect 10's claims are barred by the doctrine of fair use.

### FIFTH AFFIRMATIVE DEFENSE

Perfect 10's claims are barred by relevant statutes of limitations.

### SIXTH AFFIRMATIVE DEFENSE

Perfect 10's claims are barred by laches.

### SEVENTH AFFIRMATIVE DEFENSE

Perfect 10's claims are barred by its failure to mitigate damages.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the First Amendment to the United States Constitution.

### NINTH AFFIRMATIVE DEFENSE

Perfect 10's claims are barred by the Online Copyright Infringement Liability Limitation Act, 17 U.S.C. § 512.

### TENTH AFFIRMATIVE DEFENSE

Perfect 10's claims are barred by estoppel.

### ELEVENTH AFFIRMATIVE DEFENSE

Perfect 10's claims are barred by consent, acquiescence, and license.

### TWELFTH AFFIRMATIVE DEFENSE

Perfect 10's claims are barred by unclean hands.

### THIRTEENTH AFFIRMATIVE DEFENSE

Perfect 10's claims for statutory damages are barred by the United States Constitution.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Perfect 10's claims for damages are limited by the United States Constitution.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Perfect 10's claims are barred because they concern alleged acts which are extraterritorial and thus not actionable under the Copyright Act.

**PRAYER FOR RELIEF**

WHEREFORE, Yandex LLC prays for judgment against Perfect 10, as follows:

1. That judgment be entered in favor of Yandex LLC and against Perfect 10 on Perfect 10's first amended complaint, and that Perfect 10 take nothing thereon;

2. That the Court grant Yandex LLC an award for reasonable attorneys' fees, costs and disbursements incurred in this action pursuant to statute, including but not limited to 17 U.S.C. § 505; and

3. That the Court grant Yandex LLC such other and further relief as the Court deems just and proper.

DATED:  February 19, 2013                QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  /s/ Diane M. Doolittle
    Diane M. Doolittle
    Rachel Herrick Kassabian
    Attorneys for Defendant Yandex LLC

**DEMAND FOR JURY TRIAL**

Yandex LLC hereby demands a jury trial pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

DATED: February 19, 2013            QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ Diane M. Doolittle
   Diane M. Doolittle
   Rachel Herrick Kassabian
   Attorneys for Defendant Yandex LLC