Eric J. Benink, Esq., SBN 187434
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA  92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)
eric@kkbs-law.com

Natalie Locke, Esq., SBN 261363
PERFECT 10, INC.
11803 Norfield Court
Los Angeles, CA 90077
(310) 476-0794 (ph)
(310) 476-0700 (fax)
natalie@perfect10.com

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>YANDEX N.V., a Netherlands limited liability company; YANDEX LLC., a Russian limited liability company; YANDEX INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. CV 12-1521 WHA<br><br>**EXHIBIT 1 (A DISK) TO THE DECLARATION OF DR. NORMAN ZADA IN SUPPORT OF PERFECT 10'S MOTION FOR PARTIAL SUMMARY JUDGMENT/SUMMARY ADJUDICATION**<br><br>**<u>CONFIDENTIAL</u>**<br><br>Date:　May 2, 2013<br>Time:　8:00 A.M.<br>Ctrm:　8<br>Judge: Honorable William Alsup<br><br>Discovery Cut-Off Date:  July 31, 2013<br>Pretrial Conference Date: November 21, 2013<br>Trial Date: November 28, 2013 |

### <u>CONTAINS CONFIDENTIAL MATERIAL</u>
TO BE FILED UNDER SEAL