July 22, 2012

Dear Copyright Agent,

The following is a DMCA notice.

I obtained the images in this notice by doing a yandex.ru image search. Then I clicked on some of the thumbnails. After that I utilized Yandex's "search by image" option, to obtain more infringing thumbnails. Every image of a model that is not covered up is copyrighted by Perfect 10 and is infringing those copyrights. This notice identifies infringing images of models. Non-model images such as trees, ads, etc., are not alleged to be copyrighted by my company.

This notice was created using Adobe Acrobat professional which stores all of the links on the webpage. Such links (URLs) may be copied (when they have not already been clicked on) by right clicking on the link (or image) and selecting Adobe's "Copy Link Location" option. When they have already been clicked on, clicking on the image (or link) will take you to the page to which they linked. In other words, this notice provides not only the complete image URL for each image, but also the complete web page URL for each image (the URL of the web page to which the image links).

As an illustration, if you click on the top left image on page 3 of this notice, you will be taken to page 4 of the notice, which is the Yandex-created page to which Yandex linked the clicked on thumbnail. The browser bar at the top of page 6 of this notice has the complete image URL of the image that was used to generate the infringing images that appear on pages 6-8 of this notice using Yandex's "search by image" option. If you place your cursor on the first larger image that appears on page 6 of this notice, you can view (and copy) the image URL for that image, which is http://pics2.pokazuha.ru/p442/y/l/ 1608529qly.jpg. If you place your cursor on the URL in green to the right of that image, you can view (and copy) the web page URL for that image, which is http://www.pokazuha.ru/view/topic.cfm?key_or=376716&lenta_type=4.

At the very end of the notice, I have attached authorized copies of a number of the infringed images.

Perfect 10 owns exclusive rights to all of the images appearing in this notice. Under no circumstances is anyone other than Perfect 10, including Yandex, authorized to copy, display, link to, host, or place ads around, any such image of any size.

In general, under no circumstances is Yandex authorized to copy, display, link to, or place ads around, any image that displays a Perfect 10 copyright notice. Please use your obviously sophisticated image recognition capabilities to remove all images which display Perfect 10 copyright notices from your image search results, your servers, and please stop placing ads around such images.

I have a good faith belief that the use of the Perfect 10 copyrighted material in the manner complained of in this email is not authorized by the copyright holder Perfect 10, its agent, or the law.  The information in this notification is accurate.  I swear under penalty of perjury that I am authorized to act on behalf of Perfect 10, Inc. the owner of the exclusive rights in the material which is being infringed.

*[annotation: 512(c)(3)(A)(v) use is not authorized by copyright holder]*

*[annotation: 512(c)(3)(A)(vi) Information is accurate and authorized to send notice]*

Please contact me if you have any questions at all about this notice.  If I do not hear from you in five days, I will assume the notice is compliant under the DMCA.  If you do not believe that this notice is compliant, please provide me with what you believe constitutes a compliant notice for this situation.  If there is some other email address that you want DMCA notices sent to, please provide me with that email address.


Sincerely,

*s /Norm Zada, Ph.D./*   *[annotation: 512(c)(3)(A)(i) Electronic Signature]*

Norm Zada, Ph.D.
Perfect 10, Inc.
310-476-0700   *[annotation: 512(c)(3)(A)(iv) Contact Information]*
P.O. Box 3398
Beverly Hills, CA 90212
Fax: 310-476-8138
normanz@earthlink.net






512(c)(3)(A)(ii) Identification of copyrighted work; 512(c)(3)(A)(iii) Identification of infringing material

68×96 ... 762×1078
sir.art4to.com

123×160 ... 590×768
forum.phun.org

...Volume 3 Number 1). Ronni Hada. **Pamela Celini**.
345×476 ... 400×520
usedmagazines.com

«"Pamela Celini"» в других поисковых системах:   Google · Bing · Picsearch · Яндекс.Фотки

"Pamela Celini"

в найденном

512(c)(3)(A)(iii) for hosts - information sufficient to locate infringing web page

http://images.yandex.ru/yandsearch?text=%22Pamela+Celini%22&rpt=image[7/22/2012 7:52:29 PM]

Exh. 2, Pg. 3
NOI008797




картинки

"Pamela Celini"                                 Найти

☐ в найденном                                                   расширенный поиск

Настройка
Помощь
Мои находки

Войти

Картинка **1** из **3** →    Вернуться к результатам поиска




🔊 Поделиться...  [icons]

Копии картинки:

762×1078 на www.pokazuha.ru JPG, 169 КБ
762×1078 на zufzuluf.weblog.ro JPG, 92 КБ
576×815 на www.huyandex.com JPG, 143 КБ
240×320 на durman.ucoz.com JPG, 16 КБ
127×180 на www.sexnarod.ru JPG, 5 КБ

Все размеры ✓

http://sir.art4to.com/cgi-sir/picts-par.pl?woman

Картинки по запросу «"Pamela Celini"»





Клавиатура   Мобильная версия           Лицензия на поиск      Обратная связь    © 2001—2012 «Яндекс»
                                        Статистика

Exh. 2, Pg. 4
NOI008798










Exh. 2, Pg. 5
NOI008799

http://images.yandex.ru/...elini%22&img_url=www.phun.org%2Fspecials%2Fhot_redheads%2Fhot_redheads_40.jpg&pos=1&rpt=simage[7/22/2012 7:53:15 PM]

Яндекс.Картинки

Case3:12-cv-01521-WHA    Document105-3    Filed03/13/13    Page6 of 18

Поиск   Почта   Карты   Маркет   Новости   Словари   Блоги   Видео   **Картинки**   ещё     Войти

Настройка
Помощь
Мои находки

картинки

img.huyandex.com/FilesPics/huyandex/29/0/20.jpg    Найти

→ 512(c)(3)(A)(iii) for search engines - Reference or link to infringing material.  Yandex returned pages 6-8 in response to a search on the image determined by this link.



Копии картинки    Вернуться к просмотру картинки

Любые   Обои   Большие   Средние   Маленькие       Сторона не менее   1000px   800px   600px   400px

большие   наверху   внизу

1 

← 512(c)(3)(A)(iii) Identification of infringing material

762×1078    qly jpg
JPG, 169 КБ   www.pokazuha.ru/…/topic.cfm?…

← 512(c)(3)(A)(ii) Identification of copyrighted work

2

762×1078    pic
JPG, 169 КБ   sir.art4to.com/…/pictshow-par.pl?woman:2

3 

762×1078    Meditaţie
JPG, 92 КБ    zufzuluf.weblog.ro/page/36/

512(c)(3)(A)(iii) for search engines - Reference or link to infringing material

4

576×815    Голые модели
JPG, 143 КБ   www.veselyxa.com/229-golye-modeli.html

5 

576×815    Девушки
JPG, 143 КБ   www.huyandex.com/blog/1/99.html

Яндекс.Картинки

6 

[576×815](#)
JPG, 121 КБ

Голенькие девушки

**www.foxmovies.ru**/index.php3?id=37061

7 

[575×752](#)
JPG, 46 КБ

azh jpg

**www.pokazuha.ru**/.../topic.cfm?...

8 

[424×600](#)
JPG, 134 КБ

Голенькие девушки

**www.foxmovies.ru**/index.php3?id=37061

9 

[353×500](#)
JPG, 21 КБ

20

**club3.ucoz.ru**/photo/21-0-606

10 

[353×499](#)
JPG, 20 КБ

1357

**chesalka.com**/photo/devushki/1357/1-0-1561

11 

[240×320](#)
JPG, 16 КБ

Фотография 1. Эротика

**durman.ucoz.com**/photo/34

12

[141×200](#)
JPG, 5 КБ

**chesalka.com**/tests/4

Exh. 2, Pg. 7
NOI008801

http://images.yandex.ru/...20Celini%22&img_url=img.huyandex.com%2FFilesPics%2Fhuyandex%2F29%2F0%2F20.jpg&rpt=imagedups[7/22/2012 8:50:33 PM]



13


127×180
JPG, 5 КБ

Гламуууурррр
www.sexnarod.ru/index.php?...

14


100×141
JPG, 4 КБ

"O zázračném elixíru královny Iverin vypráví si snad všichni odsouzenci na smrt. Jediná kapka prý stačí a člověk sám a rozradostněn tančí až k popravčímu špalku, ten láskyplně
blog.arcs.cz/index.php?menu=30

15


70×100
JPG, 2 КБ

Обнаженные Девушки
club3.ucoz.ru/photo/21

16


68×96
JPG, 2 КБ

Это НЕ МОИ фотографии! с www.photosight.ru и др... ну надо-же их куда-то складывать!
sir.art4to.com/cgi-sir/picts-par.pl?woman

17


60×80
JPG, 1 КБ

Фотография 1. Эротика
durman.ucoz.com/photo/34

18

50×70
JPG, 1 КБ

Папка 01
ceky.ru/.../index11-7.php?...

**Страницы**   ← Ctrl предыдущая   следующая Ctrl →

1

Показывать  50 копий  200 копий  Все копии

Клавиатура   Мобильная версия   Лицензия на поиск   Обратная связь   © 2001—2012 «Яндекс»
Статистика

Поиск   Почта   Карты   Маркет   Новости   Словари   Блоги   Видео   **Картинки**   ещё

Войти
Настройка
Помощь
Мои находки

Яндекс
картинки

www.phun.org/specials/hot_redheads/hot_redheads_40.jpg    Найти

Копии картинки    Вернуться к просмотру картинки

Любые   Обои   Большие   Средние   Маленькие      Сторона не менее   1000px   800px   600px   400px

большие   наверху   внизу

1 

590×768
JPG, 72 КБ

Приветствуем вас на нашем фотопортале - Ex
**ex.by**/9957-ryzhie-krasavicy-30-foto.html

2

590×768
JPG, 62 КБ

Hot RedHeads Usually I'm into dark haired girls, but redheads can be sexy too!
**www.phun.org**/index.php?...

3 

422×550
JPG, 46 КБ

Рыжие красавицы (30 фото)
**ex.by**/9957-ryzhie-krasavicy-30-foto.html

4

123×160
JPG, 5 КБ

Finally one that really does it for me
**forum.phun.org**/showthread.php?t=69624

5 

85×110
JPG, 5 КБ

hot redheads 40.jpg
**www.phun.org**/index.php?...

**Страницы**   ← Ctrl предыдущая   следующая Ctrl →

Exh. 2, Pg. 9
**NOI008803**

http://images.yandex.ru/...20Celini%22&img_url=www.phun.org%2Fspecials%2Fhot_redheads%2Fhot_redheads_40.jpg&rpt=imagedups[7/22/2012 8:50:50 PM]

# PERFECT 10
### The world's most beautiful natural women

| THE MODELS | VIDEO CAMS | BEHIND THE SCENES | THE DATING CLUB | THE MAGAZINE & MERCHANDISE | SUPPORT |

**VIP MEMBERS AREA** — Browse models alphabetically: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

## MODELS

**Pamela Celini**

> 512(c)(3)(A)(ii) Identification of copyrighted works

   

   

   

   

Home

> Each thumbnail has its own URL as well

> 512(c)(3)(A)(ii) per Judge Matz. Location of authorized images.

Exh. 2, Pg. 10
NOI008804

http://sbbvl0sh622.members.perfect10.com/index.php?load=gallery&action=episode&name=Pamela_Celini[11/2/2010 6:06:53 PM]

| | |
|---|---|
| **From:** | "Norman Z" <normanz@earthlink.net> |
| **Date:** | Sunday, July 22, 2012 9:05 PM |
| **To:** | <noc@yandex.net> |
| **Attach:** | DMCA Notice 7 22 Pamela Celini.pdf |
| **Subject:** | DMCA Notice |

Dear Sirs,

Attached please find a DMCA notice.

Please contact me if you have any questions.

Sincerely,


Norm Zada, Ph.D.

310-476-0700

Folder: sent

|              |                                              |
|--------------|----------------------------------------------|
| **Subject:** | DMCA Notice                                  |
| **Date:**    | Thu, 09 Aug 2012 13:09:03 -0700              |
| **From:**    | Norman Z <normanz@earthlink.net>             |
| **To:**      | cliff@yandex-team.ru, arkady@yandex-team.ru  |
| **Message-ID:** | <502418DF.50407@earthlink.net>            |
| **MD5:**     | e2755f35357bb8cd63c905edba985ff4             |
| **Status:**  | read                                         |
| **Attachments:** | DMCA Notice 8 9 2012 Pamela Celini.pdf   |

Dear Sirs,

Dear Mr. Borkovsky and Mr. Brunk,

I am sending you this DMCA notice because I do not know who else at Yandex Inc. to send the notice to. If you have some alternative email for Yandex Inc., please provide that to me.

Sincerely,

Norm Zada, Ph.D.

310-476-0700













Exh. 2, Pg. 18