QUINN EMANUEL URQUHART
& SULLIVAN, LLP
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Daniel C. Posner (Bar No. 232009)
  danposner@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3100
Facsimile: (213) 443-3100

Attorneys for Defendants Yandex N.V.,
Yandex LLC, and Yandex Inc.

KRAUSE KALFAYAN BENINK &
SLAVENS, LLP
  Eric J. Benink, Esq. (Bar No. 187434)
  eric@kkbs-law.com
550 West C Street, Suite 530
San Diego, CA 92101
Telephone: (619) 232-0331
Facsimile: (619) 232-4019

PERFECT 10, INC.
  Natalie Locke, Esq. (Bar No. 261363)
  natalie@perfect10.com
11803 Norfield Court
Los Angeles, CA 90077
Telephone: (310) 476-8231
Facsimile: (310) 476-0700

Attorneys for Plaintiff Perfect 10 Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>YANDEX N.V., a Netherlands limited liability company; YANDEX INC., a Delaware corporation; and YANDEX LLC, a Russian Limited Liability Corporation,<br><br>    Defendants. | CASE NO. CV-12-1521 WHA (LB)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIAL SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Hon. William H. Alsup |

# STIPULATION

Plaintiff Perfect 10, Inc. ("Perfect 10") and Defendants Yandex N.V., Yandex LLC, and Yandex Inc. (collectively, "the Yandex Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on March 13, 2013, Perfect 10 filed a Motion for Partial Summary Judgment/Summary Adjudication Re: (i) DMCA compliance of sample notices; (ii) ineligibility of Defendants for DMCA safe harbor defense; and (iii) sufficiency of sample notices regarding knowledge for contributory copyright infringement (Dkt. 105) ("Perfect 10's Motion"), which Perfect 10 set for hearing on May 2, 2013;

WHEREAS, some of the evidence filed in support of Perfect 10's Motion was not served on the Yandex Defendants until two days after the filing, on March 15, 2013;

WHEREAS, the parties need additional time to prepare and file their briefing on the Perfect 10 Motion due to a number of factors, including the location of foreign Defendants Yandex LLC (a Russian corporation) and Yandex N.V. (a Netherlands company) and their witnesses, and the delayed service of some of the evidence filed in support of Perfect 10's Motion;

WHEREAS the parties wish to provide the Yandex Defendants one additional week to oppose Perfect 10's Motion, so that the Yandex Defendants' Opposition shall be due on April 3, 2013;

WHEREAS the parties wish to provide Perfect 10 one additional week to file its reply, so that Perfect 10's reply shall be due on April 17, 2013.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the Court's approval, that:

1. The deadline for the Yandex Defendants to oppose Perfect 10's Motion shall be set for ~~April 3, 2013;~~ April 1, 2013;

2. The deadline for Perfect 10 to reply to the Yandex Defendants' Opposition shall be set for ~~April 17, 2013~~. April 10, 2013;

1     IT IS SO STIPULATED.

2                                       Respectfully submitted,

3 DATED: March 18, 2013          QUINN EMANUEL URQUHART &
4                                       SULLIVAN, LLP

6                                       By   /s/ Rachel Herrick Kassabian
7                                          Diane M. Doolittle
                                           Rachel Herrick Kassabian
8                                            *Attorneys for the Yandex Defendants*

9 DATED: March 18, 2013          KRAUSE KALFAYAN BENINK & SLAVENS LLP

11                                       By.   /s/ Eric J. Benink
12                                        Eric J. Benink
                                       *Attorneys for Plaintiff Perfect 10, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE ATTESTATION

I, Rachel Herrick Kassabian, am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i), I hereby certify that concurrence in the filing of this document and its associated papers has been obtained from the signatories herein.

DATED: March 18, 2013                  /s/ Rachel Herrick Kassabian
                                       Rachel Herrick Kassabian

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED that:

1. The Yandex Defendants shall oppose Perfect 10's Motion for Summary Judgment/Summary Adjudication (Dkt 105) on or before ~~April 3, 2013~~; April 1;

2. Perfect 10 shall reply to Yandex's Opposition on or before ~~April 17, 2013~~. April 10.

DATED: March 20, 2013. _____



HON. W_____
United S_____

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

04769.52008/5219804.1

-5-   Case No. CV-12-1521-WHA

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PARTIAL SUMMARY JUDGMENT BRIEFING SCHEDULE