IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERFECT 10 INC.,

    Plaintiff,

  v.

INDEX NV,

    Defendant.

No. C 12-01521 WHA

**ORDER SETTING HEARING ON DEFENDANTS' DISCOVERY DISPUTE**

In response to defendants' letter of March 25, 2013, the Court **SETS** a 3-1/2 hour meet-and-confer in the Court's jury room in the San Francisco courthouse on **MONDAY, APRIL 1, STARTING FROM 9:30 A.M. AND CONTINUING TO 1:30 P.M.** (with half-hour break at noon for lunch). At 1:30 p.m., the Court shall hear any remaining unresolved issue(s). Plaintiff's response is due by noon on March 29. Please buzz chambers at 9:30 a.m. on April 1 to be let into the Court's jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: March 26, 2013.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE