IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERFECT 10, INC.,

    Plaintiff,

  v.

YANDEX NV, et al.,

    Defendants.

No. C 12-01521 WHA

**ORDER DENYING MOTION TO SEAL**

Plaintiff moves to seal a disk of documents supporting its motion for partial summary judgment. The disk primarily contains allegedly copyrighted images, links which identify the locations of allegedly infringing copies of the images, and correspondence. Plaintiff contends that allowing the public access to these documents will encourage members of the public to engage in unauthorized copying of the images and/or attempt to justify copying the documents under the fair use doctrine. Plaintiff cites no authority, however, that supports blocking public access to a court document merely because members of public may use a copy of that document for a copyright-infringing purpose. Accordingly, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE