UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PERFECT 10 INC., | No. C 12-01521 WHA (LB) |
| Plaintiff(s), | |
| v. | **ORDER DIRECTING UPDATED SETTLEMENT CONFERENCE STATEMENTS** |
| YANDEX NV, | |
| Defendant(s). | |

The parties have a further settlement conference set for Tuesday, April 16, 2013. The court directs the parties to exchange updated settlement conference statements of no more than five pages that address the case's current posture (including the pending summary judgment motions) no later than Thursday, April 11, 2013, at 2 p.m. The statements should contain only new information and should not reiterate information from the old statements. The statements should be emailed to the court no later than Thursday, April 11, 2013, at 2 p.m. at lbpo@cand.uscourts.gov. The parties may (but do not have to) submit a confidential statement of no more than two pages.

**IT IS SO ORDERED.**

Dated: April 8, 2013

LAUREL BEELER
United States Magistrate Judge

ORDER (No. C 12-01521 WHA (LB))