Eric J. Benink, Esq., SBN 187434
Krause Kalfayan Benink & Slavens, LLP
550 West C Street, Suite 530
San Diego, CA 92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)
eric@kkbs-law.com

Natalie Locke, Esq., SBN 261363
Perfect 10, Inc.
11803 Norfield Court
Los Angeles, CA 90077
(310) 476-0794 (ph)
(310) 476-8138 (fax)
natalie@perfect10.com

Attorneys for Plaintiff Perfect 10, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC.,<br><br>                    Plaintiff,<br>        v.<br><br>YANDEX N.V., a Netherlands limited liability company; YANDEX LLC., a Russian limited liability company; YANDEX INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br>                    Defendants. | Case No. CV 12-1521 WHA<br><br>**PLAINTIFF PERFECT 10, INC.'S NOTICE RE DEFENDANTS' IMPROPER REQUEST FOR ORAL ARGUMENT ON PERFECT 10'S MOTION FOR PARTIAL SUMMARY JUDGMENT/SUMMARY ADJUDICATION**<br><br>Discovery Cut-Off Date:  July 31, 2013<br>Pretrial Conference Date: Nov. 21, 2013<br>Trial Date: Nov. 28, 2013 |

1     Plaintiff Perfect 10, Inc. wishes to bring to the Court's attention Yandex Inc., Yandex LLC and Yandex N.V. ("Defendants") recent Request for Oral Argument on Perfect 10's Motion for Partial Summary Judgment/Summary Adjudication (Dkt. No. 134) ("Defendants' Request"), which is not in accordance with the rules set forth by this Court. Paragraph 6 of this Court's Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup ("Supplemental Order") (Dkt. No. 3) clearly states that "a written request for oral argument…filed before a ruling" must "stat[e] that a lawyer of four or fewer years out of law school *will conduct the oral argument or at least the lion's share*." (emphasis added). Defendants' Request merely represents that an attorney with four or fewer years of legal experience "will conduct *portions* of the oral argument" and is not in compliance with this Court's Supplemental Order.

    Accordingly, Perfect 10 respectfully brings this matter to the Court's attention, and requests that (i) that the Court require that one of Defendants' attorneys with four of fewer years of legal experience after graduating from law school conduct at least the "lion's share" of oral argument on Perfect 10's Motion for Partial Summary Judgment/Summary Adjudication in accordance with this Court's Supplemental Order, or alternatively (ii) that the Court strike Defendants' Request.

    Respectfully submitted,

PERFECT 10, INC.
Natalie Locke

By: /s/ Natalie Locke
Natalie Locke
Attorneys for Plaintiff Perfect 10, Inc.

---

1

Plaintiff Perfect 10, Inc.'s Notice Re Defendants' Improper Request For Oral Argument On Perfect 10's Motion For Partial Summary Judgment/Summary Adjudication