United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>YANDEX N.V., et al.,<br><br>    Defendants.<br>                                                                / | No. C 12-01521 WHA<br><br>**ORDER REGARDING REQUEST FOR ORAL ARGUMENT** |

Defendant has requested oral argument on plaintiff's motion for partial summary judgment on the grounds that a young attorney will conduct "portions" of the argument. Defendant is requested to confirm whether an attorney "of four or fewer years out of law school will conduct the oral argument or at least the lion's share" by **APRIL 22 AT NOON**.

**IT IS SO ORDERED.**

Dated: April 19, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE