QUINN EMANUEL URQUHART & SULLIVAN, LLP
Diane M. Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
Rachel Herrick Kassabian (Bar No. 191060)
rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3100
Facsimile:      (213) 443-3100

Attorneys for Defendants Yandex N.V., Yandex Inc., and Yandex LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PERFECT 10, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>YANDEX N.V., a Netherlands limited liability company; YANDEX INC., a Delaware corporation; and YANDEX LLC, a Russian Limited Liability Corporation,<br><br>Defendants. | CASE NO. CV-12-1521-WHA<br><br>**AMENDED REQUEST FOR ORAL ARGUMENT AND RESPONSE TO THE COURT'S APRIL 19, 2013 ORDER** |

1    Pursuant to the Court's April 19, 2013 Order Regarding Request for Oral Argument and
2  paragraph 6 of the Court's Supplemental Order to Order Setting Initial Case Management
3  Conference in Civil Cases Before Judge William Alsup (Dkt. 3), the Yandex Defendants are
4  pleased to confirm that one or more associate attorney(s) of four or fewer years out of law school
5  will conduct the lion's share of the oral argument on their behalf at the May 2, 2012 hearing on
6  plaintiff Perfect 10, Inc.'s Motion for Partial Summary Judgment/Summary Adjudication re:
7  (i) DMCA Compliance of Sample Notices; (ii) Ineligibility of Defendants for DMCA Safe Harbor
8  Defense; and (iii) Sufficiency of Sample Notices re: Knowledge for Contributory Copyright
9  Infringement (Dkt. 105).

10 DATED: April 22, 2013                QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP

                                         By /s/ Diane M. Doolittle
                                            Diane M. Doolittle
                                            Rachel Herrick Kassabian
                                            Attorneys for Defendants Yandex N.V., Yandex
                                            Inc., and Yandex LLC