1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13
14
15
16
17
18
19

| | |
|---|---|
| PERFECT 10, INC.,<br><br>           Plaintiff,<br><br>     vs.<br><br>YANDEX N.V., a Netherlands limited liability company; YANDEX INC., a Delaware corporation; and YANDEX LLC, a Russian Limited Liability Corporation,<br><br>           Defendants. | CASE NO. CV-12-1521-WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN LIMITED TESTIMONY AND BRIEFING SUBMITTED IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT/ADJUDICATION |

20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Before the Court is Defendants' Administrative Motion to File Under Seal Certain Limited Testimony and Briefing Submitted in Support of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment/Summary Adjudication, requesting that certain declaration testimony of three of Defendants' employees, and references to that testimony in Defendants' Opposition, be filed under seal.

After considering Defendants' motion and supporting evidence, and it appearing to the Court that good cause exists for the granting of the motion, Defendants' motion is hereby GRANTED.

IT IS HEREBY ORDERED that the following documents, which have been lodged with this Court, be filed under seal:

1. Declaration of Tatiana Bakharevskaya in Support of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment/Adjudication;

2. Declaration of Pavel Byvshih in Support of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment/Adjudication;

3. Declaration of Maria Grigorieva in Support of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment/Adjudication; and

4. Defendants' Opposition to Plaintiff Perfect 10's Motion for Partial Summary Judgment/Summary Adjudication re: (i) DMCA Compliance of Sample Notices; (ii) Ineligibility of Defendants for DMCA Safe Harbor Defense; and (iii) Sufficiency of Sample Notices re Knowledge for Contributory Copyright Infringement.

**IT IS SO ORDERED.**

Dated: April 22, 2013.

_____
Hon. William Alsup
United States District Court Judge