IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERFECT 10 INC.,

    Plaintiff,

v.

INDEX NV,

    Defendant.

No. C 12-01521 WHA

**ORDER SETTING HEARING ON DISCOVERY DISPUTE**

In response to the parties' letter of May 17, 2013, the Court **SETS** a 3-1/2 hour meet-and-confer in the Court's jury room in the San Francisco courthouse on **THURSDAY, MAY 23, STARTING FROM 9:30 A.M. AND CONTINUING TO 1:30 P.M.** (with a thirty-minute break at noon for lunch). At 1:30 p.m., the Court shall hear any remaining unresolved issue(s). Please buzz chambers at 9:30 a.m. on May 23 to be let into the Court's jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: May 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE