IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERFECT 10 INC., a California corporation,

    Plaintiff,

  v.

YANDEX NV, a Netherlands limited liability company, YANDEX LLC, a Russian limited liability company, YANDEX INC., a Delaware corporation, and DOES 1 through 100, inclusive,

    Defendants.
_____/

No. C 12-01521 WHA

**ORDER VACATING DISCOVERY HEARING AND REFERRING ALL DISCOVERY TO MAGISTRATE JUDGE**

    In light of the unreasonable number of discovery disputes in this case, the pending and all future discovery disputes are hereby **REFERRED** to a magistrate judge to be assigned. It is the responsibility of counsel to make all discovery motions with sufficient lead time as to complete allowable discovery within the existing case management schedule. **PLEASE DO NOT ASK FOR EXTENSIONS OF THE CASE MANAGEMENT ORDER ON ACCOUNT OF "DELAYS" BY THE MAGISTRATE JUDGE IN RULING ON MOTIONS.** Please contact the magistrate judge assigned to determine the appropriate way to renotice the motions.

    The discovery hearing and further meet-and-confer set for May 23 are hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated: May 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE