**United States District Court**
For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 PERFECT 10, INC.,                                    No. C 12-01521 WHA

11          Plaintiff,

12   v.                                                 **ORDER GRANTING IN PART
                                                        MOTION TO SEAL**
13 YANDEX N.V., et al.,

14          Defendants.

15 _____/

16          Defendants' motion to seal materials filed in connection with its motion for partial

17 summary judgment is **GRANTED IN PART**:  the requested information from the Bakharevskaya

18 declaration regarding Yandex's technical details and user demographics may be sealed for the

19 purposes of this motion.  The request to seal any other information, including information related

20 to Yandex's processing of DMCA complaints, is **DENIED**.  Defendants have not demonstrated

21 that this information rises to the level of a trade secret or is otherwise sealable.

22

23          **IT IS SO ORDERED.**

24

25 Dated:   June 4, 2013.

26                                                      _____
                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE
27

28