May 26, 2013

Dear Sirs,

It has come to my attention that you are providing large numbers of links to the websites giganews.com and usenet.net, each of which infringes tens of thousands of my company's copyrighted images. To the best of my knowledge, they infringe the same images. At the beginning of this notice, I have attached one page of links that yandex.com provides to giganews.com, and one page of links that yandex.com provides to usenet.net. All of the links identified on those pages lead to infringing activity. Once one clicks on a particular link, one would need to pay a fee to subscribe to either website. Once that fee was paid, and the user also paid for the use of a "newsreader," they would then be able to download the same infringing Perfect 10 images from either website.

I obtained all the images in this notice as follows: On May 26, 2013, I did a search using Giganews' Mimo Newsreader on "Marisa Miller P10" (see the term in the browser bar on page 5). I obtained the sequence of infringing messages as shown on pages 5-6 from giganews.com. I then used Giganews' Mimo Newsreader to download the infringing images contained in those messages to my computer, removed duplicates, and printed the resulting full-size infringing images out as thumbnails shown on pages 7-8. All of the images shown on pages 7-8 of this notice infringe Perfect 10's copyrights.

At the end of the notice, I have attached authorized copies of most if not all of the identified images.

Please stop providing links to giganews.com or usenet.net, which I view as an act of contributory copyright infringement.

I have a good faith belief that the use of the Perfect 10 copyrighted material in the manner complained of in this email is not authorized by the copyright holder Perfect 10, its agent, or the law.  The information in this notification is accurate.  I swear under penalty of perjury that I am authorized to act on behalf of Perfect 10, Inc. the owner of the exclusive rights in the material which is being infringed.

Please contact me if you have any questions at all about this notice or need help locating the infringing material.  If I do not hear from you within five days, I will assume that you believe that this notice is compliant under the DMCA.

Sincerely,

s /Norm Zada, Ph.D./

Norm Zada, Ph.D.

310-476-0700

Fax: 310-476-8138

Normanz@earthlink.net

P.O. Box 3398, Beverly Hills, CA 90212

 Yandex

**site:giganews.com**

 **Web**

 Images

 Video

 Mail

Я→Y Translate

### Giganews
giganews.com

Personal newsgroups accounts and ISP Usenet outsourcing with news servers in Europe and North America. Headers not included in download quota, and text articles never expire.

### Usenet Performance Tools - Giganews
giganews.com › performance.html

All authentication and commands are also encrypted, whether or not you have a Giganews SSL-enabled account, which allows you to help improve security avoid traffic shaping.

### Giganews Sponsors Backend Infrastructure for Mozilla Foundation's
giganews.com › news/article/mozilla.html

Jonah Yokubaitis, CEO of Giganews, says, "The Giganews and Mozilla partnership is a natural fit and we're glad to offer this free service to their valued developer network."

19 January 2006

### Usenet Newsgroups History - Giganews
giganews.com › usenet-history/

We at Giganews have recently had the opportunity to discuss the creation and evolution of Usenet with the people who developed, maintained, and made significant contributions to the Usenet culture.

### Support & FAQ
giganews.com › support/

Giganews support answers frequently asked questions on topics for Usenet, VyprVPN, Dump Truck Online Storage and Mimo Usenet Browser + Search.

### Giganews Offers Discounts and Improved Services for AT&T Customers



New Search on Yandex Islands

NOI016874



Search for «site:usenet.net»

on: Google Bing

Leave feedback
Terms of Service Privacy Policy Copyright Notice

© 2012–2013 Yandex
About Yandex

Usenet.net: Billing Contact Form
usenet.net › contact/billing.html
Contact Usenet.net's billing department for support. ... Explore the World of Usenet.

Usenet.net
usenet.net › docs/tos.html
Usenet.net provides fast, unlimited Usenet access with the longest Usenet retention at the best price. ... Usenet.net bills in advance for services rendered.

Usenet.net
usenet.net › docs/privacy.html
Usenet.net cooperates fully with law enforcement agencies, yet there must still be a court order before Usenet.net surrenders customer information.

page 2

Usenet.net: Contact Us
usenet.net › contact/
Contact Usenet.net for help signing up for a new account or for assistance with an existing account.

Usenet.net
usenet.net › docs/specprice.html
Usenet.net provides fast, unlimited Usenet access with the longest Usenet retention at the best price. Try our 5 day free trial today!

Usenet.net
usenet.net › docs/dmca.html
The DMCA (Digital Millenium Copyright Act) was passed by the U.S. Congress in 1998 to deal with copyright infringement by electronic means, particularly over the






b10_Miller_Marisa_001.jpg


b10_Miller_Marisa_002.jpg


b10_Miller_Marisa_003.jpg


B&T033_Marisa_Miller_p10w98.jpg


B&T034_Marisa_Miller_p10w98.jpg


B&T035_Marisa_Miller_p10w98.jpg


Cos_P10_114_Marisa_Miller_1.JPG


gel-p10-1999_186_miller_marisa.jpg


gel-p10-1999_187_miller_marisa.jpg


gel-p10-1999_188_miller_marisa.jpg


gel-p10-1999_189_miller_marisa.jpg


gel-p10-1999_190_miller_marisa.jpg


gel-p10_086_miller_marisa.jpg


gel-p10_087_miller_marisa.jpg


GEL-P10_088_MILLER_MARIS…


gel-p10_089_miller_marisa.jpg


GEL-P10_090_MILLER_MARIS…


h99_p10_sce_marisa_miller_001.jpg


h99_p10_sce_marisa_miller_002.jpg


Marisa_Miller_41.jpg


Marisa_Miller_42.jpg


Marisa_Miller_43.jpg


Marisa_Miller_44.jpg


Marisa_Miller_45.jpg


Marisa_Miller_47.jpg


Marisa_Miller_mag_17.jpg


Marisa_Miller_mag_18.jpg


Marisa_Miller_mag_19.jpg


Marisa_Miller_mag_20.jpg


Marisa_Miller_mag_21.jpg


Marisa_Miller_mag_22.jpg


Marisa_Miller_mag_23.jpg


Marisa_Miller_mag_24.jpg


me883@P10-Marisa_Miller_001.jpg

me898@P10-Marisa_Miller_002.jpg


me900@P10-Jill_Blake_&_Marisa_Mille…


me923@P10-Marisa_Miller_003.jpg


me924@P10-Marisa_Miller_004.jpg


MnnSCP3_P10_Marisa_Miller_037.jpg


P10_II_Marisa_Miller_001.jpg


P10_II_Marisa_Miller_002.jpg


P10_II_Marisa_Miller_003.jpg


P10_II_Marisa_Miller_004.jpg


P10_II_Marisa_Miller_005.jpg


P10_II_Marisa_Miller_006.jpg


P10_II_Marisa_Miller_007.jpg


P10_II_Marisa_Miller_008.jpg


P10_Marisa_Miller_001.jpg


P10_Marisa_Miller_008.jpg


P10_Marisa_Miller_011.jpg


P10_Marisa_Miller_013.jpg



PERFECT 10

NOI016881
Exh. 12, Pg. 10

http://sb2lbw96c1b.members.perfect10.com/index.php?load=gallery&action=episode&name=Marisa_Miller[11/2/2010 5:28:08 PM]



NOI016882
Exh. 12, Pg. 11

**Subject:** DMCA Notice
**From:** Norman Z <normanz@earthlink.net>
**Date:** 5/26/2013 11:41 PM
**To:** copyright@yandex-team.ru, "Yandex.Abuse" <abuse@yandex.ru>, Arkady Borkovsky <arkady@yandex-team.ru>
**BCC:** Melanie Poblete <melanie@perfect10.com>

```
Dear Sirs,

Attached please find a Perfect 10 DMCA notice.

Please contact me if you have any questions.


Sincerely,


Norm Zada, Ph.D.

310-476-0700
```

— Attachments: —

   DMCA Notice Marisa Miller 5 26 2013.pdf     1.2 MB

**Subject:** Re: [Ticket#13052710433333523] DMCA Notice
**From:** Yandex.com Support <copyright-complaint@yandex-team.com>
**Date:** 5/27/2013 4:42 PM
**To:** normanz <normanz@earthlink.net>

Hello,

We are in receipt of your emails, dated May 26, 2013, claiming to be copyright infringement notices.

==Your notices are deficient, among other reasons, because they fail to identify any Yandex search result that directly links to allegedly infringing content.== Indeed, your notices recognize that none of the URLs you have identified are the location of any allegedly infringing material. Instead, your notices appear to be complaining that Yandex links to other subscription-based websites that have their own internal search functions for accessing content behind a paywall. Because your emails do not provide the specific location (like a web page or image URL, for example) of any allegedly infringing material linked to by Yandex, we are unable to take any further action in response to your email.

==Your notices are also deficient because they are emails with an accompanying attachment of screenshots, which are unnecessary, insufficient and incompliant with applicable legal requirements and Yandex's policies referenced to below==. If you wish to have links to allegedly infringing materials appearing on web search, image search or video search available at http://www.yandex.com domain and subdomains http://images.yandex.com/ and http://video.yandex.com/ blocked, please fill-in online form for copyright infringement notices indicated below.

Please be aware that in order for your notice to be processed in accordance with our policies available at the location referenced to below, you are required to provide the precise and complete textual URL at which the allegedly infringing material is located, in the text of your notice (not as embedded links in an attachment), as well as comply with other requirements specified in the policy. Your notices did not do so, and thus are defective. Please correct this deficiency in any future notices you may send. ==If you wish to complain about more than one alleged infringement in a notice, please provide the required information (including complete textual URLs) in list form, in the text of your notice.==

Our policy with respect to taking down materials allegedly infringing copyright, as well as online form to be filled in for submission of the notices related to search services provided on Yandex.com may be found at: http://feedback2.yandex.com/copyright-complaint/. Alternatively, to submit your notices with respect to search service provided on Yandex.com you may use contact details of the Yandex Europe AG agent to receive notifications of claimed infringement in Terms of Service for http://www.yandex.com available at: http://legal.yandex.com/termsofservice/.

The policy applicable to search services provided on Yandex.ru domain related to taking down materials allegedly infringing copyright and relevant online form may be found at: http://feedback2.yandex.ru/copyright-complaint/ . Alternatively, to submit your notices with respect to search services provided on Yandex.ru you may use contact details of the Yandex LLC agent to receive notifications of claimed infringement in Copyright Infringement Policy for http://www.yandex.ru available at: http://legal.yandex.ru/copyright/?lang=en .

Your notices are further inappropriate as they are sent to incorrect email address for receipt of copyright infringement notices as indicated in relevant policy referenced above for Yandex.com. If you would like to submit complaint via email with respect to

```
search services provided on Yandex.com please use copyright-complaint@yandex-team.com
email address instead of copyright@yandex-team.ru.

Additionally, to ensure the most expeditious processing, please use the webforms
referenced above. By submitting your notice via any other means of transmission (such
as email, fax or postal mail), you hereby understand and agree that Yandex's processing
of same may be substantially delayed, and you further hereby consent without any
objection to such slower processing time. Please note that for security reasons, Yandex
does not accept emailed notifications that are accompanied by attachments. If you
choose to send notices via email, please provide the required information in the body
of your email to ensure processing. Please note that sending defective notices with
screenshot attachments substantially delays Yandex's processing of those notices, and
you further hereby consent without any objection to such slower processing time.

Sincerely yours,

Platon Shukin
Yandex customer support
http://company.yandex.com/
```

```
Dear Sirs,

Attached please find a Perfect 10 DMCA notice.

Please contact me if you have any questions.


Sincerely,


Norm Zada, Ph.D.

310-476-0700
```

**YANDEX IMAGE SEARCH AND WEB SEARCH LINKS
TO MASSIVELY INFRINGING SITES**

| Infringing Site | Image Search | Web Search |
|---|---:|---:|
| pokazuha.ru | 2,000,000 | 394,000 |
| ymorno.ru | 629,000 | 33,000 |
| kadets.info | 591,000 | 83,000 |
| skins.be | 352,000 | 229,000 |
| exbii.com | 337,000 | 81,000 |
| pelotka.com | 188,000 | 188,000 |
| fuckyeah.bz | 93,000 | 6,000 |
| nudecelebforum.com | 56,000 | 4,000 |
| ns4w.org | 2,000 | 6,000 |
| giganews.com | 196 | 4,000 |
| phun.org | 0 | 333,000 |
| **TOTAL** | **4,248,196** | **1,361,000** |