1
2
3
4
5

Natalie H. Locke, Esq., SBN 261363
natalie@perfect10.com
Lynell D. Davis, Esq., SBN 271152
lynell@perfect10.com
PERFECT 10, INC.
11803 Norfield Court
Los Angeles, CA 90077
P 310.476.0794 | F 310.476.8138

6
7
8
9

Eric J. Benink, Esq., SBN 187434
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
P 619.232.0331 | F 619.232.4019
eric@kkbs-law.com

10
11

Attorneys for Plaintiff, Perfect 10, Inc.

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15 PERFECT 10, INC., a California corporation,<br>16<br>17       Plaintiff,<br>    v.<br>18<br>19 YANDEX N.V., a Netherlands limited liability company; YANDEX LLC., a Russian limited liability company; YANDEX INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br>23<br>     Defendants. | Case No.: CV 12-1521 WHA<br><br>**DECLARATION OF MIKE SAZ IN SUPPORT OF PLAINTIFF PERFECT 10, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   July 11, 2013<br>Time:  8:00 A.M.<br>Ctrm:  8<br>Judge:  Honorable William Alsup<br><br>Discovery Cut-Off: July 31, 2013<br>Pretrial Conference: November 21, 2013<br>Trial Date: November 28, 2013 |

25
26
27
28

1    I, Mike Saz, declare as follows:

2    1.    I have been a Web Developer and IT Consultant for 10 years.  I went to

3    school for Computer Science at The State University of New York at Buffalo. I have a

4    business, New Digital Guru, Inc., that focuses on Web Development, Design, and IT

5    Consulting.

6    2.    I submit this declaration in support of Perfect 10.  I was asked by Dr.

7    Norman Zada of Perfect 10 to verify that it was possible for me to view and download

8    images made available by yandex.com, yandex.ru, fotfki.yandex.ru, and narod.ru,

9    while I was in the United States.

10    3.    A true and correct copy of the materials that I downloaded from those

11    websites is attached as Exhibit 1.  I obtained page 1 of Exhibit 1 by doing a yandex.ru

12    image search on Isabelle Funaro.  I obtained page 2 of Exhibit 1 by clicking on the

13    thumbnail on the top row of page 1, fifth from the right, and then right clicking on the

14    resulting image to obtain the Properties window, before print screening the resulting

15    page.  I obtained page 3 of Exhibit 1 by right clicking on the large image shown on

16    page 2 and downloading that image into my computer.  I obtained page 4 of  Exhibit 1

17    by clicking on the corresponding thumbnail of Isabelle Funaro on page 1, second row,

18    third image from the left, and then right clicking on that image to obtain the Properties

19    window before print-screening the resulting page.  I obtained page 5 by right clicking

20    on the large image on page 4 and downloading that image into my computer.  I

21    obtained pages 6, 21, and 26 by doing the image search shown in the browser bar on

22    yandex.ru.  I obtained pages 31 and 34 by doing the search shown in the browser bar

23    on yandex.com.  I obtained pages 7, 9, 11, 13, 15, 17, 19, 22, 24, 27, 29, 32, and 35, by

24    clicking on the thumbnail images shown on pages 6, 21, 26, 31, and 34 that are smaller

25    versions of the larger images shown on pages 7, 9, 11, 13, 15, 17, 19, 22, 24, 27, 29,

26    32, and 35.  I obtained the larger images on pages 8, 10, 12, 14, 16, 18, 20, 23, 25, 28,

27    30, 33, and 36 by right clicking on the larger images on pages 7, 9, 11, 13, 15, 17, 19,

28    22, 24, 27, 29, 32, and 35 and downloading those images into my computer.  I obtained

1   page 37 by doing a google.com web search on site:fotki.yandex.ru luba shumeyko. I

2   obtained page 38 by clicking on the check marked link shown on page 37 which gave

3   me a page of thumbnails and then clicking on the "shumeyko" link on the left side of

4   that page and then going to the third gallery which was page 38. I obtained page 39 by

5   clicking on the thumbnail on the top row of page 38, third from the left. I obtained

6   page 40 by right clicking on the image on page 39 and downloading that into my

7   computer.

8       4.   I obtained page 41 by going to fotki.yandex.ru and then doing a search on

9   "luba shumeyko" (without quotes). I obtained page 42 by clicking on the leftmost

10  thumbnail at the top of page 41. I obtained page 43 by clicking on the corresponding

11  image on page 42 (lowest row on the left). I obtained page 44 by right clicking on the

12  image on page 43 and downloading it into my computer. I obtained pages 45-46 by

13  clicking on the leftmost thumbnail at the top of page 41. I obtained pages 47 and 48 by

14  clicking on the second and third gallery buttons at the bottom of page 46. I obtained

15  page 49 by clicking on the corresponding thumbnail on page 47. I obtained page 50 by

16  right clicking on the large image on page 49 and downloading it into my computer.

17      I declare under penalty of perjury under the laws of the United States of America

18  that the foregoing is true and correct.

19      Executed on June 11, 2013 in Los Angeles, California.

20

21  

                    Mike Saz

22

23

24

25

26

27

28

Declaration of Mike Saz

# Exhibit 1





Saz Exh. 1, Pg. 2



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



Saz Exh. 1, Pg. 6





**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



Copyright ©2005 Perfect 10, Inc.



Saz Exh. 1, Pg. 9



# REDACTED TO DISCOURAGE
# UNAUTHORIZED COPYING FROM PACER





Saz Exh. 1, Pg. 11



<span style="color:red">**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**</span>









**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**







**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**





Saz Exh. 1, Pg. 17



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**





REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER



Saz Exh. 1, Pg. 20

REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER





Saz Exh. 1, Pg. 22



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**



© www.hegre-archives.com



Saz Exh. 1, Pg. 24



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**





Saz Exh. 1, Pg. 26



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER





REDACTED TO DISCOURAGE UNAUTHORIZED COPYING FROM PACER



**REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER**





Saz Exh. 1, Pg. 31



Saz Exh. 1, Pg. 32



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

www.desktopgirls.com



Saz Exh. 1, Pg. 34



Saz Exh. 1, Pg. 35



# REDACTED TO DISCOURAGE
# UNAUTHORIZED COPYING FROM PACER



+You    Search    Images    Maps    Play    YouTube    News    Gmail    Drive    Calendar    More ▼

site:fotki.yandex.ru luba shumeyko                                          SIGN IN

Web    Images    Maps    Shopping    Videos    More ▼    Search tools          SafeSearch

About 2,650 results (0.10 seconds)

**luba shumeyko** - Яндекс.Фотки
fotki.yandex.ru › Помощь ▾ Translate this page
merecido — все фотографии с меткой «**luba shumeyko**». Найдено 0 фото. Другие
метки. aelitia a · alan anar · alan likos · alene · alexander feodorov · anna ...

**victaulic** — альбом «**luba shumeyko** hegre model» на Яндекс.Фотках
fotki.yandex.ru › Помощь ▾ Translate this page
Альбом «Мои альбомы / **luba shumeyko** hegre model». Слайд-шоуПолучить
кодФото из альбома на карте. 466 фото. Добавить фотографии альбома в ...

**luba shumeyko** на Яндекс.Фотках
fotki.yandex.ru › Помощь ▾ Translate this page
Все фото с меткой «**luba shumeyko**». Ничего не найдено. Смотреть новые фото с
меткой «**luba shumeyko**» на главной странице Яндекса ...

«**luba shumeyko**» на Яндекс.Фотках http://fotki.yandex.ru/tags/luba ...
fotki.yandex.ru/tags/**luba**%20**shumeyko**/rss?how=week ▾
«**luba shumeyko**» на Яндекс.Фотках http://fotki.yandex.ru/tags/luba%20shumeyko/?
how=week.

**Luba** And Nadya **Shumeyko** - Яндекс.Фотках
fotki.yandex.ru › Помощь ▾ Translate this page
alanzorro — все фотографии с меткой «**luba** and nadya **shumeyko**» Слайд-шоу
Получить код. Найдено 2753 фото. Добавить эти фотографии в заказ ...

**luba** and nadya **shumeyko** - Яндекс.Фотках
fotki.yandex.ru › Помощь ▾ Translate this page
Выберите фотографии (одну, несколько или все), которые вы хотите опубликовать,
уточните желаемый размер и скопируйте получившийся код на ...

**Luba** And Nadya **Shumeyko** (Twins together) - Яндекс.Фотках
fotki.yandex.ru › Помощь ▾ Translate this page
Альбом «Мои альбомы / Красивые девушки (разное) / **Luba** And Nadya **Shumeyko**
(Twins т...» Слайд-шоуПолучить кодФото из альбома на карте.

**twins hegre-archives** - Яндекс.Фотках
fotki.yandex.ru › Помощь ▾ Translate this page
eva mendes · ivette blanche · kim kardashian · kreuk · **luba** and nadya **shumeyko** ·
mendes · monroe · natalia oreiro · playboy · **shumeyko**; twins hegre-archives ...

**alanzorro** — альбом «Красивые девушки (разное)» на Яндекс ...
fotki.yandex.ru › Помощь ▾ Translate this page
Siva - Basenian · **Luba** And Nadya **Shumeyko** (Twins together). 752 фото. **Luba** And
Nadya **Shumeyko** (Twins together). 219 фото ...

 **alanzorro** — все фотографии с меткой «ноги» на Яндекс.Фотках
fotki.yandex.ru › Помощь ▾ Translate this page
eva mendes · kim kardashian · **luba** and nadya **shumeyko** · mendes · monroe · playboy
· **shumeyko** · twins hegre-archives · актриса · архитектура · без одежды ...

**1** 2 3 4 5 6 7 8 9 10                                               **Next**

Advanced search    Search Help    Send feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google

https://www.google.com/search?site=&source=hp&q=site:fotki.yandex.ru+luba+shumeyko&oq=site:fotki.yandex.ru+luba+shumeyko&gs_l=hp.3...0.0.0.258.0.0.0.0....    1/1





Saz Exh. 1, Pg. 39



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER




фотки

Войти

Поиск   Почта   Диск   Календарь   Деньги   Мой Круг   **Фотки**   ещё ▼

Настройка
Помощь

luba shumeyko                                              Найти

☐ искать только в метках

**Загрузить фотки**   или   Мои фотки ▼   Мои любимые авторы ▼   Печать   Конкурс «Идет коза рогатая»

Искать
по фоткам
по пользователям
по моделям камер

Сортировать
по популярности
по оценкам
по дате

группировать
без группировки

# Поиск по запросу «luba shumeyko»

Везде      На карте


18
**a**lanzorro
ещё


18
**E**ngin-Eer
ещё


18
**K**ENT
ещё


18
**t**agirov-c

Смотреть новые фото по запросу «luba shumeyko» на главной странице Яндекса

Яндекс.Директ      Все объявления

**Английский за полгода!**
Секретный метод обучения сотрудников разведки. Изучайте прямо из дома!
spyenglish.ru

**Аренда апартаментов и отелей**
Поиск лучших цен на аренду сразу по 35 крупным порталам бронирования.
economytravel.ru

**Настоящие туристы уже в сети**
Vseturisty.ru – социальная сеть реальных туристов. Только вместе мы сила !
vseturisty.ru

**Дом на Малом Каковинском переулке**
Отдел продаж М.Каковинский п.д.8.Кв-ры от80-220м2 Цена от 350тыс.за кв.м.!
flat-dream.ru





Search    Mail    Disk    Calendar    Money    My Circle    **Photos**    more ▼        Log in

Setting        Help

 pictures

| luba shumeyko | Find |

 or    My pictures ▼    My favorite authors ▼    Print    Contest "There is a goat horned"

    Fotouroki from professionals

**K ENT**

2 albums, 1990 photo

Popular in the author
Favorite Photos
Favorite Authors
Photos on the map
Photos, where the author
Page on Ya.ru

Go to the photo
in the album's

**Albums**

**Fresh photos**




All photos

← Back                **Luba_Shumeyko_10.jpg**                Next →

  In another size, ▼

Share
Embed on your site or blog

Log in to leave a comment or rate photos.

Query " Luba Shumeyko "

Photo only this author

Picture 17 of 30

The image information (EXIF)
Uploaded on: May 10, 2009 at 17:09

Watched 1 time per week, only 3 times

β-version

Agreement

Mobile

© 2008-2013 « Yandex »

Help  ·  Feedback



Copyright©2003 Perfect 10, Inc.

PERFECT10.COM

REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

Яндекс
pictures

Search    Mail    Disk    Calendar    Money    My Circle    **Photos**    more ▾          Log in

luba shumeyko    [ Find ]

☐ search only in labels                                                    Setting    Help

[ Загрузить фотки ]   or   My pictures ▾   My favorite authors ▾   Print     Contest "There is a goat horned"

Search
the pics
by user
on models of cameras

Sort
by popularity
estimated
Date

group
without grouping

## A search for «luba shumeyko» the author of A lanzorro

Everywhere    On the map


A lanzorro


A lanzorro


A lanzorro


A lanzorro


A lanzorro


A lanzorro


A lanzorro


A lanzorro


A lanzorro


A lanzorro

A lanzorro

A lanzorro

A lanzorro


A lanzorro


A lanzorro


A lanzorro

A lanzorro

A lanzorro

A lanzorro

Yandex

**English for six months!**

The secret method of training intelligence officers. Learn from home!

spyenglish.ru

**These tourists are already online**

Vseturisty.ru - Social network of real travelers. Only together we are strong!

vseturisty.ru

**Require authors, screenwriters**

Journal requires authors, presenters, artists, writers (freelancer)

gostipress.ru

**Telecommunications, a decent income**

We are looking for talented, motivated people to learn how to

Saz Exh. 1, Pg. 45

use the network.

pro-obuch.ru

All ads

 

**A lanzorro**     **A lanzorro**

[See new photos on request «luba shumeyko» on the main page of Yandex](#)

**Pages**   ← Ctrl previous     **next** Ctrl →

1  2  3  4  5  6  7  8  ...

---

β-version

Agreement

Mobile

© 2008-2013 « Yandex »

Help · Feedback





Яндекс pictures

Search Mail Disk Calendar Money My Circle **Photos** more ▾ Log in

Setting Help

luba shumeyko Find

search only in labels

Загрузить фотки or My pictures ▾ My favorite authors ▾ Print Contest "There is a goat horned"

# A search for «luba shumeyko» the author ... zorro

Everywhere On the map

Search
the pics
by user
on models of cameras

Sort
by popularity
estimated
Date

group
without grouping

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

A lanzorro

Yandex

Stories in a a format of audio
Listen and Download audiopostanovki. Stories embodied in sound.
fabulanova.ru 18 +

English for six months!
The secret method of training intelligence officers. Learn from home!
spyenglish.ru

These

See new photos on request «luba shumeyko» on the main page of Yandex

**Pages** ← Ctrl previous next Ctrl →

1 2 3 4 5 6 7 8 9 ...

Войти

Поиск  Почта  Диск  Календарь  Деньги  Мой Круг  Фотки  ещё ▼

Настройка
Помощь

Яндекс
фотки

luba shumeyko    [ Найти ]
☐ искать только в метках

[ Загрузить фотки ]  или  Мои фотки ▼  Мои любимые авторы ▼  Печать    Конкурс «Идет коза рогатая»

Искать
по фоткам
по пользователям
по моделям камер

Сортировать
по популярности
по оценкам
по дате

группировать
без группировки

**Поиск по запросу «luba shumeyko» у автора alanzorro**    [ Везде ]  На карте

   
alanzorro  alanzorro  alanzorro  alanzorro

   
alanzorro  alanzorro  alanzorro  alanzorro

Яндекс.Директ
**Английский за полгода!**
Секретный метод обучения сотрудников разведки. Изучайте прямо из дома!
spyenglish.ru

**Настоящие туристы уже в сети**
Vseturisty.ru – социальная сеть реальных туристов. Только вместе мы сила !
vseturisty.ru

**Требуются авторы, сценаристы**
Журналу требуются авторы, ведущие, художники, сценаристы

    
alanzorro  alanzorro  alanzorro  alanzorro

   
alanzorro  alanzorro  alanzorro  alanzorro

   
alanzorro  alanzorro  alanzorro  alanzorro

Смотреть новые фото по запросу «luba shumeyko» на главной странице Яндекса

**Страницы** ← Ctrl предыдущая  следующая Ctrl →

1  2  3  4  5  6  7  8  9  10  …



Search   Mail   Disk   Calendar   Money   My Circle   **Photos**   more ▼

Log in
Setting          Help


pictures

luba shumeyko                    [ Find ]

( Загрузить фотки ) or   My pictures ▼   My favorite authors ▼   Print      Contest "There is a goat homed"

Fotouroki from professionals

A lanzorro

370 albums, 50508 photo

Popular in the author
Favorite Photos
Favorite Authors
Photos on the map
Photos, w here the author
Page on Ya.ru

Go to the photo
in the album's

**Albums**

**Fresh photos**





All photos

← Back          **Luba And Nadya Shumeyko (Twins Hegre-Archives)**          Next →



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER



   In another size. ▼   🖥

Share
Embed on your site or blog

Log in to leave a comment or rate photos.

Query " Luba Shumeyko "

      

Photo only this author

Photo 34 of 500

Tags: luba and nadya ..., shumeyko, twins hegre-ar ..., no clothes erotica

Ratings                    - 1 vote
Uploaded on: April 12, 2013 at 23:07
Watched 3 times per week, only 34 times

β-version                        Agreement

                                 Mobile

© 2008-2013 « Yandex »
Help · Feedback



REDACTED TO DISCOURAGE
UNAUTHORIZED COPYING FROM PACER

