United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YANDEX N.V., et al.,<br><br>　　　　Defendants.<br>　―――――――――――――――――――――/ | No. C 12-01521 WHA<br><br>**ORDER DENYING REQUEST TO FILE SUR-REPLY** |

　　　Plaintiff has filed a request for leave to file a sur-reply and an accompanying motion to seal (Dkt. Nos. 170–73).  Upon review of the material provisionally under seal, it is clear that the proposed sur-reply is unnecessary.  The request is accordingly **DENIED**.  The accompanying motion to seal is **DENIED AS MOOT**.

　　　**IT IS SO ORDERED.**

Dated:  July 1, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE