**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PERFECT 10 INC,

    Plaintiff(s),

    v.

YANDEX NV,

    Defendant(s).
_____/

No. C-12-01521-WHA (DMR)

**ORDER DENYING DEFENDANTS' EX PARTE DISCOVERY LETTER [DOCKET NO. 186] AS MOOT**

The court is in receipt of Defendants' ex parte discovery letter dated on July 11, 2013. [Docket No. 186.] In that letter, Defendants' seek an order compelling Plaintiff to permit Defendants' experts to confidential documents. Only July 12, 2013, Plaintiff filed a letter stating, "To avoid burdening the Court, Perfect 10 agrees to allow Defendants['] . . . experts to review confidential and [Attorneys Eyes Only] material." [Docket No. 188 at 1.] Thus, the issue raised in Defendants' letter appears to have been resolved.

Accordingly, Defendants' letter is **denied as moot**.

IT IS SO ORDERED.

Dated: July 12, 2013

_____
DONNA M. RYU
United States Magistrate Judge