UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10 INC,<br><br>        Plaintiff(s),<br><br>   v.<br><br>YANDEX NV,<br><br>        Defendant(s). | No. C-12-01521-WHA  (DMR)<br><br>**REVISED ORDER DENYING DEFENDANTS' EX PARTE DISCOVERY LETTER [DOCKET NO. 186] AS MOOT** |

The court is in receipt of Defendants' ex parte discovery letter dated July 11, 2013. [Docket No. 186.] In that letter, Defendants' seek an order compelling Plaintiff to permit Defendants' experts to review confidential documents. On July 12, 2013, Plaintiff filed a letter stating, "To avoid burdening the Court, Perfect 10 agrees to allow Defendants['] . . . experts to review confidential and [Attorneys Eyes Only] material." [Docket No. 188 at 1.] Thus, the issue raised in Defendants' letter appears to have been resolved.

Accordingly, Defendants' letter is **denied as moot**.

IT IS SO ORDERED.

Dated: July 12, 2013

DONNA M. RYU
United States Magistrate Judge