1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | CASE NO. CV-12-1521 WHA (LB) |
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S MOTION FOR SANCTIONS AND EXHIBITS 6 AND 7 TO THE DECLARATION OF LYNELL D. DAVIS IN SUPPORT THEREOF** |
| vs. | |
| YANDEX N.V., a Netherlands limited liability company; YANDEX INC., a Delaware corporation; and YANDEX LLC, a Russian Limited Liability Corporation, | Discovery Cutoff: July 31, 2013 Pretrial Conference: October 21, 2013 Trial: October 28, 2013 |
| Defendants. | |

1    Before the Court is Plaintiff's Administrative Motion to File Under Seal Plaintiff's Motion

2    for Sanctions and Exhibits 6 and 7 to the Declaration of Lynell D. Davis In Support Thereof,

3    requesting that certain portions of Plaintiff's motion for sanctions and proposed order thereon, and

4    certain portions of deposition testimony of one current and one former employee of Defendant

5    Yandex Inc. attached as exhibits to the Davis Declaration, be filed under seal.

6    After considering Plaintiffs' motion and supporting evidence, and it appearing to the Court

7    that good cause exists for the granting of the motion, Plaintiff's motion is hereby GRANTED IN

8    PART.

9    IT IS HEREBY ORDERED that the materials described below, which have been lodged

10   with this Court, be filed under seal:

11   1.    The following portions of Perfect 10's Motion for Sanctions:  page 6, footnote 5;

12   page 7, lines 1, 11-12, and 16-23; and page 9, line 3;

13   2.    The following portions of Perfect 10's Proposed Order Granting Motion for

14   Sanctions:  page 1, lines 10-11; and

15   3.    The following portions of Exhibit 7 to the Davis Declaration: pages 9-11 and page

16   61, lines 12-20.

17

18   **IT IS SO ORDERED.**

19

20

21   Dated:_____   July 22, 2013.

22                                                          Hon.  William Alsup
                                                            United States District Judge
23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL