IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERFECT 10, INC.,

    Plaintiff,

v.

YANDEX N.V., a Netherlands limited liability company; YANDEX INC., a Delaware corporation; and YANDEX LLC, a Russian limited liability company,

    Defendants.

No. C 12-01521 WHA

**ORDER DENYING MOTION TO SEAL**

On July 24, plaintiff Perfect 10 filed an administrative motion to seal Perfect 10's reply brief to motion for sanctions and exhibit 1 to the declaration of Eric J. Bennet (Dkt. No. 205). The motion is **DENIED**.

Civil Local Rule 79-5(d) states that within seven days of filing an administrative motion, the designating party "must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." Seven days have come and gone and Yandex — the designating party — has not filed and served a declaration.

Pursuant to civil local rule 79-5(d), therefore, Perfect 10's reply and exhibit 1 to the declaration of Eric J. Bennet shall become part of the public record.

**IT IS SO ORDERED.**

Dated: August 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE