1
2
3
4
5
6                        UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9  PERFECT 10 INC,                          No. C-12-01521-WHA (DMR)

10              Plaintiff(s),               **ORDER VACATING AUGUST 8, 2013
                                            HEARING**
11       v.

12  YANDEX NV,

13              Defendant(s).
    _____/
14

15       The court is in receipt of Judge Beeler's order regarding the parties' settlement.  [Docket No.

16  225.]  It appears the case has settled.  Accordingly, the hearing regarding the joint discovery letters

17  filed on July 19 and July 29, 2013 [Docket Nos. 198 and 208] previously scheduled for August 8,

18  2013 has been VACATED.

19

20       IT IS SO ORDERED.

21

22  Dated:  August 7, 2013

23                                          _____
                                            DONNA M. RYU
24                                          United States Magistrate Judge

25

26

27

28

**United States District Court**
For the Northern District of California