**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERFECT 10, INC.,

    Plaintiff,

  v.

YANDEX N.V., et al.,

    Defendants.
    /

No. C 12-01521 WHA

**ORDER VACATING DEADLINES**

Due to the parties' settlement, all remaining deadlines (including the recently-ordered CEO declaration deadline) are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: August 8, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE