IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERFECT 10, INC.,

    Plaintiff,

  v.

YANDEX N.V., et al.,

    Defendants.

          /

No. C 12-01521 WHA

**NOTICE RE AMENDED ORDER**

     Filed herewith is an amended order identical in all respects to the order dated July 12, 2013 granting partial summary judgment (Dkt. No. 191) except for the correction of minor typographical and formatting errors. The main change involves a sentence on the bottom of page nine, which now reads: "Without a direct infringement of the full-size image, the fair use defense does not come into play — at least as to that full-size image." The sentence has been modified to include the word "not." The omission of this word was unintentional.

**IT IS SO ORDERED.**

Dated: September 6, 2013.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE